ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
MAY 16 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
$HM^2$ Corporation d/b/a $HM^2$ Constructors and Fabricators

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Edward J. Kinberg

Firm Name: Kinberg & Associates, LLC

Post Office Box: None

05-551C

Street Address: 2101 S. Waverly Place, Suite #200-E

City-State-Zip: Melbourne, Florida 32901

Telephone & Facsimile Numbers: (321) 722-2006, Fax (321) 722-3352

E-mail address: ejk@kblegal.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A S

**See attached Sheet for three digit code.**

Amount Claimed: $ Unknown, Termination for Default

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005