# HM² CONSTRUCTORS AND FABRICATORS

May 3, 2004

Reply to:
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-178
NASA Ltr# -156

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Request for the Contracting Officers Final Decision Claim submitted per HM² Correspondence Ltr# 02081-154 NASA Ltr# 132 (Dated 4/5/2004) and as amended by HM² Correspondence Ltr # 02081 –176 NASA Ltr# 154 (Dated 5/3/04)

The Contracting Officer has failed to clarify or equitably address the issues presented by the claim (HM² Ltr# 02081-154 dated 4/5/2004). The Contracting Officers has failed to clarify or equitably address or respond to HM² correspondence of 4/16/004 (HM² Ltr#02081-159 NASA Ltr#137). The Contracting Officers has rejected the contractors claim for a contract adjustment of cost and time NASA letter OP-ES-B/O62.

Based on these facts we formally request (demand) the Contracting Officers final decision in writing as described by the disputes clause of the contract by June 14 2004 (60 days from the action date outlined by the claim (HM² Ltr# 02081-154 dated 4/5/2004)). The Disputes clause is clear in that the Contracting Officer must render a decision within 60 days of the request.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,

Donn Mount
Vice President

cc: File
Job

Attachments: HM² correspondence Ltr# 02081-154, Ltr# 02081-159 and Ltr# 02081-176



EXHIBIT
B

HM² CONSTRUCTORS AND FABRICATORS

May 3, 2004

Reply to:
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-176
NASA Ltr# -154

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Cost escalation for replacement of AHU Coils per contracting officers direction Revision to claim previously submitted per HM² Correspondence Ltr# 02081-154 NASA Ltr# 132 (Dated 4/5/2004)

Based on cost increases for our supplier (Carroll Air / McQuay) our proposal based on the Carroll Air /McQuay January 2004 proposal has increased. The following is our current breakdown of claimed costs:

| | | Previous cost | Cost now |
|---|---|---|---|
| 1). | Provide for new coil to be installed in AHU 24 currently in HM² bonded storage area. | $23,744.00 | $29,363.00 |
| 2). | Provide for new coil to be installed in AHU 22 currently in HM² bonded storage area. | $22,575.00 | $29,124.00 |
| 3). | 8 Weeks Extended overhead and bonded storage for AHU 22 and 24 * | $32,163.00 | $32,163.00 |
| | **Total Estimated cost** | $78,482.00 | $90,650.00 |

* COST PROPOSAL AMOUNT NOT CHANGED

Copies of HM² revised detailed cost summaries for item 1 and 2 are attached.

No clarifying or appropriate direction has been received to our April 5, 2004 request for the Contracting Officer's direction by April 15 2004. The Contracting Officer has failed to address the direction contained in SA#1 concerning this issue. The contractor is expressly requesting a contract adjustment of $90,650.00 and an 8-week time extension for this issue and considers this correspondence as a modification to the claim presented on April 5 2004 via HM² Correspondence Ltr# 02081-154 NASA Ltr# 132. This correspondence is submitted as a claim as described by the Disputes clause of the contract. This is based on the assertion that this is a liability by the Government for which the Contracting Officer has not acted upon in a reasonable time.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,

Donn Mount
Vice President

cc: File
Job

Attachments: HM² Detailed Cost Summary (2 pages), Carroll Air Proposal (1 Page), HM² correspondence Ltr# 02081-154

HM² CONSTRUCTORS AND FABRICATORS

April 16, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM2 Ltr# 02081-159
NASA Ltr# -137

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: NASA Letter OP-ES-B/59, AHU Steel Male Pipe Supply and Return Connections

Based on the response in your letter, it is clear you intend to reject our REA and there is no reason to delay the claim. In accordance with the disputes clause, we expect a response to our claim no later than June 14, 2004. In addition, an REA is not a prerequisite to a claim and your statement that it would be premature for the Government to consider our REA seems like an attempt to harm the contractor financially.

Your letter references the shop drawing approval process and the specification in the defense of the Government position, but fails to address the Supplemental Agreement Number 1 (SA #1) that expressly states the revised parameters governing the approval/acceptance of the Air Handling Units. The SA specifically states it takes precedence over all other contract documents and your Direction is in contradiction to that agreement.

HM² has never "confirmed" that the connections are covered in the specification by any stretch of the imagination. It is industry standard for the connections to be provided and you have chosen to disregard this data/conversations we have had to date. Therefore, there is a dispute with regard to the connections on the AHU's.

Your direction is confusing and does not lend itself to clear understanding by parties not associated with the issue. HM²'s interpretation of your direction is that you are directing HM² to install new coils in AHU numbers 24 and 22. You understand that you have chosen the

most expensive way to solve this problem in both time and money, as indicated in our letter number 02081-154 (NASA Ltr # 134).

If HM² does not hear differently from the Contracting Officer by close of business April 20, 2004, HM² will direct Carol Air/McQuay to change out the coils. NASA will incur the costs as identified in HM² letter number 02081-154 (NASA Ltr # 134).

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,
HM² Corporation

Donn Mount
Vice President

cc: Dudley R. Cannon, Jr., NASA Deputy Director, Procurement Office
File
Job

HM² CONSTRUCTORS AND FABRICATORS

April 5, 2004

Reply to:
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-154
NASA Ltr# -134 2

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Changed condition AHU steel male pipe supply and return connections

The Contractor has in accordance with the Contracting Officers direction provided in NASA letter # OP-ES-B/47 dated 2/13/04 directed the AHU manufacture to assure that AHU 20,18,16,14 and 12 be manufactured with brass or copper male pipe connections, and has requested a contract adjustment for the cost associated with this direction.

The Contracting Officer has not provided clear and appropriate direction as to the disposition of the steel male pipe coil connections for AHU 24 and 22. This letter expressly requests the Contracting Officers clear direction as to how the contractor is to proceed with the changing of steel male pipe connections to the coils for the delivered AHU 24 and 22. Should the Contracting Officer fail to respond and provide clear appropriate direction as to how to proceed by April 15, 2004 the Contractor will request the manufacture to proceed with furnishing new coils for AHU 24 and 22. The Contractor will take this action in good faith to not further delay the work process. The Contractor is asserting a changed condition based on the positions forwarded to the Contracting Officer by HM² correspondence Ltr#02081-90 NASA Ltr# 071 (1/16/04) and Ltr#02081-110 NASA Ltr# 091 (2/16/04). Should the Contracting Officer fail to respond or provide appropriate direction by April 15, 2004 the contractor will proceed based as if the Contracting Officer had provided a "constructive change". The estimated cost associated with this change is $78,482.00 broken down as follows:

| | |
|---|---|
| 1) Provide for new coil to be installed in AHU 24 currently in HM² bonded storage area. | $ 23,744.00 |
| 2) Provide for new coil to be installed in AHU 22 currently in HM² bonded storage area. | $ 22,575.00 |
| 3) 8 Weeks Extended overhead and bonded storage for AHU 22 and 24 | $ 32,163.00 |
| Total Estimated Cost | $ 78,482.00 |

(Copies of HM² Detailed Cost Summary's are attached)

HM² CONSTRUCTORS & FABRICATORS

The contractor requests the Contracting Officer make an equitable adjustment to the contract in writing for the costs as outlined above and an 8-week time extension to the current end date of the contract. The 8 weeks may be changed if appropriate direction is received by the contractor prior to the April 15, 2004 action date outlined above. Notice of a changed condition regarding the Steel male pipe connections has been previously provided by HM² correspondence Ltr# 02081-126 NASA Ltr# 104 (3/4/04).

Should the Contracting Officer fail to provide appropriate direction or not agree to a contract modification by April 15, 2004 this correspondence is intended to specifically to make claim to additional costs under the disputes clause of the contract and expressly requests the Contracting Officers decision in writing within 60 days of April 15, 2004.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,

Tim Haverland
Contract Administrator

cc: File
Job

Attachments: HM² Detailed Cost Summary (3 pages)
Carroll Air Proposal (1 Page)
HM² correspondence Ltr# 02081-90, 104,110 & 126
NASA letter # OP-ES-B/47

(605 South Palm Avenue) P O Box 5610, Titusville, Florida 32783-5610, Phone 321-269-3370, Fax 321-269-1305

# HM² CONSTRUCTORS AND FABRICATORS

April 5, 2004

Reply to:
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-152
NASA Ltr# -130

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Changed condition AHU steel male pipe supply and return connections request for contract modification.

The Contractor has, in accordance with the Contracting Officers direction provided in NASA letter # OP-ES-B/47 dated 2/13/04, directed the AHU manufacture to assure that AHU 20,18,16,14 and 12 be manufactured with brass or copper male pipe connections. The cost associated with this direction is $ 2,415.00 as proposed to you on 1/16/04. The Contractor has proceeded in good faith with this additional work and expressly makes claim for this additional cost. In supplement to our letter of 3/4/04 (HM² Ltr# 02081-126 NASA Ltr#-104) in which notice of a changed condition was specifically provided, this correspondence is provided to request that the Contracting Officer provide a modification to the contract in writing. The modification is to include this increase in cost to comply with the Contracting Officer's direction regarding the steel male pipe connections to the coils for AHU's 20, 18, 16, 14 and 12 in accordance with the changes clause of the contract.

Should the Contracting Officer not agree with this adjustment in cost, the Contractor intends for this correspondence to be the written notice of Claim, and we expressly request the Contracting Officer render a decision within 60 days of receipt of this correspondence, as described by the disputes clause of the contract.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,

Tim Haverland
Contract Administrator

cc: File
Job

Attachments: HM² Ltr# 02081-90, 91, 110, & 126
NASA letter OP-ES-B/47

National Aeronautics and
Space Administration

**John F. Kennedy Space Center**
Kennedy Space Center, FL 32899

NASA

Reply to Attn of: OP-ESO-B

RECEIVED
JUN 23 2004
HM²

June 22, 2004

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783-5610

Subject: Contract NAS10-03026; Replace Air Handler Units (AHU's) in KSC Headquarters Building, Phase I (PCN-96899); ***Contracting Officer's Final Decision (COFD); TN-9; REA#4; Claim # 2***

Transmitted herewith is a copy of the Contracting Officer's Final Decision, NASA letter OP-ES-B/073, dated June 22, 2004.

You are requested to acknowledge receipt of the COFD where indicated below, and return the acknowledgement to the undersigned.

Valencia B. Mitchell
Valencia B. Mitchell
Contracting Officer

Enclosure

RECEIPT ACKNOWLEDGED BY:

Name ______________________

Title Contract Administrator

Date 6/24/04

National Aeronautics and
Space Administration
**John F. Kennedy Space Center**
Kennedy Space Center, FL 32899

RECEIVED
JUN 2 3 2004
HM2

June 22, 2004

Reply to Attn of: OP-ES-B/073

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783-5610

SUBJECT: **Contract NAS10-03026; Replace Air Handler Units (AHU) in KSC Headquarters Building, Phase I (PCN-96899); Contracting Officer's Final Decision; TN-9; REA# 4; Claim # 2**

***Notice:*** In accordance with Federal Acquisition Regulation (FAR) clause 52.233-1 entitled "Disputes", you are hereby notified of the Contracting Officer's findings and determination on the subject dispute.

***Claim:*** In HM2's letter 02081-176, NASA Ltr# 154, dated May 3, 2004, the contractor is requesting compensation in the amount of $ 90,650.00 which includes:

1. installing new coil with specification compliant supply and return connectors in AHU 24 — $ 29,363.00
2. installing new coil with specification compliant supply and return connectors in AHU 22 — 29,124.00
3. 8 weeks extended overhead and bonded storage for AHU 22 and 24 — 32,163.00

The Contractor's claim asserts that the coils as delivered, with steel connections, meets the specified requirements and the cast iron, brass or copper requirement as identified in specification 79K35779, Section 15762 of the contract does not apply to the male supply and return connections, only the coil headers. The government approved shop drawing submittal 020 without comment. Submittal 020 identified the male pipe supply and return connections as steel, not cast iron, brass or copper. The contractor contends that requiring the connections to be manufactured as cast iron, brass or copper represents a changed condition. The compensation claim includes fees for the bonded storage facility.

***Findings:*** Based on a thorough review, I find:

The contractor provided Air Handler Units (AHU's) 24 and 22 with copper coils and steel return and supply coil connectors. During the January 13, 2004 status meeting, the contractor was advised that AHU# 24 was not in compliance with the specifications. On January 15, 2004, nonconformance report (NCR) # 2 was issued advising the contractor that "specification section 15762 states the coil header shall be cast iron, brass or copper. The carbon steel nipples (connectors) attached to the header does not meet specifications." On January 23, 2004, NCR # 4 was issued advising the contractor that "specification section 15050 states dielectric connections

dissimilar pipe metal shall be electrically insulated from each other by couplings, unions, or flange commercially manufactured. The steel nipples attached to the coil header on AHU# 24 does not have a dielectric connection."

During a status meeting on February 10, 2004, the contractor was advised that NCR# 2 had been closed because the connector had been determined to be iron rather than steel. The contractor confirmed at that meeting that the connector was indeed made of steel. As a result of that conversation NCR # 5 was issued to replace the previous NCR # 2. Also, during the meeting HM2 asserted the connectors were part of the coil and not the piping. If so, the contract requires the connectors shall be made of the same type material, cast iron, brass or copper. The government has advised the contractor orally on numerous occasions and by NASA letters OP-ES-B/047, dated February 13, 2004 and OP-ES-B/059, dated April 15, 2004 that the connectors provided do not meet the contract specifications. The contractor can not deviate from the contract requirements without an approved Deviation Waiver request. Although the Government approved shop drawing 020 which identified the connectors as steel, it is noted on the submittal itself that approval does not relieve the contractor of the responsibility for error, omissions, correctness of dimension, adequacy of details and compliance with the specification. The contractor is responsible for providing the connectors per the specifications, which takes precedence over the shop drawings.

AHU# 22 arrived with the same nonconformance issues as AHU# 24. Further, AHU# 22 was delivered in damaged conditions. There is no indication that HM2 has made any attempt to correct the nonconformities or repair the damaged unit. HM2 has yet to submit the critical submittals which are required before installation is permitted. The contractor has stated in their letter 02081-176; NASA Ltr# 154 "The Contracting Officer has failed to address the direction contained in SA# 1 concerning this issue." This contract requirement has not been modified by SA# 1. SA# 1 was executed on November 14, 2003, long before the issue of the nonconforming supply and return connections were raised. SA# 1 does not address the connections at all and was not intended to be a waiver of any requirements not specifically addressed.

***Determination:*** I determine that no contract price adjustment or time extension will be made. The assertion of changed condition is determined to be without merit. In addition, it does not appear any actual funds have been expended by HM2 in connection with this claim.

This is the final decision of the Contracting Officer. You may appeal this decision to the Armed Services Board of Contract Appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the Armed Service Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, Falls Church, CA 22041-3208. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken.

The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. For appeals to the Armed Services Board of Contract Appeals, you may, solely at your election, proceed under the Board's small claim procedure for claims of $ 50,000.00 or les or its accelerated procedure for claims of $ 100,000 or less.

In lieu of appealing to the Armed Services Board of Contract Appeals, you may bring an action directly in the U.S. Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

For additional information, see the procedures of the Armed Services Board of Contract Appeals, which appear in Part 48, Code of Federal Regulations, Chapter 2, Appendix A.

Valencia B. Mitchell
Contracting Officer

National Aeronautics and
Space Administration

**John F. Kennedy Space Center**
Kennedy Space Center, FL 32899

NASA

RECEIVED
JUN 15 2004
HM²

June 14, 2004

Reply to Attn of: OP-ES-B/072

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783-5610

SUBJECT: Contract NAS10-03026; Replace Air Handler Units (AHU) in KSC Headquarters Building, Phase I (PCN-96899); Request for Equitable Adjustment (REA) # 3; TN-8

You are hereby advised that REA# 3; TN-8; HM2 letter 02081-152, NASA Ltr# 130, ;Changed condition AHU steel male pipe supply and return connections request for contract modification; has been denied.

The government maintains that the work identified in REA# 3 does not constitute a new requirement instead; the government is merely enforcing the contract requirement. Specification section 15762, paragraph 2.1.3, specifies the material requirements for the coil headers as cast iron, brass or copper. The coil connectors, as agreed upon by the government and HM2's previous superintendent, are part of the coils. As a result, the connectors shall be made of the approved materials which are cast iron, brass or copper. Further, as your firm has been reminded orally and in writing, the approval of the AHU shop drawings submittal by the government does not relieve HM2 from its obligation to meet the contract requirements. It is neither fair nor reasonable for the contractor to assess an additional value to meet the original contract requirement.

In the REA, you stated "Should the Contracting Officer not agree with this adjustment in cost, the Contractor intends for this correspondence to be the written notice of Claim, and we expressly request the Contracting Officer render a decision within 60 days of receipt of this correspondence, as described by the disputes clause of the contract." Your letter was submitted as an REA. This response constitutes the Government's denial of that REA. Please advise in writing if HM2 wants to submit a claim for the subject listed in HM2's letter 02081-152, NASA Ltr# 130.

Should you have any questions/concerns regarding the above, please contact the Undersigned at 321-867-7611.

Valencia B. Mitchell
Valencia B. Mitchell
Contracting Officer