National Aeronautics and
Space Administration

**John F. Kennedy Space Center**
Kennedy Space Center, FL 32899

NASA

RECEIVED
JUL 01 2004
HM²

ply to Attn of: OP-ESO-B

June 30, 2004

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783-5610

Subject: Contract NAS10-03026; Replace Air Handler Units (AHU's) in KSC Headquarters Building, Phase I (PCN-96899); ***Contracting Officer's Final Decision (COFD)***

Transmitted herewith is the Contracting Officer's Final Decision, NASA letter OP-ES-B/076, dated June 30, 2004.

You are requested to acknowledge receipt of the COFD where indicated below, and return the acknowledgement to the undersigned.

Valencia B. Mitchell
Contracting Officer

Enclosure

RECEIPT ACKNOWLEDGED BY:

Name ______________________

Title ______________________

Date ______________

EXHIBIT
D
Blumberg No. 5208

National Aeronautics and
Space Administration

**John F. Kennedy Space Center**
Kennedy Space Center, FL 32899

RECEIVED
JUL 0 1 2004
HM²

y to Attn of: OP-ES-B/076

June 30, 2004

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783-5610

SUBJECT: **Contract NAS10-03026; Replace Air Handler Units (AHU) in KSC Headquarters Building, Phase I (PCN-96899); Claim No. 3; TN-10**

**Notice:** You are hereby advised that McDonald Air and Sheet Metal Claim for additional costs due to delays; has been denied. This is the Contracting Officer's Final Decision.

**Claim:** In HM2's letter 02081-190, NASA Ltr# 168, dated May 21, 2004, the subcontractor is requesting compensation in the amount of $50,602.00 which includes added cost for material increase, field & shop labor and overhead because the contract completion date is expected to be delayed. Additionally, HM2 has requested $ 15,806.38 to cover cost for project manager and mark-ups including G&A, Profit and Payment and Performance Bond fees, as a result of McDonald's claim.

**Decision:** At this time, it would be premature for the Government to consider your claim valid. The contract completion date of August 24, 2004, has not passed. It does not appear any funds have been expended by HM2 in connection with this claim. This claim is denied.

Should you have any questions regarding this decision, please contact the undersigned Contracting Officer at 321-867-7611.

Valencia B. Mitchell
Contracting Officer