**HM² CONSTRUCTORS AND FABRICATORS**

April 4, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-155
NASA Ltr# -133

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Request for Change Order for Reimbursement of Extended Overhead and Time Associated with the Delay to the Ceiling Tile Removal by SGS

In accordance with the FAR Changes Clause 52.243-4, 52.243-5, and the Differing Site Conditions clause 52.236-2, HM² demands compensation in the amount of $28,545.38 (copy of HCO# 006 breakdown attached) and a time extension of 51 days. The purpose of this claim is to recover extended overhead costs associated with the NASA delay involving lack of access due to concern over asbestos containing materials in areas above the ceiling. Since HM² is a Small Woman Owned, HUBzone contractor and the engineering problems associated with this contract have imposed a hardship on the contractor, we require funding assistance with this additional effort.

For the record, this request for a change order is for the time period between the period covered by Supplemental Agreement Number 1's (SA#1) and the time when access was finally allowed. TN # 1; Request for Proposal # 1 (RFP#1) was withdrawn on September 24, 2003 by NASA letter number OP-ES-B/030 and HM² was advised that our proposal was out of line and that Space Gateway Support (SGS) would accomplish the additional work. It was not until December 12, 2003 that the first portion of the work was accomplished allowing HM² to begin the first work of the job; routing control cables above the ceiling and determining the routing for the temporary air conditioning ductwork. In HM² letter number 02081-065, dated September 29, 2003, we requested the contacts to coordinate SGS's efforts so that we could finally move forward with the work. Due to the delay, NASA negotiated relief from the costs incurred by HM² through October 14, 2003, NASA assured HM² that SGS would begin work immediately. Fifty one days later SGS began work. At that point, HM² was released to accomplish our work and did so immediately thereafter.

EXHIBIT E

HM² CONSTRUCTORS & FABRICATORS

As stated in HM² letter number 02081-153, there are several issues where NASA is concurrently delaying the project, which makes it difficult to allocate the incurred extended overhead costs. We have only allocated 51 days of extended overhead to this issue. Based on the above information, we reserve our rights to make claim for the extended overhead and additional time that may be required based on SGS's performance of the remainder of the work associated with the ceiling tile removal.

Should the Contracting Officer not agree with this adjustment in cost, the Contractor intends for this correspondence to be the written Notice of Claim. HM² expressly requests the Contracting Officer render a Final Decision within 60 days of receipt of this notice as described by the disputes clause of the contract.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,
HM² Corporation

Donn Mount
Vice President

cc: File
Job

Attachments: HM² Letter Numbers 02081-065 &073
NASA Letter Number OP-ES-B/030 & Supplemental Agreement Number 1

(605 South Palm Avenue) P O Box 5610, Titusville, Florida 32783-5610, Phone 321-269-3370, Facsimile 321-269-1305