# HM² CONSTRUCTORS AND FABRICATORS

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM2 Ltr# 02081-190
NASA Ltr# -168

May 21, 2004

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: McDonald Claim for additional costs due to delays (Tag HCO#009)

Attached hereto is our claim submitted on behalf of McDonald Air and Sheet Metal in the amount of $66,408.00. (A copy of McDonald's Breakdown and a HM² Detailed Cost Summery is attached). This claim is the follow up to HM² letter number Ltr# 168 NASA Ltr# 146 (4/22/04) in which presented notice of a changed condition to the Contracting Officer. We request the Contracting Officer's prompt review and response. Please notify the undersigned if you require any additional information, to provide an appropriate and timely response. HM² will arrange for a meeting with McDonald Air and Sheet Metal to respond to any questions you may have. At the Contracting Officer's option we would of course promptly respond to any questions, the Contracting Officer may present in writing.

Should you have any questions, please contact the undersigned.

Respectfully,

Donn Mount

cc: File
Job

EXHIBIT
F