July 1, 2004

OP-ES-B/077

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783-5610

SUBJECT: **Contract NAS10-03026; Replace Air Handler Units (AHU) in KSC Headquarters Building, Phase I (PCN-96899); Notice of Termination for Default**

Pursuant to contract clause FAR 52.249-10, Default (Fixed Price Construction) (1984) and FAR 49.4, Termination for Default, the subject contract is hereby terminated for default.

HM2 was awarded contract number NAS10-03026 on March 24, 2003, to replace the Air Handler Units (AHU's) in KSC Headquarters Building. The official notice to proceed was granted on April 29, 2003, for task I, with a contract completion date of July 12, 2004, 438 calendar days. The contract award amount totaled $ 1,456,000.00. Supplemental Agreement (SA) # 1 was executed on November 14, 2003, extending the performance period by 43 days, revising the contract completion date from July 12, 2004 to August 24, 2004.

The following acts constitute the default:

- Failure to make progress so as to endanger successful contract completion by the specified completion date. Approximately eighty-eight percent (88%) of the time to perform this contract has elapsed and the contractor has completed less than ten percent (10%) of the labor required for contract completion. The Contracting Officer has determined that HM2 cannot complete within the stated completion date plus the 44 day extension recently granted for REA and claims. The new completion date including these days would be October 7, 2004. HM2's response to the cure notice indicated that the earliest completion date was May 2005.
- Failure to provide a complete Wall Panel Lifting Plan that meets the contract requirements. The plan is required by specification section 02220 paragraphs 1.2 and 1.7. The government received the initial plan on September 2, 2003. The plan and three (3) re-submittals have been reviewed and dispositioned "Returned for Correction" by the Government.
- Failure to provide a complete Temporary Air-Conditioning Plan as required by specification section 02220 paragraph 1.2. HM2 initially submitted a portion of the plan on November 20, 2003. Some aspects of the plan could not be submitted by HM2 until the above ceiling access was granted by NASA. NASA granted access on December 5, 2003. HM2 submitted the second portion of the plan on January 21, 2004. Both plans and one (1) re-submittal have been reviewed and dispositioned "Returned for Correction" or "Not Approved" by the Government.
- Failure to provide specification compliant supply and return connectors for AHU 24 and 22.

EXHIBIT
G