| | |
|---|---|
| 52.222-8 | PAYROLLS AND BASIC RECORDS (FEB 1988) |
| 52.222-9 | APPRENTICES AND TRAINEES (FEB 1988) |
| 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988) |
| 52.222-12 | CONTRACT TERMINATION–DEBARMENT (FEB 1988) |
| 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988) |
| 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS (FEB 1988) |
| 52.222-15 | CERTIFICATION OF ELIGIBILITY (FEB 1988) |
| 52.222-26 | EQUAL OPPORTUNITY (APR 2002) |
| 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999) |
| 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001) |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001) |
| 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997) - ALTERNATE 1 (JUL 1995) |

(The offeror shall provide the information required for (b))

| Material | Identification No. |
|---|---|
| | If none, insert "NONE" |
| | |
| | |
| | |

| | |
|---|---|
| 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998) |
| 52.223-6 | DRUG-FREE WORKPLACE (MAY 2001) |
| 52.223-12 | REFRIGERATION EQUIPMENT AND AIR CONDITIONERS (MAY 1995) |
| 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING (OCT 2000) |
| 52.225-9 | BUY AMERICAN ACT – CONSTRUCTION MATERIALS (MAY 2002) |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUL 2000) |

| | |
|---|---|
| 52.227-1 | AUTHORIZATION AND CONSENT (JUL 1995) |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996) |
| 52.227-4 | PATENT INDEMNITY - CONSTRUCTION CONTRACTS (APR 1984) |
| 52.233-1 | DISPUTES (JUL 2002) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1996) |
| 52.236-2 | DIFFERING SITE CONDITIONS (APR 1984) |
| 52.236-3 | SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984) |
| 52.236-4 | PHYSICAL DATA (APR 1984) [Insert: KSC 52.236-129 "Physical Data"] |
| 52.236-5 | MATERIAL AND WORKMANSHIP (APR 1984) |
| 52.236-6 | SUPERINTENDENCE BY THE CONTRACTOR (APR 1984) |
| 52.236-7 | PERMITS AND RESPONSIBILITIES (NOV 1991) |
| 52.236-8 | OTHER CONTRACTS (APR 1984) |
| 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984) |
| 52.236-10 | OPERATIONS AND STORAGE AREAS (APR 1984) |
| 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (APR 1984) |
| 52.236-12 | CLEANING UP (APR 1984) |
| 52.236-14 | AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984) |
| 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984) |
| 52.236-17 | LAYOUT OF WORK (APR 1984) |
| 52.236-21 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997) - ALTERNATE II (APR 1984) [insert: (g) _1_sets of prints] |
| 52.236-26 | PRECONSTRUCTION CONFERENCE (FEB 1995) |
| 52.242-13 | BANKRUPTCY (JUL 1995) |
| 52.242-14 | SUSPENSION OF WORK (APR 1984) |
| 52.243-4 | CHANGES (AUG 1987) |
| 52.243-6 | CHANGE ORDER ACCOUNTING (APR 1984) |

52.245-4 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (APR 1984)

52.248-3 VALUE ENGINEERING - CONSTRUCTION (FEB 2000)

52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996) - ALTERNATE I (SEP 1996)

52.249-10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

ARTICLE 2. LISTING OF NASA FAR SUPPLEMENT (48 CFR CHAPTER 18) CLAUSES INCORPORATED BY REFERENCE

1852.204-74 CENTRAL CONTRACTOR REGISTRATION (MAY 2002)

1852.209-72 COMPOSITION OF THE CONTRACTOR (DEC 1988)

1852.215-84 OMBUDSMAN (JUN 2000)

*[Insert: Insert "James L. Jennings, Kennedy Space Center, Code AA-A, Kennedy Space Center, FL 32899, Telephone (321) 867-2355, FAX 321-867-7787, e-mail James.Jennings-1@ksc.nasa.gov"]*

1852.223-70 SAFETY AND HEALTH (APR 2002 )

1852.223-75 MAJOR BREACH OF SAFETY OR SECURITY (FEB 2002)

1852.225-70 EXPORT LICENSES (FEB 2000)

1852.236-73 HURRICANE PLAN (DEC 1988)

1852.242-70 TECHNICAL DIRECTION (SEP 1993)

1852.245-73 FINANCIAL REPORTING OF GOVERNMENT-OWNED/ CONTRACTOR- HELD PROPERTY (AUG 2001)
[Insert: Paragraph (b) insert:

| Original | Three Copies |
|---|---|
| NASA/Kennedy Space Center<br>Attn: General Accounting<br>Mail Code: GG-B-C1<br>Kennedy Space Center, FL 32899 | NASA/Kennedy Space Center<br>Attn: Industrial Property Office<br>Mail Code: TA-E1<br>Kennedy Space Center, FL 32899 |

**35. SECTION VIII - CONTRACT ATTACHMENTS**

(A) Rates of Wages
(B) Drawings and Specifications

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NUMBER: **07**
AMENDMENT DATE: **1/31/03**
OFFERS DUE: **2/12/03**, 3:00 P.M LOCAL TIME AT JOHN F. KENNEDY SPACE CENTER, FL

1. Solicitation type: [X] Sealed Offer [__] Negotiated [_] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or Handcarry: CIAO, Bldg N6-1009, Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: (321) 867-2042
E-mail/Internet: Jack.Massey-1@ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2, through Amendment 06 dated 1/30/03.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is not extended**. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or

letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment number 07 is to correct a typographical error in Amendment 06, paragraph G.**

**Accordingly, RFO 10-02-0037 is amended as follows:**

A. Paragraph G of Amendment 06 erroneously stated a bid due date that was in conflict with the correct bid due date of February 12 as specified elsewhere in the solicitation; to correct this, Amendment 06 paragraph G is herewith amended to read as follows:

"G. The date specified for receipt of offers is changed to February 12, 2003, at 3:00 PM local time."

B. The date specified for receipt of offers is not changed and remains February 12, 2003, at 3:00 PM local time.

END OF AMENDMENT No. 07 to RFO 10-02-0037.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NUMBER: **06**
AMENDMENT DATE: **1/30/03**
OFFERS DUE: 2/12/03, **3:00 P.M LOCAL TIME AT JOHN F. KENNEDY SPACE CENTER, FL**

1. Solicitation type: [X] Sealed Offer [__] Negotiated [_] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or Handcarry: CIAO, Bldg N6-1009, Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: (321) 867-2042
E-mail/Internet: Jack.Massey-1@ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2, through Amendment 05 dated 1/22/03.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is extended**. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,

provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment 06 is to:**

i. Correct an error in the title of Model Contract Section III Article 16;
ii. Update Model Contract Section V Article 16;
iii. Update the fill-in data for Model Contract Section VII Article 2 Clause 1852.215-84, "OMBUDSMAN";
iv. Incorporate the most current DOL Area Wage Determination;
v. Revise the Contract Drawings and Specifications;
vi. Publish questions received and the Government's answers to those questions; and
vii. Advise potential offerors that the date specified for receipt of offers is extended from 2/05/03 to 2/12/03.

**Accordingly, RFO 10-02-0037 is amended as follows:**

A. The title of Contract Section III Article 16 is herewith corrected as follows:

<u>From:</u> "ARTICLE 16 KSC 52.236-<u>110</u> SANITARY FACILITIES <u>NOT</u> AVAILABLE (SEP 1990)"
<u>To:</u> "ARTICLE 16 KSC 52.236-<u>109</u> SANITARY FACILITIES AVAILABLE (SEP 1990)".

Note that this is a change in the clause title only; the text of the article remains unchanged from that previously provided in Amendment 01.

B. Contract Section V Article 16, "GOALS FOR SMALL BUSINESS SUBCONTRACTING", is herewith deleted in its entirety and replaced by an updated version, included herewith as Attachment 02.

C. The "fill-in data" for Model Contract Section VII Clause 1852.215-84 "OMBUDSMAN (JUN 2000) is updated to read as follows:
"*[insert: Insert "Mr. James W. Kennedy, , Kennedy Space Center, Code AA-A, Kennedy Space Center, FL 32899, Telephone 321-867-2355, fax 321-867-7787, email <u>james.w.kennedy@nasa.gov</u>.]*".

D. DOL Area Wage Determination Decision FL 2020017 Modification No. 11 dated 1/24/2003 is included herewith and supersedes all previous wage determinations.

E. Contract Schedule I Article 2 Paragraph b, "<u>Addenda to Specifications and Drawings</u>", is amended to add the following:

" b.2 Drawing 79K35778, Drawing I-1 (Sheet 54), General Note P, first sentence, third line, is amended to delete the words " tinned and ".

b.3 Specification Section 15083, Paragraph 3.4, "APPLICATION", 4th item, "Return Air Ductwork in concealed locations", is amended to change the callout from "T-13" to "T-11".

b.4 Specification Section 15720, Part 2.2, "UNIT CABINET", first paragraph, fifth sentence, is changed from: "...coated with not less than 1.25 ounces of zinc per square foot ....."
to: "...coated with not less than .90 ounces of zinc per square foot ....."

b.5 Specification Section 15915, Part 1.4, 'SYSTEM DESCRIPTION", paragraph 5 is amended to delete the paragraph in its entirety and replace it with the following new paragraph 5:

" System Monitoring and Supervisory Control shall be provided to the existing KCCS. Data exchange and connectivity shall be accomplished by integrating the new control system with Citect, the SCADA software front end used by KCCS. Two acceptable solutions for integration into Citect are through an OPC Server interface or a direct connection through a LonWorks Network Module installed into the existing KCCS controller located in room 1158. Any host PC interface shall use commercially available software packages that are non-exclusive; closed software will not be accepted. The contractor shall provide all necessary hardware, software and programming to complete the integration. A GUI work station shall provide complete access to any point in the system at any time. " ".

F. Questions received and the Government's answers to those questions are included herewith as Attachment 01.

G. The date specified for receipt of offers is not changed and remains February 05, 2003, at 3:00 PM local time.

END OF AMENDMENT No. 06 to RFO 10-02-0037.

**QUESTION 1:** Reference Model Contract Article 16, "KSC 52.236-110 SANITARY FACILITIES NOT AVAILABLE (SEP 1990)". The heading of the article indicates or suggests that Sanitary Facilities are not available. However contrary to the heading the body of the article itself states that the Restroom facilities are available for the contractor's use within or nearby the work area. Supplying restroom facilities for our work during the course of the project would have to be included in our estimate/proposal and I would have to carry a monetary sum for this. Please confirm that the restroom facilities will be usable for our work force or not.

**ANSWER:** Restroom facilities are available to the Contractor within or nearby the work area. The stated title of Article 16 is in error and was intended to read "KSC 52.236-109 SANITARY FACILITIES AVAILABLE (SEP 1990)". This erroneous title is corrected elsewhere in this amendment. Offerors should note that the language in the body of the article is correct and is not changed.

**QUESTION 2:** Reference Model Contract Page 37, Article 6, "FAR 52.219-16 LIQUIDATED DAMAGES – SUBCONTRACTING PLAN (JAN 1999)". Please advise where this is stated for an exact amount. This information is pertinent for the way we approach this estimate.

**ANSWER:** Note for reference that elsewhere in this amendment, the previous Section V Article 16, "GOALS FOR SMALL BUSINESS SUBCONTRACTING", is replaced by Attachment 02, the current version of the same article. The exact amount of an offeror's potential liquidated damages is a mathematical function based of the offeror's approach to accomplishing the work involved. Specifically, paragraph (b) of FAR 52.219-16 states in part "The amount of probable damages attributable to the Contractor's failure to comply shall be an amount equal to the actual dollar amount by which the Contractor failed to achieve each subcontract goal.".

**QUESTION 3**: The project drawings address 3 individual projects called phases, each with a 400+ day duration. Is it the intent of the documents for the phases to run concurrently or do the phases run back-to-back, i.e., can phase 2 not start until phase 1 is complete? If so, this would make this a 1300+ day project.

**ANSWER:** Please refer to the Model Contract Block 15 and Section III, Article 31. Task 2 (Phase II) and Task 3 (Phase III) are priced options which the Government has the right to exercise per Section III, Article 31 entitled "Option for Increased Quantity – Separately Priced Line Item". It is not the intent of the Government that the phases run back-to-back. The extent to which the performance period for an option may or may not run concurrently with the performance period of the basic requirement or another option will be determined by the date the Government exercises an option; Article 31 provides specific guidance regarding this subject. The date, if any, the Government would choose to exercises its option(s) will be influenced by factors such as when the funding necessary to exercise each option becomes available.

**QUESTION 4:** The specifications call for day shift work. Is it permissible to do the majority of the work at night when there are fewer people in the buildings?

**ANSWER:** No. The only work that may be done during second shift, 3:30 P.M. to 12:00 A.M., on Monday through Friday is the start-up of the temporary and new air handling units and the connection of the temporary ductwork to the existing ductwork. The Contracting Officer must clear any other work the Contractor wishes to perform on second shift two weeks prior to commencement of that work.

**QUESTION 5:** The project drawings state that "all work associated with any one mechanical room shall be completed and fully operational prior to beginning any work associated with the next mechanical room". Is the definition of fully operational "complete and walkaway"? Or is it permissible that once reliable air conditioned air is moving the next mechanical room can be opened up? We are afraid if we have to finalize, test and balance, and all the other job requirements before moving on to the next mechanical room even the 400 day per phase schedule would not be long enough.

**ANSWER:** If the work is "Substantially Complete" in the opinion of the Contracting Officer. the Contractor will be allowed to move onto the next room. Substantially complete is defined to mean the life safety items are fully completed (smoke detector shutdown), controls are fully functioning, the initial test and balance has been performed and the unit is operating for the beneficial use of the Owner, with approval to remove the temporary air conditioning granted. Note that if the Contractor is allowed to move to a second room under this "Substantially Complete" concept, the Contractor will specifically not be allowed to start work on a third room until the first room is fully completed.

**QUESTION 6:** The main pump room has an existing master control panel. Is this panel and related equipment to be removed?

**ANSWER:** No.

**QUESTION 7:** The main pump room has an existing Andover control panel. Is this equipment to be removed?

**ANSWER:** No.

**QUESTION 8:** Section 15915 page 194 paragraph 3.2 specifies the control system to be installed per Division 16. Section 16145 page 245 paragraph 3.1 specifies all exposed conduit in mechanical rooms shall be rigid galvanized. During the site visit we observed much of the existing control system was installed in EMT conduit. Is it the intent that existing work in the mechanical rooms that is not part of the demolition work be brought up to the standards of the project specifications?

**ANSWER:** No. In addition, EMT will be allowed in all rooms with the exception of 1158.

**QUESTION 9:** Can existing wire ducts be utilized for the LonWorks network wiring?

**ANSWER:** Yes, provided the existing wire ducts only contain signal wiring, and the distance between connected devices does not exceed the manufacturers requirements.

**QUESTION 10:** Can the space mounted temperature and humidity sensors and wiring and the LonWorks network wiring be installed during regular working hours?

**ANSWER:** Yes, but work timeframes in occupied spaces need to be coordinated/scheduled through the Contracting Officer.

**QUESTION 11:** Reference Specification Section 15083, Paragraph 3.2.2. Is it the intent of this paragraph to install (100% coverage) a field applied glass cloth jacket over all rigid mineral fiber board insulation which already has a factory applied vapor barrier jacket?

**ANSWER:** No, the intent is that all of the seams and joints receive the glass cloth jacket.

**QUESTION 12:** Reference Specification Section 15083, Paragraph 3.2.2. Can perforated base pins adhered with pin adhesive be used as a alternate method for insulation attachment. This would be in place of vapor barrier adhesive on ducts with side or bottom surface dimensions under 30 inches?

**ANSWER:** No.

**QUESTION 13:** Reference Specification Section 15083, Paragraph 3.4. This section calls for return air ductwork in concealed locations to receive Type T-13 insulation, which is a rigid mineral fiber. This seems to be an error, since the same section calls for supply ductwork in concealed locations to receive Type T-11 insulation, which is the flexible blanket. Is Type T-11 insulation to be installed on return air ductwork in concealed locations?

**ANSWER:** Yes, it is the intent of the specification that Type T-11 insulation to be installed on return air ductwork in concealed locations. At specification Section 15083, Paragraph 3.4., change the Return Air Ductwork in Concealed Locations callout from "T-13" to "T-11".

**QUESTION 14:** Reference Drawing M-4, Sheet 15. New ductwork shown on this sheet for Mechanical Room, Wing F, First Floor is drawn with a dashed line inside a solid line. There is no designation on the Mechanical Room Legend for this type of ductwork. Is this to indicate the ductwork in question is to be double walled insulated duct?

**ANSWER:** Yes, this symbol indicates double-wall insulated duct in accordance with industry standard symbols as published by both ASHRAE and SMACNA. These references apply to any symbol not otherwise shown in the legend.

**QUESTION 15:** Reference Section 15085, Paragraph 3.2.3. The last sentence of the first paragraph calls for insulation to be bedded in an outdoor vapor coating applied to all piping surfaces. This does not concur with manufacturer's installation procedures. What is the purpose of this requirement and is it required?

**ANSWER:** Bedding is not required for piping surfaces with outdoor vapor barrier coating. Insulation segments shall be tightly fitted, with a thin coat of vapor barrier coating applied at the joints.

**QUESTION 16:** Reference 79K35779, Page 180, Section 15915, Clause 1-4. This requires OSA membership. Would an integrator who is conversant with the onsite Citect system and Ethernet, fiber networks, as well as HVAC control systems, be acceptable? Please advise.

**ANSWER:** No – OSA membership is specified as a quality control measure to ensure a minimum level of experience with these types of systems.

**QUESTION 17:** Reference 79K35779, Section 15915, Page 186, Clause 2.1.12. Paragraph states: "operator to access all points from any CAC from any key pad." Does "all points" mean all local points, all points from other CAC's or each and every key CAC key pad? Please advise.

**ANSWER:** All points on the network (inclusive of other CAC's) are to be available from any CAC keypad.

**QUESTION 18**: Reference 79K35779, Section 15915, Page 108, Clause 1-4 KCCS Interface. The existing KCCS server is Citect. Does Citect talk to Lonworks? The existing Citect is on TCP/IP with modicon PLC's. In theory you can add an I-Lon and an OPC server to interface the proposed Lonworks to the existing KCCS Citect. Is there C.O.T.S. software that can be used to create a reliable data base accessible by Citect? We suggest using ethernet TCP/IP with available Citect drivers throughout all CAC's (Controller & Operator Interface). Please advise.

**ANSWER:** An interface will be required to enable Citect to "talk" to Lonworks, which shall be provided under this contract. The OPC sever referred to in the project specifications does not exist. System Monitoring and Supervisory Control shall be provided to the existing KCCS. Two acceptable solutions for integration into Citect are through an OPC Server interface or a direct connection through a LonWorks Network Module installed into the existing KCCS controller located in room 1158. All hardware, software and programming, necessary to complete the integration shall be provided by the contractor. As part of the submittal process, the contractor shall provide the Government with a list of the hardware, software and programming that will be necessary to complete the integration.

**QUESTION 19:** Are the AutoCad drawings available, or .pdf, on disk, and how can we get a copy?.

**ANSWER:** No - electronic drawings will not be provided for this project during the procurement stage, but will be made available after contract award to the successful bidder.

**QUESTION 20:** Reference Drawing E-3, General Note C. This note is typical for all mechanical rooms. If terminal blocks cannot be used for extending fire alarm circuits is wire to be pulled to the existing FACP or FATC? If so, where is the locations of these panels? Please provide more information.

**ANSWER:** Wire is to be pulled from the existing FATC ("F.A. Module Cabinet"), in each mechanical room.

**QUESTION 21:** Specification 13850 Paragraph 2.3.1 calls for duct detectors for high ambient temperature areas to be installed in an additional PVC enclosure. Are the mechanical rooms on this project considered high ambient temperature areas?

**ANSWER:** No. Duct detector heads are not required to be in additional enclosures.

**QUESTION 22:** Specification 79K35779. There is no specification provided for the motor starters for this project. Are there any additional requirements other than those shown on the one lines or the detail on E-28?

**ANSWER:** See Specification Section 16286, 2.1

**QUESTION 23:** Section III, Article 31 states in part, that the Government may exercise Option 1 anytime between the effective date of the contract and 2/15/2004. Option 2 may be exercised anytime between the effective date of the contract and 2/15/2005.

Can the Government exercise either or both Options during the performance of the Base Bid and in so doing require concurrent activities be performed? We are concerned about pricing should the Government exercise the Option(s) during the performance of the Base Bid for numerous reasons: The increased cost of Non Productive Labor; Diluted labor/material efficiency gains due to concurring activities in lieu of taking advantage of the "learning curve" on subsequent Phases; and, Vendor Pricing for the material/equipment(Bulk Order) and cost escalation due to extended time frame for exercising the Options. In summary, will the project be Completed Sequentially in a "Start to Finish" Relationship?

**ANSWER:** Yes, Article 31 does allow the Government to exercise either or both Options during the performance of the Base Bid and in so doing require concurrent activities be performed. Article 31 is intentionally structured in such a manner as to allow the Government the flexibility to exercise Option 1 and/or Option 2 when and if funding becomes available. As information, the most probable scenario expected is that Option 1 will be funded with Fiscal Year 04 funds and that Option 2 will be funded with Fiscal Year 05 funds. The most probable dates that funding would be available and allow the options to be exercised is between 10/01/03 and 2/15/04 for Option 1 and between 10/01/04 and 2/15/05 for Option 2. However, other scenarios may occur. For instance, possible but less likely scenarios are that the Government would choose to not Exercise Option 1 and instead exercise only Option 2 with Fiscal Year 04 funds. Even less likely scenarios include funding to exercise one or both options becoming available earlier than the most probable scenario addressed above.

We do not understand your question regarding sequential performance. Please review the above information in conjunction with the period of performance language in Section 1,

Article 3 and the last paragraph of Article 31. If this information does not answer your question, please restate your question so that a specific answer may be provided.

**QUESTION 24:** Reference Specification 15720, Section 2.2, Paragraph 1. Specification calls for "…not less than 1.25 ounces of zinc per sq. ft.…" for the AHU galvanized steel. (Company name deleted) AHU's are constructed with G90 galvanized steel which has .90 ounces of zinc per square foot. AHU construction with 1.25 oz of zinc per sq. ft is not available. I believe G90 steel is consistently used by other AHU manufacturers as well. Please advise.

**ANSWER:** Use of G90 galvanized steel is acceptable. Change the Specification 15720, Section 2.2, Paragraph 1 AHU galvanized steel reference from "…not less than 1.25 ounces of zinc per sq. ft.…" to "…not less than .90 ounces of zinc per sq. ft.…".

**QUESTION 25:** 15915-1.2 SD-03 states we need graphic at both local workstation and at KCCS work station. Specs call for web-based graphics and update of Citect in section 15915-1.4. Do we need a local web based graphical HMI workstation and integrate to KCCS Citect workstation? Or could both front ends be Citect?

**ANSWER**: Yes a local web based HVAC type application graphical workstation is required. Both front ends cannot be Citect.

**QUESTION 26:** 15915-2.1.2 and 2.1.6 specifies the use of OPC server to integrate to KCCS. Is this still the case? What version of Citect is currently running at KCCS? What drivers are being used to communicate to any exiting Lon networks?

**ANSWER:** An OPC server may be used – Refer to the answer to question 18 for other options and further clarification. The current version of Citect is 5.4 with service pack "B" Rev 1, however the version in use at the actual time of contract award will be the version that will need to be interfaced with. Currently the OPC server interface referred to in the specifications does not exist and there are no Lon networks communicating with the KSC Citect system, therefore no drivers are being currently used.

**QUESTION 27**: Specification 15915-1.5.7 calls for Custom Application Controller (CAC) to conform to LonMark profiles and standards. 15915-1.4 Products used in constructing a network shall be LNS compatible and bear LonMark seal. LNS is a LonWorks Network Service, network controllers are not LonMark compliant because they do not have profiles but they can be LonWorks compliant. Can the term LonWork be used in place of LonMark in the specifications?

**ANSWER**: No, LonWork may not be used in place of LonMark universally throughout the specification. Also note the term used in the question "network controllers" is not used anywhere in the contract documents.

**QUESTION 28**: Drawing I-1 General Comments Item P calls for Tinned and Stranded cable. 15915- 3.2 does not mention tinned wire nor does the electrical specification. Is "Tinned" wire required since specifications take precedent over the drawings, per Section I, Article 4

**ANSWER**: Tinned wire ends are not required. See the change to Drawing I-1, General Comments, Item P incorporated elsewhere in this amendment. The cited contract article states that the specifications take precedent in the case of an inconsistency; offerors should note that the remaining drawing requirement to use stranded wire for the sensor wiring is not an inconsistency, but is a specific addition to the basic wiring requirements in the specification.

**QUESTION 29**: Per drawing I-5 there are 2 supply air ducts one for cold air and one for hot air. The cooling and heating coils are controlled off of coil discharge temperature sensors. How is the local space controlling the air to maintain space temperature? Is there a dual duct VAV box? If so are there existing or remaining controls?

**ANSWER**: Pneumatically operated dual duct constant volume terminal boxes provide local space temperature control. Yes. Pneumatic controls for these devices are existing and to remain.

**QUESTION 30:** An asbestos note for the temporary duct connections in the corridors (drawing M-39 thru 42) indicates asbestos containing mastic at the joints that should not be disturbed. If disturbing the joint mastic is unavoidable abatement procedures are required. During the site visit some of the mechanical rooms were observed to have toweled-on insulation cement over Calcium magnesium or silicate, white block that would indicate an asbestos containing insulation system. Do any of the temporary duct tie-in points have, in addition to the joint mastic, an asbestos containing insulation system that will require abatement procedures?

**ANSWER:** The following rooms have been identified as containing the following Regulated Asbestos Containing Materials in the quantities specified. The abatement procedures specified in the contract documents shall apply to these areas as well as those areas previously noted in the drawings. (SF = square feet, LF = linear feet)

Room 1640 (base bid): 38 SF (mastic on HVAC duct above acoustical ceiling tile, NOT friable)
Room 2640 (base bid): 16 SF (mastic on HVAC duct above acoustical ceiling tile, NOT friable)
Room 3640 (base bid): 6 SF (mastic on HVAC duct above acoustical ceiling tile, NOT friable)
Room 1470 (base bid): 40 SF (mastic on HVAC duct above acoustical ceiling tile, NOT friable)
Room 2476 (base bid: 18 SF (mastic on HVAC duct above acoustical ceiling tile, NOT friable)
Room 3476 (base bid): 29 SF (mastic on HVAC duct above acoustical ceiling tile, NOT friable)
Room 1244 (Option 1): 100 SF mastic on HVAC duct (NOT friable); 40 SF mastic on pipe (NOT friable); 2 SF on pipe wrap (NOT friable); 250 LF fiberglass pipe insulation (NOT friable); 6 fiberglass valves, elbows, or tees (friable); 6 fiberglass mud valves, elbows, or tees (friable) all above acoustical ceiling tile.

**QUESTION 31:** The detail tagged: "CHW Cooling Coil, or Heating Coil Piping Schematic-Dual Coil and the detail tagged "CHW Cooling Coil, or Heating Coil Piping Schematic-Single Coil", both as shown on drawing M-31, appear to indicate NEW shut-off/isolation valves to be installed. The demolition note, flag note 6, drawing M-4, appears to indicate "existing valves to remain". Are new valves to be added in line with the existing valves? Should the "coil details" denote the ball valves shown as "existing"?

**ANSWER:** Existing riser shut-off valves are to be removed and new valves are to be added for all units (including AHU-20 on sheet M-4). The coil details are correct in calling for new valves.

**QUESTION 32:** The AHU Condensate Drain Detail as shown on drawing M-31, note "R", states in part: ...to coordinate the height of concrete piers........The detail "Mechanical Room Section-New Work as shown on drawing M-4, states 4" high x 12" wide concrete pier. Are the concrete piers to be 4" high x 12" wide regardless of unit total static pressure? If not, please have The Design Engineer denote the height required for each unit.

**ANSWER:** Refer to detail "NL" on sheet M-31. The 4" tall dimension is to be considered a minimum to be provided at all units. The AHU used as the basis of design (York) includes a base rail as shown in the equipment room sections and detail "NL". The actual required pier dimension as well as it's spacing will vary based upon the actual manufacturer selected by the Contractor, with the proposed pier height to be denoted by the Contractor in the required mechanical room layout drawing.

**QUESTION 33:** The temporary air schedule indicates that two (2) Temporary A/C's with 20,000 CFM will be required which will produce 55 Deg. "off coil temp." with 100% outside air. With that said, the temporary A/C's have the capability to discharge up to 40,000 CFM and the existing units do not produce this much air. This will surely cause problems in that any material not dislodged under normal operating parameters, will be dislodged when subjected to the increased flow rate this will allow. Furthermore, the noise level generated by this increased volume of air, will undoubtedly be very troublesome to many personnel within the bldg.

**ANSWER:** The intent in all cases is to match the proposed unit CFM with that produced by the temporary unit. Over half of the existing units exceed 20,000 CFM. Based upon the size of equipment available from the vendor used as the basis of design (20,000 CFM limitation), two temporary units will be needed. Adjustment of the airflow will be required in each case to address the debris and noise issues raised in the question. This shall be accomplished by adjustment of the temporary units fan speed, discharging excess temporary unit conditioned air to directly to the outdoors, or other means acceptable to the Contracting Officer. In addition, the drawings call for manual balancing dampers on the temporary ducts for final adjustment of the temporary unit airflow.

<u>QUESTION 34:</u> Asbestos is identified in the mastic associated with duct insulation an in the Thermal System Insulation (TSI) on pipes. What is not identified is whether the HWSR pipes are friable or regulated asbestos containing material. Is <u>any</u> of this asbestos containing material friable? If so, please identify.

<u>ANSWER:</u> Yes, some of the asbestos containing material (ACM) insulation is friable, including ductwork, straight pipe and fittings. The data does not differentiate between systems (CHW, HW). The following rooms have friable ACM at the locations and quantities listed:

| Room | Valves, Elbows, Tees | Straight Runs | Duct |
|---|---|---|---|
| 2534 | 7 | 80 LF | |
| 3534 | 31 | 40 LF | |
| 3369 | -- | --- | 3000 SF |
| 2345 | -- | --- | 3500 SF |
| 1534 | 17 | 10 LF | |
| 1255 | 35 | --- | 1000 SF |
| 3474 | 4 | --- | 1000 SF |
| 2474 | 6 | --- | 2000 SF |
| 1468 | 27 | --- | 2020 SF |
| 2634 | -- | 40 LF | |
| 1634 | 2 | --- | |
| 1158 | 84 | --- | 300 SF |

<u>QUESTION 35:</u> As we interpret the documents for the above referenced project the existing exterior panels will need to be removed & replaced at least 104 times. This number is based on the fact that each bottom panel is over lapped by the one above it, and only one unit can be temporarily open at one time requiring the removal & replacement of all upper panels each time you start a new lower unit. Are we correct on this? And are you open to any alternate methods?

<u>ANSWER:</u> You are correct; the panels do overlap, and are "keyed" into one another. The design concept is that the first and fourth floor panels may be removed in any order. Where second and third floor panels are to be removed, the adjacent third floor panel shall be removed first. During the work period where the third floor concrete panel is off the building, the formed concrete key shall be cut off the top of the second floor panel for the entire width of the panel, leaving the top of the wall panel square. Care shall be taken so as to not damage the concrete beam or the embedded bracket behind the wall panel.

Restoration of the removed key is not required. After award, the Contractor may propose alternate methods for consideration by the Contracting Officer.

**QUESTION 36:** Please advise if the round and oval spiral supply ductwork in the equipment rooms is single wall or double wall. The specifications includes details for both single wall (section 15818 page 161 pgh, 2.2.1) and double wall (section 15818 page 162 pgh. 2.2.2), but I have not found any notes in the specifications or on the drawings to indicate the type of ductwork required.

**ANSWER:** See the answer to Question 14. If you still have a question after reading that answer, please restate the question.

ARTICLE 16 - GOALS FOR SMALL BUSINESS SUBCONTRACTING

The offeror shall provide an individual Small Business Subcontracting Plan as required by FAR 52.219-9. This applies only to large businesses. An approved master plan, if applicable, shall be attached to the individual small business subcontracting plan. The following are the recommended goal percentages.

A. <u>If 70% or more of the work is subcontracted:</u>
SB Goal is 5% of the total contract price
SDB Goal is 3% of the total contract price
WOSB Goal is 1% of the total contract price
HUBZone Goal is .5% of the total contract price
VOSB Goal is .25% of the total contract price
HBCU/OMI Goal is .25% of the total contract price

B. <u>If more than 50% and less than 70% of the work is subcontracted:</u>
SB Goal is 4% of the total contract price
SDB Goal is 2% of the total contract price
WOSB Goal is .25% of the total contract price
HUBZone Goal is .25% of the total contract price
VOSB Goal is .25% of the total contract price
HBCU/OMI Goal is .25% of the total contract price

C. <u>If more than 30% and less than 50% of the work is subcontracted:</u>
SB Goal is 3% of the total contract price
SDB Goal is 1.5% of the total contract price
WOSB Goal is .25% of the total contract price
HUBZone Goal is .25% of the total contract price
VOSB Goal is .25% of the total contract price
HBCU/OMI Goal is .25% of the total contract price

D. <u>If 30% or less of the value of the work is subcontracted:</u>
SB Goal is 2% of the total contract price
SDB Goal is 1% of the total contract price
WOSB Goal is .25% of the total contract price
HUBZone Goal is .25% of the total contract price
VOSB Goal is .25% of the total contract price
HBCU/OMI Goal is .25% of the total contract price

Offerors are encouraged to propose goals that are equivalent to or greater than those recommended by the Contracting Officer as stated above. Variances between the offeror's proposed goals and the government's recommendation should be explained.

GENERAL DECISION FL020017 01/24/2003 FL17

Date: January 24, 2003
General Decision Number FL020017

Superseded General Decision No. FL010017

State: Florida

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):
BREVARD

**CAPE CANAVERAL AIR STATION, PATRICK AIR FORCE BASE
KENNEDY SPACE CENTER AND MALABAR RADAR SITE IN
BREVARD COUNTY

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and partments up to and including 4 stories)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 03/29/2002 |
| 2 | 04/05/2002 |
| 3 | 04/12/2002 |
| 4 | 05/10/2002 |
| 5 | 07/05/2002 |
| 6 | 07/26/2002 |
| 7 | 08/30/2002 |
| 8 | 10/04/2002 |
| 9 | 11/01/2002 |
| 10 | 12/20/2002 |
| 11 | 01/24/2003 |

COUNTY(ies):
BREVARD

ASBE0067B 07/01/2002

| | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings and finishings to all types of mechanical systems | 21.72 | 7.37 |

---

ASBE0067C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| HAZARDOUS MATERIAL HANDLERS | | |
| Includes preparation, wetting, stripping, removal, scrapping, vacuuming,bagging, and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 11.00 | 3.75 |

---

BOIL0199C 07/01/1993

| | Rates | Fringes |
|---|---|---|
| BOILERMAKERS | | |
| Storage Tank Erection/Repair | 12.95 | 4.105 |
| All other work | 17.90 | 5.565 |

---

BRFL0001B 10/01/2001

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, BLOCKLAYERS, PLASTERERS, TERRAZZO WORKERS, TILE SETTERS and CEMENT MASONS: | | |
| COMMERICAL | 18.25 | 4.10 |
| *INDUSTRIAL | 20.50 | 4.35 |

*INDUSTRIAL work includes: Bulk plants, power houses, chemical plants, missile sites including all work at Cape Canaveral Air Force Station and Kennedy Space Flight Center but excluding work performed at Patrick Air Force Base and Malabar Radar Site, oil refineries, etc., and such other work which is related to and considered a part of the above type projects.

---

CARP1000A 07/01/2002

| | Rates | Fringes |
|---|---|---|
| MILLWRIGHTS | 21.89 | 7.77 |

---

CARP1765A 07/01/2002

| | Rates | Fringes |
|---|---|---|
| COMMERCIAL: | | |
| CARPENTERS | 17.06 | 4.92 |
| PILEDRIVERMEN | 17.56 | 4.92 |
| *INDUSTRIAL: | | |
| CARPENTERS | 18.56 | 4.92 |
| PILEDRIVERMEN | 19.06 | 4.92 |

*INDUSTRIAL work includes: Oil refineries, chemical processing plants, pharmaceutical factories, iron and steel producing facilities, non-ferrous metal production facilities, power generating facilities, paper mills, cement plants, breweries, rubber production and tire manufacturing plants and other industrial mining and manufacturing facilities, and the aerospace industry, including all work at John F. Kennedy Space Center and Cape Canaveral Air Force Station but excluding work at Patrick Air Force Base and Malabar Radar Site.

---

ELEC0222A 09/01/2001

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| LINEMAN; HEAVY EQUIPMENT OPERATOR | 23.50 | 2.20+18.25% |
| CABLE SPLICER | 23.77 | 2.20+18.25% |
| GROUNDMAN | 12.53 | 2.20+18.25% |

---

ELEC0756A 09/01/2002

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS: | | |
| Wireman | 21.00 | 5.70+4% |
| Cable Splicer | 21.00 | 5.00+4% |

---

ELEV0139A 04/30/2002

| | Rates | Fringes |
|---|---|---|
| ELEVATOR CONSTRUCTORS: | | |
| Mechanic | 23.995 | 7.455+A |

FOOTNOTE:
A. Employer contributions 8% of regular hourly rate to vacation pay credit for employee who has worked in business more than 5 years; Employer contributions 6% of regular hourly rate to vacation pay credit for employee who has worked in business less than 5 years.
Paid Holidays: New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; The Day After Thanksgiving and Christmas Day.

---

ENGI0673B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 18.85 | 3.90 |
| GROUP 2 | 18.24 | 3.90 |
| GROUP 3 | 16.86 | 3.90 |
| GROUP 4 | 14.46 | 3.90 |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Tower Crane, Locomotive Crane, Crawler Crane, Truck Crane, Hydro Crane, Piledriver (inciuidng auger and boring machine)

GROUP 2: Mechanic/Welder and operators of: Gantry Crane, Bridge Crane, Clam Shell, Dragline, Backhoe, Gradeall, Grader, Sideboom Cat, Hulti-Drum Hoist, Highlift (10' or higher), Locomotive Engineer, Tugboat Captain (150 hp or more), Concrete Pump with boom

GROUP 3: Bulldozers, Forklifts, Straddle Buggy, Single Drum Hoist, Winch Truck, Trenching Machine, Concrete Paver, Scraper, Loader, Asphalt Paving Machine, Lubricating Engineer, Fireman, Concrete Breaking Machine, Concrete Mixer

GROUP 4: Tractors, Wellpoint System Operator and Installer, Air Compressor, Pulver Mixer, Motor boat, Power Boat, Power Sweeper, Welding Machine, Oiler, Mechanic's Helper, Pump, Conveyor, Roller, Watertruck, Asphalt distributor, Concrete Pump (trailer type), Utility Operator

---

IRON0808B 07/01/2002

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS | 19.85 | 7.87 |

---

LABO0517B 05/01/2002

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| General Laborer | 14.05 | 3.66 |
| Carpenter Tender, Cement Mason Tender, Block/ Bricklayer Tender Plasterer Tender | 14.20 | 3.66 |
| Pipelayer Laborer, Laborer engaged in the pouring of concrete, mortar mixers, masonry forklift operator, and operation of power tools | 14.20 | 3.66 |
| Demolition Laborers | 14.20 | 3.66 |
| Asbestos Abatement, Hazardous and Toxic Waste Removal Laborers; (On all mechaincal systems: Lead Base Paint Removal;pipes, boilers, ducts, flues, breechings, ect.; that are going to be scrapped, the removal of all insulating materials whether they contain asbestos or not shall be the exclusive work of the laborers | 13.90 | 3.66 |

---

PAIN0078A 07/01/2002

| | Rates | Fringes |
|---|---|---|
| GLAZIERS | 17.00 | 5.15 |

---

PAIN1010B 07/01/2002

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| Brush | 19.25 | 7.10 |
| Spray & Sandblasting | 19.25 | 7.10 |

---

* PLUM0295B 01/01/2003

| | Rates | Fringes |
|---|---|---|
| PLUMBERS, PIPEFITTERS, & STEAMFITTERS: | | |
| INDUSTRIAL: | | |
| Bulk Plants, Power-houses, Chemical Plants, Missile Sites, (Including all work at Cape Canaveral Air-Force Station and Kennedy Space Flight Center but excluding work performed at Patrick Air Force Base and Malabar Radar Site), Oil Refineries, etc., and such other work which is related to and considered a part of the above type projects | 22.75 | 8.87 |
| COMMERCIAL: | | |
| Schools, Hospitals, Shopping Centers, and work not listed as Industrial | 20.45 | 8.35 |

---

ROOF0103A 08/01/2002

| | Rates | Fringes |
|---|---|---|
| ROOFERS | 14.50 | 4.85 |

---

* SFFL0821B 01/01/2003

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTERS | 24.60 | 6.27 |

---

SHEE0015B 07/01/2002

| | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKERS | 21.88 | 6.74 |

---

TEAM0385A 05/01/1990

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS | 13.00 | .80 |

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

===

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NUMBER: **05**
AMENDMENT DATE: **1/22/03**
OFFERS DUE: **2/05/03**, 3:00 P.M LOCAL TIME AT JOHN F. KENNEDY SPACE CENTER, FL

1. Solicitation type: [X] Sealed Offer [__] Negotiated [_] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or Handcarry: CIAO, Bldg N6-1009, Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: (321) 867-2042
E-mail/Internet: Jack.Massey-1@ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2, through Amendment 04 dated 1/09/03.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is extended**. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,

provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment number 05 is to extend the offer due date from 1/29/03 to 2/05/03 in order to provide the Government with additional time to respond to the questions received.**

**Accordingly, RFO 10-02-0037 is amended as follows:**

A. The questions received and the Government's answers to those questions will be published in a forthcoming amendment to this solicitation.

B. The date specified for receipt of offers is changed from January 29, 2003, to February 05, 2003, at 3:00 PM local time.

END OF AMENDMENT No. 05 to RFO 10-02-0037.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NUMBER: **04**
AMENDMENT DATE: **1/09/03**
OFFERS DUE: **1/29/03**, 3:00 P.M LOCAL TIME AT JOHN F. KENNEDY SPACE CENTER, FL

1. Solicitation type: [X] Sealed Offer [__] Negotiated [_] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or Handcarry: CIAO, Bldg N6-1009, Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: (321) 867-2042
E-mail/Internet: Jack.Massey-1@ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2, through Amendment 03 dated 12/16/02.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is extended**. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NUMBER: **02**
AMENDMENT DATE: **12/04/02**
OFFERS DUE: **1/08/03**, 3:00 P.M LOCAL TIME AT JOHN F. KENNEDY SPACE CENTER, FL

1. Solicitation type: [X] Sealed Offer [__] Negotiated [ ] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or Handcarry: CIAO, Bldg N6-1009, Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: (321) 867-2042
E-mail/Internet: Jack.Massey-1@ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2, through Amendment 01 dated 11/04/02.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is extended**. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,

provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment number 03 is to extend the offer due date from 1/08/03 to 1/15/03 in order to provide the Government with additional time to respond to the questions received.**

**Accordingly, RFO 10-02-0037 is amended as follows:**

A. The questions received and the Government's answers to those questions will be published in a forthcoming amendment to this solicitation.

B. The date specified for receipt of offers is changed from January 08, 2003, to January 15, 2003, at 3:00 PM local time.

END OF AMENDMENT No. 03 to RFO 10-02-0037.

provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment number 04 is to extend the offer due date from 1/15/03 to 1/29/03 in order to provide the Government with additional time to respond to the questions received.**

**Accordingly, RFO 10-02-0037 is amended as follows:**

A. The questions received and the Government's answers to those questions will be published in a forthcoming amendment to this solicitation.

B. The date specified for receipt of offers is changed from January 15, 2003, to January 29, 2003, at 3:00 PM local time.

END OF AMENDMENT No. 04 to RFO 10-02-0037.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NUMBER: **03**
AMENDMENT DATE: **12/16/02**
OFFERS DUE: **1/15/03**, 3:00 P.M LOCAL TIME AT JOHN F. KENNEDY SPACE CENTER, FL

1. Solicitation type: [X] Sealed Offer [__] Negotiated [_] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or Handcarry: CIAO, Bldg N6-1009, Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: (321) 867-2042
E-mail/Internet: Jack.Massey-1@ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2, through Amendment 02 dated 12/04/02.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is extended**. Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,

provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment number 02 is to extend the offer due date from 12/13/02 to 1/08/03 in order to provide the Government with sufficient time to respond to all questions received.**

**Accordingly, RFO 10-02-0037 is amended as follows:**

A. Questions received and the Government's answers to those questions will be published in a forthcoming amendment to this solicitation.

B. The date specified for receipt of offers is changed from December 13, 2002, to January 08, 2003, at 3:00 PM local time.

END OF AMENDMENT No. 02 to RFO 10-02-0037.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
REQUEST FOR OFFER NO. 10-02-0037
AMENDMENT NO. 01 DATE: 11/04/02
OFFERS DUE: 12/13/02, 3:00 P.M LOCAL TIME
AT JOHN F. KENNEDY SPACE CENTER, FL

1. Solicitation type: [X] Sealed Offer [__] Negotiated
[_] BVS

2. Date Solicitation Issued: 10/29/02

3. Issuing Office: National Aeronautics and Space Administration
Procurement Office, Code OP-ES-A
John F. Kennedy Space Center
Kennedy Space Center, FL 32899

4. Submit Offers to: Mail or
Handcarry: CIAO, Bldg N6-1009,Room 102
Hwy 3, Gate 2
Kennedy Space Center, FL 32899
E-mail/Internet: Not authorized
Fax: Not authorized

5. FOR INFORMATION CONTACT: NAME: Jack E. Massey
Phone: (321) 867-3463
Fax: Listed above
E-mail/Internet: Jack.Massey-1@kmail.ksc.nasa.gov

6. INSTRUCTIONS FOR OFFERORS:

**Reference RFO 10-02-0037 for Construction of Replace Air Handler Units (AHU's) in KSC Headquarters Building, M6-399 (Phases I, II & III) PCN 96899, 96899.1 and 96899.2 dated 10/29/02.**

The above numbered solicitation is amended as set forth in this amendment. The hour and date specified for receipt of offers **is not extended.** Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By acknowledging receipt of this amendment on each copy of the offer submitted; or (b) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN

REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**The purpose of this solicitation amendment number 01 is to:**

(i) **Delete the incorrect "Model Contract" erroneously provided with the original distribution of the paper copies of the solicitation and replace it with the attached correct "Model Contract"; and,**

(ii) **advise potential offerors that the date specified for receipt of offers is not changed and remains December 13, 2002.**

**Accordingly, RFO 10-02-0037 is amended as follows:**

**A. The attached "MODEL CONTRACT", pages 1 through 43, is herewith established as the correct Model Contract for RFO 10-02-0037.**

As background information for potential offerors, the paper copies of Solicitation 10-02-0037 were reproduced and distributed with an erroneous draft Model Contract that did not address the work to be performed under the solicitation. That erroneous draft Model Contract addresses repair of KSC roads and paved areas and refers to RFO # 10-03-0005 in Model Contract block 5. This draft document should be discarded as it is not an official Government document and has no relevance to this or any future procurement.

Offerors should also note that the Model Contract that was posted on the internet as part of Solicitation 10-02-0037 is the correct document and that it refers to RFO # 10-02-0037 in block 5.

B. The date specified for receipt of offers is not changed and remains December 13, 2002, at 3:00 PM local time.

END OF AMENDMENT No. 1 to RFO 10-02-0037.