"MODEL CONTRACT"

**THIS AWARD IS ISSUED PURSUANT TO THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM (REFERENCE FAR SUBPART 19.10)**

1. CONTRACT NO. **NAS10-03026** 2. EFFECTIVE DATE: MAR 24 2003

3. ISSUING AGENCY: JOHN F. KENNEDY SPACE CENTER, NASA
PROCUREMENT OFFICE, CODE: OP-ES
KENNEDY SPACE CENTER, FL 32899

4. Procurement Request: MR 027051 5. RFO NO: 10-02-0037
PCN 96899, 96899.1 and 96899.2

6. Vendor Code:______________

7. Accounting and Appropriations Data:
**SAP PR 4200005522 $1,456,000 (For current accounting and appropriations data, contact the Contracting Officer)**

8. Contract Type: Firm Fixed Price

9. Submit Invoices To:(4 copies unless otherwise specified):
JOHN F. KENNEDY SPACE CENTER, NASA
PROCUREMENT OFFICE, CODE: OP-ES
KENNEDY SPACE CENTER, FL 32899

10. Administered By:
SAME AS BLOCK 9 ABOVE

11. Name, Code, Phone of KSC Administrator:
Bryce Collins/OP-ES/(321)867-7255

PLEASE NOTE: THE OFFEROR IS TO PROVIDE FILL-INS FOR ALL ITEMS THAT ARE BOXED EXCEPT WHEN NOTED OTHERWISE.

EXHIBIT H

CONTRACTOR'S COPY

--THIS SECTION TO BE FILLED IN BY OFFEROR--

12. Contractor Name and Address
HM² CONSTRUCTORS AND FABRICATORS
POST OFFICE BOX 5610
TITUSVILLE, FLORIDA 32783-5610

13. Name and Telephone No. of Contractor Contact/Administrator
TIM HAVERLAND 321-269-3370 EXT 11

14. Discount Terms NET 14 DAYS

--THIS SECTION TO BE FILLED IN BY OFFEROR--

15. Contract Price:

Base Bid:
TASK 1 – Replace Air Handler Units (AHU's) in KSC Headquarters Building - Phase I $ 1,456,000.00

Fixed Price Options:
TASK 2 (PRICED OPTION No. 1) – Replace Air Handler Units (AHU's) in KSC Headquarters Building – Phase II $ 1,570,000.00

TASK 3 (PRICED OPTION No. 2) – Replace Air Handler Units (AHU's) in KSC Headquarters Building – Phase IIII $ 1,434,000.00

TOTAL........................................................................ $ 4,460,000.00

16. Acknowledgment of Amendments: (The offeror acknowledges receipt of amendments to the solicitation - give number and date):
01 / 11-4-02 (Amend. No. & Date) 05/ 1.22.03 (Amend. No. & Date)
02 / 12.04.02 (Amend. No. & Date) 06/ 1.30.03 (Amend. No. & Date)
03 / 12.16-02 (Amend. No. & Date) 07/ 1.31.03 (Amend. No. & Date)
04/ 1.09.03

17. Name and Title of Person Authorized to Sign:
KRISTY MOUNT
PRESIDENT

18. Signature Kristy Mount 19. Date 2.12.03

--THIS SECTION TO BE FILLED IN BY NASA CONTRACTING OFFICER--

20. Items Awarded Under This Contract:

TASK 1 – Replace Air Handler Units (AHU's) in KSC Headquarters Building - Phase I **$ 1,456,000.00**

Total Amount of Contract Award:
**One Million, Four Hundred Fifty-Six Thousand Dollars and Zero Cents $1,456,000.00**

21. UNITED STATES OF AMERICA By

22. Contracting Officer Name **Jack E. Massey**

23. Signature [signature] 24. Date MAR 24 2003

25. THIS CONTRACT IS AWARDED UNDER THE NASA MIDRANGE PROCESS IN ACCORDANCE WITH NFS PART 1871.

26. FAR 52.252-2 CONTRACT PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This document incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.ksc.nasa.gov/procurement/procurement.html
http://procurement.nasa.gov/cgi-bin/NAIS/nasa_ref.cgi
http://ec.msfc.nasa.gov/hq/library/library.html

**27. CONTENTS OF CONTRACT**

The following listed items form the remainder of this contract document and are herewith established as a part of the contract:

Item Contract Section and Title

28. Section I - Statement of Work & Technical Documentation
29. Section II - General Work Requirements and Conditions
30. Section III - Special Work Requirements
31. Section IV - Inspection/Testing Requirement
32. Section V - Subcontracting and Small Business

31. Section IV - Inspection/Testing Requirement
32. Section V - Subcontracting and Small Business
33. Section VI - Cost & Pricing/Payment/Bonds/Insurance
34. Section VII - Contract Clauses
35. Section VIII- Contract Attachments
    (1) Rates of Wages (DOL Area Wage Determination Decision No. FL 990017 Mod No. 8 dated 10/04/2002)
    (2) Drawings and Specifications listed in Section I, Article 2

The following listed documents are not physically included in this contract; however, they are herewith incorporated by reference and shall retain the same force and effect as if incorporated in full:

(1) Instructions, Conditions and Notices to Offerors
(2) Representations and Certification
(3) Bid Bond (Standard Form 24, October 1998 Edition)

## 28. CONSTRUCTION CONTRACT SECTION I - STATEMENT OF WORK AND TECHNICAL DOCUMENTATION

ARTICLE 1. **KSC 52.210-96 DESCRIPTION OF WORK (JUN 2002)**

The Contractor shall furnish all management, labor, transportation, facilities, materials and equipment (except any property including utilities as may be specified in the Schedule to be Government-Furnished) and perform all work for the Tasks named below, and as defined in the Technical Documentation listed below entitled "Contract Drawings, Maps and Specifications," and in accordance with the terms and conditions of this Contract, and within the performance schedule set forth in clause FAR 52.211-10 (this Section) entitled "Commencement, Prosecution, and Completion of Work."

TASK I – Replace Air Handler Units (AHU's) in KSC Headquarters Building – Phase I

TASK 2 (Option No. 1) – Replace Air Handler Units (AHU's) in KSC Headquarters Building – Phase II

TASK 3 (Option No. 2) – Replace Air Handler Units (AHU's) in KSC Headquarters Building – Phase III

ARTICLE 2. **KSC 52.210-97 CONTRACT DRAWINGS, MAPS AND SPECIFICATION (AUG 1991)**

a. Five sets of full scale contract drawings, maps and specifications will be furnished the Contractor without charge except applicable publications incorporated into the technical provisions by reference. The work shall conform to the following contract drawings, maps and specifications, attached hereto and made a part thereof:

Drawing 79K35778, entitled "Replace Air Handler Units in KSC Headquarters Building, M6-399, Phase I, II,III – PCN 96899, 96899.1, 96899.2", dated 7/18/02, sheets 1 through 88, and

Specification 79K35779, entitled "Technical Specifications for Drawing 79K35778", dated 8/01/02, pages 1 through 270, and

Preliminary Design Drawing TJ-1, entitled "Preliminary New Storefront Design Drawing", dated 9/05/02, sheet 1 of 1.

b. Addenda to Specifications and Drawings:

1. Drawing 79K35778, Sheet M-10, Note 12 is deleted in its entirety and replaced with the following new Note 12:

"Existing palm trees to be removed for work required on 2nd and 3rd floors."

c. "Or Equal" Items

Throughout the Technical Specifications and on the drawings of this contract, where certain manufacturers' trade names and model numbers are specified and followed by the term "or equal," the manufacturer's name and data as specified shall represent the minimum standard type, quality, and capacity acceptable for incorporation into the work covered by this contract. The products of other manufacturers will be considered as being acceptable, provided that such products fully meet or exceed all minimum structural or use and operational features of the particular manufacturers' items as specified, and provided that the other manufacturers' items is easily interchangeable and can be adequately incorporated within the allocated space in the building or structure. In all cases, the acceptability of "or equal" items shall be at the Contracting Officer's discretion, based upon approval data submitted by the Contractor in accordance with KSC 52.236-111, entitled Shop Drawings.

d. Omissions from the drawings or specifications, or the omission or misdescription of details of work which are manifestly necessary to carry out the intent of the drawings and specifications, or which are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work but they shall be performed as if fully and correctly set forth and described in the drawings and specifications.

e. The Contractor shall check all drawings furnished him immediately upon their receipt and shall promptly notify the Contracting Officer of any discrepancies. Figures marked on drawings shall in general be followed in preference to scale measurements. Large scale drawings shall in general govern small scale drawings. The Contractor shall compare all drawings and verify the figures before laying out the work and will be responsible for any errors which might have been avoided thereby.

## ARTICLE 3. FAR 52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

[Insert: (a) 5 calendar days for the basic requirement (Task 1)

(c) 438 calendar days after the date the offeror receives the notice to proceed with Task 1 (the Base Bid);
465 calendar days after the date the offeror receives the notice to proceed with Task 2 (Option No. 1); and,
410 calendar days after the date the offeror receives the notice to proceed with Task 3 (Option No. 2).

OFFEROR'S NOTE: See Section III, Article 32, "FAR 52.217-7 OPTION FOR INCREASED QUANTITY – SEPARATELY PRICED LINE ITEM (MAR 1989)" for information regarding the period during which the Government may exercise it's options for Task 2 (Priced Option No. 1) and Task 3 (Priced Option No. 2) and the impact of exercised options on the contract performance period.]

ARTICLE 4. **KSC 52.236-90 ORDER OF PRECEDENCE - CONSTRUCTION (SEP 1990)**

Any inconsistency in this contract shall be resolved by giving precedence in the following order: (a) the Schedule (excluding the specifications); (b) specifications; (c) drawings; and (d) other documents, exhibits, and attachments.

ARTICLE 5 **KSC 52.210-91 DEVIATIONS AND WAIVERS (FEB 2002)**

A. When the Contractor proposes to perform work which does not conform to the requirements of the applicable contract drawings and specifications, the Contractor shall submit to the Contracting Officer for approval, a written request for deviation or request for waiver on the nonconforming work.

B. All requests by the Contractor shall be submitted on KSC Form 8-69 (Contractor Request to Use Nonconforming Parts or Material) fully executed including an offer of consideration to the Government. The request must be technically supported by justification, rationale, design considerations, calculations and other data which permits ready and conclusive evaluation by the Government as to acceptability or nonacceptability.

C. Where a requested deviation or waiver on a particular aspect of the work has a relation to, or affects, other aspects of the work, those other aspects of the work shall be clearly identified and referenced. And, if the requested deviation or waiver necessitates a deviation or waiver on other aspects, requests for all such deviations and waivers must be submitted concurrently.

D. Any request not submitted in strict accordance with this provision will not be considered.

**29. CONSTRUCTION CONTRACT SECTION II - GENERAL WORK REQUIREMENTS AND CONDITIONS**

ARTICLE 1. **KSC 52.223-97 HAZARDOUS WASTES (FEB 1999)**

Hazardous and controlled waste shall be managed in accordance with all applicable statutes, rules, orders and regulations which may include but are not limited to 40 CFR Parts 260 - 268, 273, 279, and 761, KHB 8800.7 "Hazardous Waste Management," and as outlined below. In no case shall hazardous waste be transported from KSC by the contractor or his representatives

A. The Contractor will be responsible for identifying processes and operations, and the location and nature of all potentially hazardous and controlled waste including any chemicals, paints, solvents, petroleum, oil and lubricant (POL) products, and their containers, as defined in 40 CFR Parts 261, 273, 279, or 761. Copies of Material Safety Data Sheets and a completed KSC Form 25-551 "Process Waste Questionnaire" shall be prepared by the contractor for each material which may be generated as a waste and be provided to the Contracting Officer 14 days prior to the start of the waste generation process. No substances shall be delivered to KSC without the appropriate Material Safety Data Sheets.

B. The Contracting officer will obtain a "Technical Response Package" (TRP) containing a hazard determination, and analytical, packaging, labeling, and disposal requirements per KHB 8800.7 (as revised). This information will be forwarded to the contractor within 30calendar days after receipt of a Process Waste Questionnaire. The TRP will also provide any site specific waste management requirements generated because of the contractors work plan.

C. An on-site satellite waste accumulation area will be established by the contractor within 50 ft. and within sight of any point where hazardous or controlled wastes maybe generated. If a satellite accumulation area must be more than 50 ft. from the point of generation, or out of sight of the generator, a written request must be provided to the Contracting Officer 14 days prior to the start of the waste generating process. The contractor must receive written approval of the variance prior to placing the satellite site in service. Potential or identified hazardous and/or controlled wastes will be stored in the appropriate containers and properly labeled inside the accumulation area in accordance with KHB 8800.7(as revised). The Environmental Protection Agency has set the following standards for wastes collected at satellite accumulation areas:

1. Hazardous wastes at satellite accumulation areas must be collected in containers.

2. No more than 55 gallons of hazardous waste or 1 quart of acutely hazardous wastes may be accumulated.

3. If more than 55 gallons of waste or 1 quart of acutely hazardous waste is generated, the container holding the excess waste must be marked with the date the excess waste began accumulating. Within three days, the excess waste will be transferred to a 90-day accumulation point or a permanent treatment, storage, and disposal facility in accordance with paragraph's "F" and "G" below.

4. Containers must be labeled with either the words "Hazardous Waste" or with other words which identify the contents of the drum in accordance with KHB 8800.7(as revised).

5. The waste being placed in the container must be compatible with the container.

6. A container holding hazardous waste must always be kept closed during accumulation except when it is necessary to add or remove waste.

D. DOT compliant storage containers will be provided to the contractor, by the government, as required during the contract performance period. The Contracting Officer will arrange for the containers to be available at the J-BOSC Supply Building, M6-744, at the request of the construction contractor. The contractor will request storage containers in writing from the Contracting Officer a minimum of 3 days prior to the required need date. The contractor will be responsible for transporting the containers from building M6-744 to the project site.

E. At the request of the contractor, the Contracting Officer will provide any analytical support required by the TRP. The Contracting Officer will arrange for all sampling and testing of potentially hazardous or controlled waste.

F. Within 48 hours of having waste ready for disposal, the contractor shall notify the Contracting Officer to arrange for pick-up and removal. Documentation including the waste type, quantity, locations, and organization responsible for the waste will be provided on KSC Form 26-541, "Hazardous Waste Manifest," to the Contracting Officer when requesting disposal services and to the disposal personnel at the time of the waste pick-up.

G. If more than 55 gallons of hazardous waste are generated at a satellite accumulation site, the contractor will be responsible for delivering the accumulated waste to a 90 day staging site within 3 days of the date on which the excess waste began to accumulate. A 90 day staging site will be made available to the contractor, at KSC, as required. The contractor shall notify the Contracting Officer a minimum of 24 hours prior to delivering a drum to a 90 day staging site. The contractor will provide KSC Form 26-541, "Hazardous Waste Manifest", to the Contracting Officer and to the manager of the 90 day staging site, when delivering the waste.

H. The contractor will be responsible to ensure all personnel involved in the management of hazardous or controlled wastes have been properly trained in accordance with 40 CFR 265.16. A list of all properly trained individuals involved in the performance of this contract will be provided to the Contracting Officer prior to the start of any waste generating processes. The Contracting Officer may at any time during the course of the contract performance period require the contractor to provide individual training records for any employee involved in the performance of this contract, and the contents of the course or courses completed to satisfy the training requirements. Attendance at KSC Training Course QG-211 "Hazardous Waste Management" will satisfy these training requirements.

I. The contractor shall make all reasonable and safe efforts to contain and control any spills that may occur. Any occurrence of a pollution incident or spill will be reported immediately (by phone) to the Emergency 911 (861-7911 from a non 867/861 exchange), then to the Contracting Officer. The contractor will document the incident or spill on KSC Form 21-555, "Pollution Incident Report" and submit it to the Contracting Officer within 24 hours of the incident.

J. The following is a partial list of hazardous and controlled waste that may occur on a construction project. This list is NOT to be considered all inclusive but merely for example. Hazardous wastes are defined and listed in the detail in the Resource Conservation and Recovery Act of 1976 and are to be determined in accordance with 40 CFR 261.

EXAMPLES OF CONTROLLED AND HAZARDOUS WASTES:

1. Discarded products or process wastes exhibiting the following characteristics

a. Ignitability; flash point less than or equal to 140 deg F (e.g. paints, alcohols, petroleum naptha)

b. Corrosivity; pH less than or equal to 2 or greater than or equal to 12.5 (e.g. etching acids, battery electrolytes, caustic cleaners)

c. Reactivity; (e.g. cyanide bearing products, water reactive materials or explosives)

d. Toxicity; containing heavy metals, chlorinated solvents, or pesticides above regulatory limits (e.g chromium > 5 ppm, lead > 5 ppm, trichloroethylene >0.5 ppm)

2. Spent toxic solvents and solvent contaminated materials (e.g. solvent 113, MEK, 1,1,1- trichloroethane)

3. Unused commercial chemical products, or spill residues thereof, listed by the USEPA (e.g benzene, carbon tetrachloride, trichlorofluoromethane)

4. Empty aerosol cans

5. Used oils, petroleum products containing dirt or water

6. Filters, rags and absorbents containing petroleum product residues

7. Asbestos containing materials

8. Detergent solutions or process rinse water

9. Lighting ballasts

10. Abrasive blast materials containing paint particulates

11. Wastewater containing ethylene glycol, alcohol, Freon 113, chlorine, etc.

12. Waste solvents and mixtures, wipes, rags, and applicators used with solvents (alcohol, Freon, MEK, acetone, trichloroethene, etc.)

13. Welding or soldering fluxes

14. Electrolytes, acids, corrosives, etchants and associated equipment and debris

15. Paint strippers

16. Paint and primer liquids and clean up thinners

17. Unused/defective catalysts

18. Uncured or improperly mixed sealants and adhesives

19. Fluorescent light bulbs

ARTICLE 2. **KSC 52.223-98 SAFETY & HEALTH PLAN (FEB 1999)**

Pursuant to NFS 1852.223-70, the Contractor shall have a Safety and Health Plan for the work to be performed under this contract. Pending approval of the contractor's safety plan, the Contracting Officer may restrict or prohibit on-site contract work.

The primary Safety Plan guidelines are set forth in 29 CFR 1926 subpart C," Safety and Health Regulations for Construction"

As a minimum, the Safety and Health Plan shall include the following:

(1) Safety program objectives.

(2) Methods of attaining safety objectives.

(3) Responsibility of key personnel for the prime Contractor and all on-site subcontractors.

(4) Safety meetings, surveys, inspections, and reports.

(5) Procedures for disaster and emergency programs as outlined in the " Construction Contractor's Safety Information & Requirements for Kennedy Space Center", provided at the Prework Conference. These procedures shall be an appendix to the safety plan.

(6) Listing of key personnel to be contacted in times of emergency.

(7) How the Contractor intends to comply with 29 CFR 1926 Safety and Health Regulations for Construction and other KSC specific safety requirements.

(8) How the Contractor intends to comply with KSC 52.223-104, Fire Protection and Required Permits.

(9) The plan shall include the statement " the Contractor will not invalidate the integrity of safety systems/devices without proper authorization".

(10) If the clause KSC 52.223-101 Confined Space Work Requirements is included in the solicitation/contract, a confined space written program, consistent with the requirements of 29 CFR 1910.146 shall be submitted as a part of the Safety and Health plan .

ARTICLE 3. **KSC 52.223-100 PERMANENTLY INSTALLED SAFETY SYSTEMS (SEP 1990)**

The Contractor shall protect and in no way interrupt the service of any installed safety systems or personnel safety devices.

In the event that the Contractor requires entrance into systems serving safety devices, the Contractor shall obtain prior approval from the Contracting Officer. In the event the Contractor determines that it is necessary to temporarily remove or render inoperable any personnel safety devices in order to accomplish contract requirements, the Contractor shall provide alternate means of protection prior to removing or rendering inoperable any permanently installed safety devices or equipment and shall obtain prior approval of the Contracting Officer.

ARTICLE 4. **KSC 52.223-101 CONFINED SPACE WORK REQUIREMENTS (JAN 2001)**

A. Special requirements, coordination, and precautions will apply to any contract work taking place in confined spaces. Each contractor contracted to perform work in confined spaces is required to provide a written program for such work as part of its health and safety plan which is consistent with the requirements of 29 CFR 1910.146. For work in telecommunications manholes, provisions of 29 CFR 1910.268(o) are also applicable. The contractor shall coordinate any such work in

confined spaces with SGS Environmental Health, SGS Fire Services, and any other resident government or contractor organization whose employees may have access to the work location. The provision of Environmental Health services by the government does not prohibit the contractor from providing their own atmospheric testing. Government provided services include environmental health monitoring and consultation support for testing of atmospheres in confined spaces as well as fire rescue and emergency medical services.

B. Entry into and work in confined spaces shall be in accordance with the requirements of KHB 1820.4, "KSC Respiratory Protection Program," KHB 1840.1D, "KSC Industrial Hygiene Handbook," and all other applicable clauses of this contract.

C. Confined spaces, which contain water, shall be pumped out by the contractor prior to scheduling a confined space entry check.

D. In addition to the requirements set forth above, the Contractor shall notify and obtain approval from the Power Coordinator, telephone 321-867-7300, and/or from Communications Control, telephone 321-867-4141, respectively, prior to performing work in electrical and/or communications manholes.

ARTICLE 5. **KSC 52.223-104 FIRE PROTECTION AND REQUIRED PERMITS (JAN 1999)**

The KSC Fire Department will provide fire suppression, inspection and rescue services to the Contractor as necessary.

The Contractor shall:

a. Provide approved fire extinguishers of appropriate type for hazards involved.

b. Report all fires to the Fire Service at 867-7911 or 867-1911.

c. Comply with all requirements of KHB 1710.2C Section 504 (Heat Producing Devices) and NSS 1740.11 "NASA Safety Standard for Fire Protection" Section 702 and Chapter 8 for work performed at the Kennedy Space Center.

d. Provide a fire watch in accordance with Federal OSHA Safety and Health Standards 29 CFR 1926.352/1910.252 when required by the welding and burning permitting official.

e. Prevent false fire alarms by providing 24-hour advance notice to the Contracting Officer's Technical Representative (COTR) when construction activities in areas protected by fire alarm and/or detection systems may produce airborne particulates (smoke or dust) caused by construction activities such as painting, stripping, cutting drywall or concrete, sandblasting, and/or removing raised floor panels.

f. Request permits for all welding and burning operations. Requests for these permits shall be made in writing to the Government at least seven (7) working days in advance of the time required.

g. Report in the Contractor's Safety and Health Plan (reference KSC Clause 52.223-98, item 7), how it intends to comply with the above requirements.

ARTICLE 6. **KSC 52.223-106 EPCRA REPORTING REQUIREMENTS (SEP 1998)**

Chemical inventory and chemical use reporting requirements shall be completed in accordance with all applicable statutes, rules, orders, and regulations which may include, but are not limited to, Sections 312 (Emergency Planning and Response) and Section 313 (Toxic Release Inventory) of the Emergency Planning and Community Right to Know Act of 1986, Executive Order 12856, and as outlined below:

A. The contractor shall provide a complete and accurate list accompanied by the applicable Material Safety Data Sheets of all materials and chemicals to be stored onsite and/or used in the execution of this contract which are subject to either the Material Safety Data Sheet reporting requirements of 29 CFR 1910.1200 or contain one or more of any toxic chemicals or extremely hazardous chemicals as listed in 40 CFR 355, appendices A and B and 40 CFR 372.65 regardless of the quantity. This information is to be provided to the Contracting Officer prior to the time of delivery of the materials to the site.

B. The Contractor shall submit a monthly inventory report to the Contracting Officer on or before the 10th day of each month, with a final report to be submitted upon contract completion. The inventory report shall include the number of days the product is onsite, the locations in which the products are stored and the maximum quantity onsite on any one day. All inventory reporting is to be completed on KSC Form 21-611.

C. The following exemptions shall pertain to the above requirements:

1. Chemicals listed in 40 CFR 355 Appendices A and B and 40 CFR 372.65 are exempt from inventory requirements if any of the following are applicable:

a. The substance is contained in any food, food additive, color additive, drug or cosmetic regulated by the FDA.

b. The substance is present as a solid in any manufactured item to the extent exposure to the substance does not occur during normal conditions of use.

c. The substance is used for personal, family, or household purposes and it present in the same form and concentration as a product packaged for distribution and use by the general public.

D. Should the contractor utilize any of the exemptions listed in paragraph C above, a listing of each product and the applicable exemption attached to the product's Material Safety Data Sheet shall be submitted to the Contracting Officer in place of the inventory reports outlined in paragraph B above.

ARTICLE 7. **KSC 52.236-91 TRAFFIC RESTRICTIONS (SEP 1990)**

The Contractor will not move oversized loads and/or slow moving vehicles on established roads within the Kennedy Space Center from 6:30 A.M. to 8:30 A.M. and 3:30 P.M. to 5:30 P.M. on week days. Other than the above restricted hours, the Contractor may move oversize and/or slow moving vehicles to the work site provided all requirements of the Florida State Highway Department have been met.

Movement of any Contractor vehicle in excess of maximum width, height and length specified by Florida Statues Chapter 316 shall be accompanied by the Contractor's designated Convoy Commander. The Contractor's Convoy Commander shall be totally responsible for the oversized vehicular movement to include making a physical inspection for possible obstructions along the intended route and obtaining all required special permits.

ARTICLE 8. **RESERVED**

ARTICLE 9. **KSC 52.236-94 TELEPHONE SERVICE (SEP 1998)**

The Contractor is required to provide a telephone on each construction site for requesting emergency response and receiving notification of pending hazardous conditions that could affect the site, such as releases of toxic chemicals or hazardous weather conditions. The telephone may be either cellular or wired and must be available and operational whenever Contractor personnel are present on the cite.. Normally, a minimum of 28 days should be allowed for installation of telephone service with the local telephone company.

ARTICLE 10. **KSC 52.236-95 STORAGE AND PROTECTION OF MATERIAL TO BE RE-USED (FEB 1999)**

All items of material to be removed and re-installed by the Contractor shall be protected during removal and stored in a manner such that the material will not be damaged during removal or storage. Any material designated for re-use, which is not suitable due to the Contractor's damage, will be replaced by the Contractor at no additional cost to the Government.

ARTICLE 11. **KSC 52.236-96 MAINTENANCE OF GOVERNMENT EQUIPMENT (MAY 2001)**

Government systems and equipment in the Contractor's work area may require servicing, maintenance, or modification by Government support contractors during the contract performance period. This maintenance activity may include work on systems, including underground utilities, that connect with Contractor installed systems and equipment. The Contractor shall allow the Government support contractors into his work area to perform the maintenance work.

Existing systems and equipment require periodic maintenance that cannot be readily defined in terms of frequency and duration. This maintenance will be coordinated with the Contractor through the Contracting Officer, and will be performed on a non-interference basis as much as possible. The Contractor shall notify the Contracting Officer regarding any uncoordinated maintenance activity.

The Contractor shall arrange and conduct a joint pre-operations briefing with Government support contractor personnel on each occasion that the support contractor requires access to the contractor's work area. The Contractor shall take the following steps as required to prevent collateral damage to, or interference with, Contractor installed systems and equipment.

(1) Verify the scope and limits of the support contractor's planned maintenance activity.

(2) Advise the support contractor regarding the scope of the Contractor's work that may be affected by the maintenance activity, including specific locations and dimensions of planned or installed facilities, systems and equipment. Notify the Contracting Officer immediately regarding any resulting conflicts or interferences.

(3) Ensure that temporary barriers or protective measures are provided as needed to protect Contractor installed work and preserve job-site safety.

The Contractor shall notify the Contracting Officer immediately regarding any issues that cannot be resolved with the support contractor.

ARTICLE 12. **KSC 52.236-97 AVIATION OBSTRUCTION LIGHTS (MAR 1999)**

Contractor will provide at least two Aviation Red Obstruction Lights or two High Intensity White Obstruction Lights on all structures over 100 feet above ground level. All construction cranes/booms shall be lighted regardless of height. Lights must be constructed and installed in accordance with U.S. Department of Transportation, Federal Aviation Administration publication AC 70/7460-1F (as revised), Chapter 4, paragraph 15, subparagraph e. Lights will be operated during all periods of reduced visibility, between sunset and sunrise, and as directed by the Contracting Officer.

ARTICLE 13. **KSC 52.236-98 PROTECTION OF EXISTING UTILITIES (MAR 1999)**

Pursuant to FAR clause 52.236-9 entitled "Protection of Existing Vegetation, Structures, Equipment, Utilities and Improvements":

When existing utility lines or structures are indicated on the drawings, and when existing utility lines that are to be removed occur within the area of operations, the Contractor shall notify the Contracting Officer at least 48 hours prior to the beginning of operations. In the event that the Contractor damages any existing utility lines that have not been indicated on the drawings or the locations of which have not otherwise been made known to the Contractor, the Contractor shall immediately report to the Contracting Officer. If the Contracting Officer determines that repairs shall be made by the Contractor, such repairs will be authorized under the "Changes" clause of the contract.

ARTICLE 14. **KSC 52.236-99 RESTORATION OF GRASSED AREAS DISTURBED BY CONSTRUCTION (SEP 1990)**

The Contractor shall, prior to completion of the contract, grass all areas disturbed by construction activities by seeding and mulching or, when erosion may occur, by sodding, except where specifically directed otherwise in the drawings and specifications.

ARTICLE 15. **KSC 52.236-100 UTILITY OUTAGES PERMITS (SEP 1990)**

All outages required during the prosecution of work which affect utility systems, such as electrical, water, fire detection and protection systems and air handling systems will require permits. Work shall be scheduled to hold outages to a minimum. Request for utility outage permits shall be made

in writing to the Contracting Officer at least fourteen (14) working days in advance of the time required. The request shall state the system involved, area involved, approximate time of outage, and the nature of the work involved. The fact that the Contractor requests an outage for a specific time period does not necessarily mean that the outage will take place. Due to the nature of the operations at Kennedy Space Center, the Contractor probably will not know until the day before the requested date if the outage will take place as scheduled. All outages will take place outside regular working hours. The Contractor will not be entitled to additional payment for working irregular hours due to outages.

ARTICLE 16. **KSC 52.236-102 EXCAVATION PERMITS (OCT 2000)**

The Contractor shall request and obtain excavation permit(s) prior to performing any excavation. KSC Form 26-312NS, Utility Locate/Excavation Permit Request, shall be prepared by the Contractor and submitted to the Government for approval at least 15 working days prior to the planned excavation date. The Contractor shall comply with the requirements of The Joint-Base Operations Support Contract (J-BOSC) "Excavation/Dig Permit Procedure" WCC-P-0002 (latest revision), in the preparation, submission and use of the permit(s).

ARTICLE 17. **KSC 52.236-103 CONTRACT DATA/DOCUMENT SUBMITTALS (MAR 1999)**

a. Documentation submitted under this clause <u>shall not be submitted as a shop drawing.</u>

b. The Contractor shall submit an original and one copy of all <u>correspondence</u>, delivery tickets, soil compaction reports, contractor daily reports, concrete test reports, and welding certifications or other worker qualification certifications, to the Contracting Officer.

c. The Contractor shall submit an original and four copies of all other documentation (excepting shop drawings) pertaining to this contract, <u>including asbestos abatement plans</u>, to the Contracting Officer.

d. The provisions of this clause shall take precedence over any other contractual requirement pertaining to the number of copies to be submitted except for shop drawings which shall be submitted in accordance with KSC Clause 52.236-111.

ARTICLE 18. **KSC 52.236-104 PREWORK CONFERENCE (MAR 1999)**

Pursuant to FAR 52.236-26, Preconstruction Conference, the Contractor, the job superintendent, and a representative of each major first tier subcontractor shall be required to attend a Prework Conference. Work at the site shall not begin until the Prework Conference has been held.

A site for the Contractor's office will be designated at the Prework Conference.

ARTICLE 19. **KSC 52.236-106 INTERFERENCES AND COORDINATION OF WORK (FEB 1991)**

The Contractor shall coordinate construction layout, systems configuration and work scheduling to avoid interference's between the various construction trades and their installations. Interferences and obstructions resulting from lack of Contractor coordination shall be corrected by the Contractor

as approved by the Contracting Officer. All components, fittings and reworking necessary for such corrections shall be provided by the Contractor at no additional cost to the government.

Dimensions shown for existing work, and all dimensions required for work that is to connect to existing work, shall be verified by the Contractor by actual field measurement of the existing work. Any work at variance with that specified or shown in the drawings shall not be performed by the Contractor until approved in writing by the Contracting Officer.

To the extent possible, the as-built dimensions of all new work shall be verified by actual field measurement prior to ordering or fabricating mechanical, electrical, or specialty equipment and materials to be installed. If such field measurement is not possible, then the contract drawings and applicable shop drawings shall be checked by the contractor for dimensional accuracy prior to ordering or fabricating equipment and materials to ensure proper fit for field installation.

The Contractor shall be responsible for correction of all field fitup problems and interferences which could have been avoided by field measurement or drawing checks prior to equipment fabrication.

ARTICLE 20. **KSC 52.236-127 R. F. RESTRICTIONS DURING CONSTRUCTION (AUG 1998)**

a. Through the Contracting Officer, the Contractor will be required to meet the provisions of Kennedy Handbook (KHB) 2570.1A "KSC Radio Frequency Spectrum Management Handbook" dated 2/13/95, and the following documents referenced therein:

(1) NASA Policy Directive (NPD) 2570.5, "Radio Frequency Spectrum Management"

(2) NASA Handbook (NHB) 2570.6, "NASA Radio Frequency (RF) Spectrum Management Manual"

b. During periods of special testing on Kennedy Space Center and at the Cape Canaveral Air Force Station, the Contractor may be required to cease radiating on any radio equipment that may be utilized at the time.

c. Any construction equipment utilized by the Contractor which may be causing radio frequency interference will be required to shut down during special tests. NASA will utilize its frequency analysis equipment to determine the interference.

ARTICLE 21. **KSC 52.236-129 PHYSICAL DATA (NOV 2000)**

Pursuant to FAR 52.236-4, The "Physical Data" relevant to this contract are as follows:

(a) The indications of physical conditions on the drawings and in the specifications are the results of site investigations by benchmarks for vertical control, elevations, and dimensions from existing features. The Contractor shall be responsible for any surveys, augers, borings, core borings, test pits, probings, or other investigations necessary or incidental to performance of the work.

(b) WEATHER CONDITIONS -

The climate of the Cape Canaveral-Kennedy Space Center, Florida, area is subtropical with short, mild winters and hot, humid summers. Summer extends from the middle of May to the middle of October with the highest mean temperatures in July and August and the extreme highest temperatures in June. Area thunderstorms occurring during the summer months can be violent with cloud to ground lightning, heavy rain and strong gusty winds. The hurricane season begins in June and ends in December with the highest frequency in August, September and October. Winter temperatures range from the probability of an 80 degree high during each month to at least one occasion (per winter) of below freezing conditions. Mean average maximum-minimum temperatures and mean average rainfall is 78.6 degrees - 64.0 degrees and 48.53 inches for Cape Canaveral and 79.4 degrees - 65.4 degrees and 53.21 inches for Kennedy Space Center. Detailed climatological data may be obtained from the Patrick Air Force Base Weather Services, 321-853-8485, Patrick Air Force Base, Florida.

(c) TRANSPORTATION FACILITIES -

(1) ROAD. The Cape Canaveral-Kennedy Space Center area is accessible via Florida State Highways 405, 520 and 528 and U.S. Highways 1 and A1A, except the entrance from the north on State Road 3 is closed daily from 8:00 p.m. to 6:00 a.m. During holidays and weekends the entrance is closed entirely.

(2) RAIL. Government trackage connects with the Florida East Coast Railway Company (FEC) at Jay-Jay, Florida, approximately 3 miles north of Titusville, Florida. Shipping destination should be shown as "Titusville, Florida for Kennedy Space Center, Florida." NASA locomotives move cars between Jay-Jay and various locations on Kennedy Space Center. Side and end ramps are available in the KSC Industrial Area.

(3) WATER (OCEAN). United States Air Force and Navy and commercial dock facilities are available at Port Canaveral, Florida.

(4) WATER (OTHER). The Kennedy Space Center Vehicle Assembly Building (VAB) Marine Terminal and Cape Canaveral Air Force Station barge facilities are accessible via the inland waterway through the Banana River.

(5) AIR (COMMERCIAL). Facilities serving the area are located at Melbourne (approx. 42 miles) and Orlando (approx. 55 miles) Florida. Pickup and delivery of air shipments is available.

Detailed information on availability and limitation of facilities, shipping and billing may be obtained from the Supply, Equipment, Transportation and Center Support Branch, Code TA-E1, John F. Kennedy Space Center, NASA, Kennedy Space Center, Florida 32899.

ARTICLE 22. KSC 52.242-90 CONTROLS APPLICABLE TO CONTRACTOR'S ACTIVITIES (AUG 2002)

The below listed Kennedy Space Center publications and subsequent revisions thereof are applicable to this contract and are incorporated herein by reference. These publications prescribe regulatory procedural criteria, which are applicable to the contractor. The contractor, upon receipt of notice of noncompliance with any provisions of the below listed publications from the Contracting Officer or his representatives, shall promptly take corrective action.

| | |
|---|---|
| JHB 2000 | Consolidated Comprehensive Emergency Management Plan |
| KHB 1200.1 | Facilities, Systems, And Equipment Management Handbook |
| KHB 1610.1 | KSC Security Handbook |
| KHB 1710.2 | Kennedy Space Center Safety Practices Handbook |
| KMI 1710.18 | KSC Safety Assurance Policy |
| KNPD 1800.2 | Hazard Communication Program |
| KMI 1810.1 | KSC Occupational Medicine Program |

**On-site Contractors shall comply with Attachment D, KSC Skin Cancer Prevention Program**

| | |
|---|---|
| KMI 1860.1 | KSC Radiation Protection Program |
| KHB 1870.1 | KSC Sanitation Handbook |
| KHB 2570.1 | KSC Radio Frequency Spectrum Management Handbook |
| KHB 4000.1 | Supply Support System Manual, Part 5, Equipment Management |
| KHB 8800.6 | KSC Environmental Control Handbook |
| KHB 8800.7 | Waste Management Handbook |
| KMI 8800.8 | KSC Environmental Management |
| UNNUMBERED | Construction Contractor's Safety Information & Requirements for KSC |

Applicable to Construction Contracts Only

ARTICLE 23. **KSC 52.242-92 REQUEST FOR INFORMATION/CLARIFICATION (OCT 2000)**

The Contractor shall promptly report to the Contracting Officer all problems or conflicting technical information encountered during the contract performance so that the Government may provide solutions or appropriate direction. Such problems shall be reported on KSC Form No. 8-268, "Request for Information/Clarification," to be provided by the Government. A copy of each RFIC will be provided to the Contract Technical Representative concurrently with the transmittal to the

Contracting Officer. The Contractor shall log and control each Request for Information/Clarification (RFIC), including those generated by subcontractors.

ARTICLE 24. **KSC 52.242-93 CENTERWIDE MANPOWER REPORTS (NOV 2000)**

The Contractor shall submit, on a quarterly basis, a manpower report delineating information about its workforce. The report shall include: the contract number, the contractor's total on-site workforce, total on-site union represented employees by bargaining unit, total on-site non-union represented employees, and total off-site workforce performing on the contract. The Contractor shall provide this information no later than 10 days after the close of each reporting period which end March 31st, June 30th, September 30th, and December 31st. The report shall be submitted to the Contracting Officer with copies to Workforce Planning and Analysis Office, (Code BA-D) and Industry Relations Office (Code QA-A).

ARTICLE 25. **KSC 52.243-90 AUTHORIZED CHANGES (FEB 1990)**

The Contracting Officer or his duly appointed representative are the only individuals authorized to issue instructions to the contractor in matters relating to this contract. The identification, scope of authority and duties of representatives of the Contracting Officer shall be set forth in letters issued by the Contracting Officer and copies of such designations shall be furnished to the Contractor.

ARTICLE 26. **KSC 52.245-92 ITEMIZED LIST OF EQUIPMENT (APR 1999)**

The Contractor shall make a list of all installed equipment furnished under this contract. The list shall be itemized to show make, serial and model number, manufacturer's warranty information, horsepower or electrical rating, and unit cost of each item (excluding installation costs) F.O.B. construction site. The list shall be furnished in three copies to the Contracting Officer upon contract completion.

**30. CONSTRUCTION CONTRACT SECTION III - SPECIAL WORK REQUIREMENTS**

ARTICLE 1. **KSC 52.204-93 SECURITY AND SAFETY CONTROLS FOR CONSTRUCTION CONTRACTS - ALTERNATE I (FEB 1999)**

A. Identification of Employees

1. Badging will be mandatory for all Contractor personnel (administrative, supervisory, construction crafts, etc.) who require access into Kennedy Space Center or Cape Canaveral Air Force Station on a recur-ring basis. The contractor shall require each employee, or subcontractor employee, engaged in performance of this contract to obtain identification badges, and special access badges as necessary. Identification and badging of employees shall be accomplished prior to issuance by the Government of notice to proceed with on-site activities. During performance of this contract and while on Government property, the badges shall be worn by contractor employees and prominently displayed at all times. Upon termination of an employee, the contractor shall immediately deliver such employee's identification and access badge to the Security Office. It is

agreed and understood that all NASA identification badges remain the property of NASA and the Government reserves the right to invalidate such badges at any time.

2. To ensure timely and efficient issuance of identification and special access badges to contractor personnel, immediately after contract award but prior to notice to proceed, the contractor shall designate in writing to the Contracting Officer a security and badging official. Concurrently, the designated badging official shall submit to the Contracting Officer a KSC Form 20-162 for each employee requiring access to KSC or CCAFS. This is the minimum paperwork required for each employee (and subcontractor employee) for issuance of identification badges only.

B. Access to Controlled Areas within KSC

1. Certain areas within KSC have been designated as Controlled Areas. These are normally surrounded by fencing and have an entrance gate monitored by a guard or monitoring device. Access into such areas is classified into "escorted" or "unescorted" access.

2. **This project is not to be performed in a limited access area. No interim unescorted access investigations will be required.**

ARTICLE 2. **KSC 52.236-132 DOWNTIME AND EXCAVATION HOLDS (MAR 2002) (Altered)**

The Contractor shall allow in his bid for a maximum of _*see below_ days during which all construction activities will be prohibited. In addition the Contractor shall allow for a maximum of _*see below_ days during which all excavation and other subsurface activities will be prohibited but other construction activities will be allowed. The Government will provide twenty-four hours notice each time these restrictions are invoked. Downtime days and excavation down days are to apply only to their respective base bid or option tasks and are specifically intended to not be transferable between the tasks.

* Downtime _60_ working days plus 15 excavation down days for the Base Bid.
Downtime _62_ working days plus 15 excavation down days for the Option 1.
Downtime _55_ working days plus 15 excavation down days for the Option 2.
Excavation Permit will be issued at Pre-work Conference.

ARTICLE 3. **KSC 52.211-92 WORK PERIOD (MAR 2002)**

Contractor's work day will be limited to first shift 7:00 A.M. to 3:30 P.M., on Monday through Friday only. Any other work period will require special/ written approval from the Contracting Officer seven (7) days in advance of proposed change in work periods.

ARTICLE 4. **(Reserved)**

ARTICLE 5. **KSC 52.223-105 EMERGENCY MEDICAL TREATMENT (JUL 2000)**

The contractor shall immediately call (see below for applicable telephone numbers) for assistance with personnel injury or illness for any incident requiring emergency medical treatment for contractor or subcontractor personnel, or invitees on KSC, or if any person on the job site is

rendered unconscious. The contractor shall require the victim to sign an appropriate "refusal of treatment" form, if medical evaluation/treatment is offered and refused.

From KSC or CCAFS property: 911

From a KSC issued cellular telephone: 867-7911

From other than a KSC issued cellular telephone: 321-867-7911
Commercial telephone users on KSC or CCAFS property: 911

ARTICLE 6. **KSC 52.223-107 DISPOSAL AND SALVAGE OF MATERIALS (APR 1999)**

Construction and demolition debris shall be removed by the Contractor to the designated disposal area which is located not more than 10 miles from the work site. "Construction and demolition debris" means materials generally considered not to be water soluble and non-hazardous in nature, including but not limited to glass, brick, concrete, asphalt material, pipe, gypsum wallboard, and lumber. The term includes materials from the construction or destruction of a structure as part of a construction or demolition project or from the renovation of a structure. The term includes rocks, soils, tree remains, trees, and other vegetative matter which normally results from land clearing or land development operations for a construction project including such debris from construction of structures at a site remote from the construction or demolition project site. Painted structural materials must be tested prior to disposal in landfill.

All items of materials designated by the Contracting Officer to be salvaged shall remain the property of the Government and will be segregated, itemized, delivered, and off-loaded by the Contractor at the disposal area. Scrap metal will be treated as salvage. The Contractor shall maintain adequate property control records for all materials or equipment specified by the Contracting Officer to be salvaged. These records may be in accordance with the Contractor's system of property control if approved by the Contracting Officer. The Contractor shall be responsible for adequate storage and protection of salvaged materials and equipment until the Contracting Officer otherwise disposition it.

The Contractor shall burn combustible materials, at a location designated by the Contracting Officer. Burn permits issued by KSC or CCAS are required before materials are burned. Burning may be limited during periods of dry weather. Burn Permits must be scheduled a minimum of 48hrs in advance. Burn Permits are to be requested through the Fire Services Scheduler at 861-3840 between the hours of 0800-1100 & 1200-1430, Monday through Friday. Subject areas will be within the confines of KSC or CCAS.

Hazardous waste shall be managed in accordance with KSC Clause 52.223-97, Hazardous Wastes. Asbestos waste material shall be deposited in the Brevard County Landfill located on Adamson Road in West Cocoa, Florida. The Contractor shall obtain a receipt from the landfill operator for each load of waste deposited and furnish a copy of the receipt to the Contracting Officer.

A normal state of cleanliness at the work site is expected. The Contractor shall clean up and dispose of debris from the work site daily.

ARTICLE 7. **KSC 52.223-100 PERMANENTLY INSTALLED SAFETY SYSTEMS (SEP 1990)**

The Contractor shall protect and in no way interrupt the service of any installed safety systems or personnel safety devices.

In the event that the Contractor requires entrance into systems serving safety devices, the Contractor shall obtain prior approval from the Contracting Officer. In the event the Contractor determines that it is necessary to temporarily remove or render inoperable any personnel safety devices in order to accomplish contract requirements, the Contractor shall provide alternate means of protection prior to removing or rendering inoperable any permanently installed safety devices or equipment and shall obtain prior approval of the Contracting Officer.

ARTICLE 8. **(Reserved)**

ARTICLE 9. **(Reserved)**

ARTICLE 10. **(Reserved)**

ARTICLE 11. **(Reserved)**

ARTICLE 12. **(Reserved)**

ARTICLE 13. **(Reserved)**

ARTICLE 14. **KSC 52.223-118 BREATHING AIR COMPATIBILITY (APR 2000)**

The contractor shall take precautions to assure that connectors used in contractor-supplied breathing air systems are incompatible with connectors present on either KSC gas systems or on contractor supplied systems that are used to supply non-respirable gases. KSC-STD-Z0008, 'Standard for Design of Ground Life Support Systems and Equipment', establishes requirements for connectors to be used in KSC facility breathing air and non-respirable gas systems. Facility breathing air systems located at KSC/CCAFS are to use a Hansen 3/8 inch quick disconnect as a breathing air distribution interface. KSC facility non-respirable gas systems are to use ¼ inch quick disconnects for gas distribution interfaces. Although most facility systems were designed in accordance with this standard, there are nonconforming locations at KSC/CCAFS.

The Contractor may use KSC facility breathing air systems, if available at the work location. The contractor shall perform a pre-work site inspection to identify coupling types in use at the work location before mobilizing or using any breathing air equipment. The contractor shall also submit a written certification to show the contractor's breathing air system has been recently inspected and meets Grade D breathing air standards. Alternately, the contractor may arrange for on-site testing of contractor-supplied breathing air by the Government at least five days prior to start of work. In addition, the contractor shall also provide a work site evaluation for the NASA Safety Office to review before using any breathing air system. The breathing air test and the safety inspection can be coordinated through the Contracting Officer, and will be at no cost to the contractor.

The contractor shall tag or label connector ends of all lines and flexible hoses of contractor-provided breathing air or non-respirable gas distribution systems. The tags or labels will clearly identify the contents of the lines or hoses.

The contractor shall provide a description of the steps taken to comply with the requirements of this clause in their safety plan submittal.

ARTICLE 15. **KSC 52.236-107 UTILITY SERVICES AVAILABLE (SEP 1990) (Altered)**

Pursuant to FAR clause 52.236-14, entitled "Availability and Use of Utility Services," the following utilities are available at no cost to the Contractor in reasonable amounts:

Potable Water
120/240 volt electrical service

Any utility not listed above which is required for performance of the contract work shall be provided by the Contractor. *Note also that the above utilities will be provided only in the Headquarters Building; specifically, utilities which may be required for the contractor's trailer are not available and shall be provided by the contractor.*

ARTICLE 16. **KSC 52.236-110 SANITARY FACILITIES NOT AVAILABLE (SEP 1990)**

Restroom facilities are available to the Contractor within or nearby the work area. If use of these facilities by the Contractor results in excessive construction grime and debris, the Contractor will, at the direction of the Contracting Officer, clean the facilities at no cost to the Government.

ARTICLE 17. **KSC 52.236-111 SHOP DRAWINGS - ALTERNATE I (June 2002)**

Pursuant to FAR clause 52.236-21 entitled "Specifications and Drawings for Construction", the Contractor shall submit Shop Drawings as detailed below.

a. For Shop Drawings submittals relating to Fire Safety systems, transmit twelve (12) sets of prints as follows: four (4) sets to the Contracting Officer and transmit the remaining eight (8) sets of prints to the Architect/Engineer (A/E) whose name and address shall be provided at the Pre-work Conference.

b. For all other Shop Drawings submittals, transmit ten (10) sets as follows: two (2) sets of prints to the Contracting Officer and transmit the remaining eight (8) sets of prints to the Architect/Engineer (A/E) whose name and address shall be provided at the Pre-work Conference.

c. The submittals shall be transmitted to the Contracting Officer and the A/E on the same day. Delivery to the A/E shall be by the equivalent of "next day" delivery service. The timestamp recorded by the Contracting Officer upon receipt from the Contractor shall be the record date.

d. For submittals, four (4) sets of prints will be returned to the Contractor. These sets will be returned to the Contractor within twenty-one (21) calendar days of the record date with appropriate review.

On or before completion date of the contract, the Contractor shall submit to the Contracting Officer two complete sets of shop drawings which incorporate all comments, annotations, conditions of approval and corrections. Both drawing sets are to be made from the same original. One set shall

be a blackline paper print and the second drawing set shall be one of the following as listed by preference:

(a) Original drawing
(b) "Washoff" second original drawing
(c) Diazo mylar

b. The shop drawings shall be complete and detailed and shall contain all information required for checking without reference to material contained in other shop drawing transmittals. Partial submittals will not be accepted unless specifically approved by the Contracting Officer. Any partial submittals shall be so indicated and any outstanding submittal required to complete the package shall be identified.

c. Shop drawings shall be submitted in a logical sequence that is duly coordinated with long lead time procurements and with fabrication and construction schedules. Each set of shop drawings shall be accompanied by a completed KSC shop drawing submittal form listing the specification or drawing reference requiring the shop drawing; the material, item or process for which the shop drawing is required and the "SD" number and identifying title of the shop drawing. The shop drawing form will be supplied by the Government.

d. Drawings shall be uniform in size, nominally 24 by 36 inches, with a maximum size of 28 by 40 inches. All drawings shall have dark lines on a white background.

Drawings shall be numbered in logical sequence. The Contractor may use his own number system. Each drawing shall bear the number of the submittal (e.g. First Submittal, Second Submittal, etc.) in a uniform location adjacent to the title block. The NASA contract number shall appear in the margin, immediately below the title block, for each drawing.

A blank space, no smaller than 4 by 5 inches shall be reserved on the right hand half of each sheet for the Government disposition stamp.

e. Review and approval notation will be as follows:

Shop drawings marked "approved" authorize the Contractor to proceed with work covered by such drawings.

Shop drawings marked "approved as noted" authorize the Contractor to proceed with the work covered provided he takes no exception to the corrections. The notes shall be incorporated on the shop drawings prior to submission of the final shop drawings.

Shop drawings marked "returned for correction" require the Contractor to make the necessary corrections and revisions on the drawings and to re-submit them for approval in the same routine as before, prior to proceedings with any of the work depicted on the drawings.

Shop drawings marked "not approved" or "disapproved" indicate noncompliance with the contract requirements and the shop drawings shall be re-submitted with appropriate changes. No item of work requiring a shop drawing shall be accomplished until the drawings are approved or approved as noted.

The Contractor shall make any corrections required by the Contracting Officer. If the Contractor considers any correction or notation indicated on the returned shop drawings to constitute a change to the contract drawings or specifications; notice as required under the clause entitled "Changes" shall be given to the Contracting Officer.

The Government's engineering review of Contractor's shop drawing submittal(s) is for general conformance with the design concept of the project and the information given in the contract documents. As such, approval of the shop drawings by the Contracting Officer shall not be construed as a complete check, but will indicate only that the general method of construction and detailing is satisfactory. The Contractor is solely responsible for the dimensions and design of adequate connection details; confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating the work with that of other trades and performing the work in a safe and satisfactory manner. Corrections or comments made as part of the Government review do not relieve the Contractor from compliance with the requirements of the contract documents.

Whenever the Contractor's shop drawings contain any changes or deviations from the technical requirements of the applicable contract drawings, maps and specifications, they shall be clearly identified on the shop drawing concerned. All shop drawings containing deviations must be accompanied by a Request for Deviation submitted in accordance with the provision (in Section I) entitled "Deviations and Waivers".

f. If changes are necessary to approved shop drawings whether as a result of a contract change or for any other reasons, the Contractor shall make such revisions and submission of the shop drawings in accordance with the procedures in paragraph a. above. No item of work requiring a shop drawings change shall be accomplished until the changed shop drawings are approved.

g. Progress payments will not be made on materials and equipment that have been delivered to the job site but not approved on shop drawings.

Article 18. **KSC 52.236-112 RECORD DRAWINGS (JUNE 2002)**

After completion of all construction and before final payment is made, the Contractor shall submit one complete set of full size blue line contract drawings with fully dimensioned changes shown in red pencil to the Contracting Officer.

All dimensional changes shall be reflected as corrected dimensions by striking through the dimension value with a single line and circling this change. A leader shall point from the actual, as-built dimension to the circled change. All utility routing and interface changes shall be reflected on the drawings to scale and defined with sufficient dimensions to be able to locate. Indicating by reference alone, for example to a change order number, will not be acceptable.

These record drawings shall be maintained by the Contractor at the work site and shall be updated based on job progress to reflect all changes and deviations and actual routing of all field-routed utilities and services. All lines, letters, and details shall be sharp, clear, and fully legible. All additions to the drawings shall be precisely drawn to scale of the original drawing and their locations shall be dimensioned.

Final Systems Drawings For Wiring/Devices/Control Systems
Final system drawings for wiring and control systems shall be prepared and submitted as described below, and in accordance with additional requirements as described in technical specifications.

Drawings for installation of wiring, devices and/or controls that require field routing must be red-lined, reproduced, verified for accuracy, and submitted for approval per KSC 52.236-111 Shop Drawings a minimum of two weeks before requesting a final walkdown of the following systems. These drawings shall be labeled "FINAL SHOP DRAWINGS". In addition to hardcopy reproductions, the final drawings submittals shall include electronic files in Intergraph or Microstation format or in a Computer Aided Design (CAD) format compatible with Intergraph or Microstation.

Final Systems Drawings are required for:

1. HVAC
2. Paging/Area Warning
3. Premise Wiring
4. Electrical control schematics and connection diagrams
5. Elevators
6. Fire detection/suppression systems
7. Any other system involving wiring and controls, with the exception of facility lighting

Sewer System Certification

For all work involving sewer system installations or modifications, the Contractor shall provide to the Contracting Officer three (3) sets of drawings in the form of an As-Built Survey signed and sealed by a State of Florida Registered Land Surveyor for the sewer system. The as-built survey shall show all locations and invert elevations of the sewer system to verify that its placement is per contract drawings. The submittal shall be complete and sufficient for the Engineer's of Record certification to the Florida Department of Environmental Protection. The as-built survey level of detail shall be the same as shown in the contract drawings. If significant differences exist between the contract requirements and as-built conditions as evidenced by the survey, the differences shall be corrected and a new as-built survey made and submitted as before. Drawings shall be provided prior to the final inspection.

Record drawings shall be made available for Government review on a monthly basis at the job site. This monthly review of record drawings will be part of the monthly monetary progress review.

Article 19. **KSC 52.236-113 PROGRESS BAR CHARTS (SEP 1990) (ALTERED)**

Pursuant to FAR 52.236-15, entitled "Schedules for Construction Contracts," the Contractor shall:

a. Submit the Progress Chart, for approval by the Contracting Officer, at the Pre-Work Conference in one reproducible and four (4) copies. *In addition, the contractor shall also submit the Progress Chart in electronic format. The electronic format shall be compatible with MS Project.*

b. Prepare the Progress Chart in the form of a Bar Chart utilizing KSC Form "Construction Progress Chart" or comparable format approved by the Contracting Officer.

c. Include no less than the following information on the Progress Chart:

1. A break-down into major headings for primary work divisions such as "Architectural", "Civil", "Mechanical", etc.

2. A line item break-down under each major heading sufficient to track the progress of the work; e.g., under "Mechanical" use "Heat Pump Installation", "Ductwork", "Fire Protection Piping", "Potable Water Piping", etc.; under "Civil" use "Clearing and Grubbing", "Installation of Storm Drainage", "Foundation Formwork", "Foundation Pour and Finish", "Limerock Stabilization", "Asphalt", etc.; and under "Architectural" use "Wall Board", "Doors and Frames", "Paint and Trim", "Carpet and Accessories", etc.

3. A line item showing contract finalization tasks which includes Punch List, Clean-up and Demobilization, and Final Construction Drawings.

4. A materials bar and a separate labor bar for each line item. Both bars will show the scheduled percentage complete for any given date within the contract performance period. The labor bar will also show the number of men (man-load) expected to be working on any given date within the Contract Performance Period.

5. The estimated cost and percentage weight of total contract cost for each materials and labor bar on the chart.

6. Separate line items for Mobilization and Shop Drawing submittal and approval (these items are to show no associated costs).

d. Update the progress schedule in one reproducible and four (4) copies every fourteen (14) days throughout the Contract Performance Period.

## ARTICLE 20. KSC 52.236-116 SUBMITTAL SCHEDULES (SEP 1990)

At the Pre-work Conference, the Contractor shall provide, for approval by the Contracting Officer, the following schedules of submittals:

a. A schedule of all shop drawings and technical submittals required by the specifications and drawings. The schedule will indicate the specification or drawing reference requiring the submittal; the material, item or process for which the submittal is required; the "SD" number and identifying title of the submittal; the Contractor's anticipated submission date and the approval need date.

b. A separate schedule of all other submittals required under the contract but not listed in the specifications or drawings. The schedule will indicate the contract requirement reference; the type or title of the submittal; the Contractor's anticipated submission date and the approval need date (if approval is required).

All submittals called for by the contract documents will be listed on one of the above schedules. If a submittal is called for but does not pertain to the contract work, the Contractor will include it in the applicable schedule and annotate it "N/A" with a brief explanation. Approval of the schedules by

the Contracting Officer does not relieve the Contractor of supplying submittals required by the contract documents but which have been omitted from the schedules or marked "N/A".

Copies of both schedules will be re-submitted monthly annotated by the Contractor with actual submission and approval dates. When all items on a schedule have been finally approved, no further re-submittal of the schedule is required.

ARTICLE 21. **KSC 52.236-117 STATUS REPORT ON MATERIALS ORDERS (SEP 1990)**

Within 7 days after Notice to Proceed, the Contractor shall submit, for approval by the Contracting Officer, an initial Status Report on Materials Orders. This report will be updated and resubmitted every 14 days as the status on materials orders changes.

The report shall list, in chronological order by need date, all materials orders necessary for completion of the Contract, including those orders placed by subcontractors as well as the Contractor. The following information will be required for each material order listed:

1. Material name, supplier, and invoice number.

2. Bar Chart line item or CPM activity number affected by the order.

3. Delivery date needed to allow all directly and indirectly related work to be completed within the Contract Performance Period.

4. Current delivery date agreed on by supplier.

5. When Item 4 exceeds Item 3, the effect that delayed delivery date will have on contract completion date.

6. When Item 4 exceeds Item 3, a summary of efforts made by the Contractor to expedite the delayed delivery date to bring it in line with the needed delivery date, including efforts made to place the order (or subcontract) with other suppliers.

ARTICLE 22. **(RESERVED)**

ARTICLE 23. **KSC 52.236-119 WEEKLY STATUS MEETING (APR 1999)**

The Contractor shall attend a weekly progress/status meeting to be scheduled by the Contracting Officer for the purpose of determining progress status, delaying factors, material delivery schedules, and status of shop drawing submittals. In addition, a representative of each first tier subcontractor may be required to be present for the conference.

ARTICLE 24. **KSC 52.236-120 HAND EXCAVATION (JUN 2002)**

Due to numerous existing underground utilities, all excavation in the areas listed below will be dug carefully, using hand tools only:

| Drawing | Sheet | Zone |
|---|---|---|
| 79K35778 | S-2 | G/H-6/7 |
| | | |

Contractor shall hand dig a pilot trench to locate existing utilities before motorized equipment is used in the areas listed above. Excavation in areas within 5 feet of all existing utilities shall be by hand.

ARTICLE 25. **(RESERVED)**

ARTICLE 26. **KSC 52.236-122 SUPERINTENDENT ASSIGNMENT - ALTERNATE 1 (FEB 1999)**

Pursuant to clause 52.236-6, entitled "Superintendence by the Contractor," the Contractor shall assign a superintendent, on the Contractor's payroll, whose primary responsibility will be to superintend the work and who has the authority to act for the Contractor. The superintendent shall be on-site at all times during performance of the contract and until the work is completed and accepted.

ARTICLE 27. **(RESERVED)**

ARTICLE 28. **(RESERVED)**

ARTICLE 29. **(RESERVED)**

ARTICLE 30. **KSC 52.245-96 GOVERNMENT-FURNISHED PROPERTY AND SERVICES - ALTERNATE I (AUG 1991)**

For performance of work under this contract, there will be no Government furnished property provided for the Contractor's use or benefit. Excepted from this clause are only those Government provided utility or escort services (if any) set forth in the Contract Schedule Section III.

ARTICLE 31. **FAR 52.217-7 OPTION FOR INCREASED QUANTITY – SEPARATELY PRICED LINE ITEM (MAR 1989)**

The Government may increase the quantity of supplies called for in the Schedule at the unit price specified. The Contracting Officer may exercise the option by written notice to the Contractor within the following time frame:

Option No. 1 (Task 2) may be exercised at any time between the effective date of the contract and **February 15, 2004**. Option No. 2 (Task 3) may be exercised at any time between the effective date of the contract and **February 15, 2005.**

If the Government does not exercise either Option No. 1 or Option No. 2 by February 15, 2004, then Option No. 2 shall be deemed to have expired on February 15, 2004.

If an option is exercised by the Government, the specified period of performance for that option shall not begin until the contractor receives Notice to Proceed for that option.

The period of performance for the base bid and the options are not cumulative and shall each stand alone. Specifically, if the Government exercises an option(s), the due date for the completion of the existing work due under the base bid or the base bid and an exercised option shall remain unchanged.

ARTICLE 32. **BADGING RESTRICTIONS**

<u>White Temporary Pass (WTP)</u>
Under current KSC security restrictions, an "Unescorted" White Temporary Pass (WTP) is required for unescorted entry through the KSC perimeter gates. (Permanent-type picture badge no longer required). The Contractor's Designated Badging Official is authorized to request issuance of WTPs (or consent to retain existing WTPs) for those individuals that he/she can "vouch" for based on a verification of U.S. citizenship and demonstrated work history. The Badging Official is responsible for ensuring the integrity of this system, and will be held accountable for issuance of a WTP to any unauthorized individual.

<u>Pink Temporary Pass (PTP)</u>
Any individual that the Designated Badging Official is unable to "vouch" for in accordance with the above criteria will be issued a "To Be Escorted" Pink Temporary Pass (PTP). All personnel with PTPs, including vendors, must be signed in at the perimeter gate and escorted to the job site. They must remain in visual contact with their escort at all times, and shall be escorted off KSC property at the conclusion of their on-site work.

Note that the additional restrictions remain in effect for access to Controlled Areas within the KSC perimeter. (Temporary Area Access Permits)

ARTICLE 33. **TEMPORARY AIR CONDITIONING EQUIPMENT**

Contractor shall supply temporary air conditioning units per the contract drawing 79K35778. Contractor shall provide required maintenance and servicing to the temporary air conditioning equipment during their operation. Contractor's response time for service shall not exceed one hour. Contractor shall be on call for servicing 24 hours a day, 7 days a week. Contractor shall provide to the Contracting Officer the names and phone number of person(s) responsible for performing these services.

Temporary air conditioning units shall be started-up during non-occupied times in the facility. After a brief run-time, the building areas served by the temporary air conditioning units shall be surveyed for visible debris from the ductwork system. Any visible debris shall be vacuumed and turned over to the Government prior to the building reoccupation. Verification of temporary system operation and approval from the Contracting Officer shall take place at this time.

Condensate from the temporary air conditioning units may be discharged to grade provided it does not exceed 5,000 gallons per day and is free any chemical additives, greases and oils. If these limits can not be met, the Contractor shall notify the Contracting Officer prior to starting the temporary units.

ARTICLE 34. **REMOVAL OF BUILDING PANELS FOR REMOVAL/INSTALLATION OF HVAC EQUIPMENT**

As shown on sheets S1 – S9 on Drawing 79K35778, the Contractor shall remove exterior building panels for the removal and installation of HVAC equipment. During these activities, the Contractor shall plan his work in such a way to minimize the time required to leave the building panel open. The opening shall remain open for a single period of no more than five (5) consecutive days. This period shall not include weekend or holiday days. Building panel removal shall not commence if tropical storms, hurricanes, or similar major weather occurrences are anticipated, suspected or imminent. When the Contractor completes the work for the day and leaves the work site, the opening shall be temporarily closed to prevent water/wind intrusion into the building. It shall be temporarily closed as detailed in the contract drawings. In the event a tropical storm, hurricane or similar major weather event is announced while a building panel is off the building, the Contracting Officer will notify the Contractor of the appropriate necessary action per the KSC/CCAFS Hurrican Preparation and Recovery Procedure JDP-KSC-P-3006.

ARTICLE 35. **PROJECT PHASING**

As shown on sheet M-2 on Drawing 79K35778, the construction activities shall be worked sequentially and immediately following each other. Phasing shall be such that only one (1) mechanical equipment room is impacted at a time.

ARTICLE 36. **TEMPORARY STRUCTURES**

Temporary Structures to house administrative operations or storage operations for this contract will be allowed within the Headquarters Building perimeter area. Final location will be determined after contract award by the Contracting Officer and KSC Security.

ARTICLE 37. **STORAGE**

Storage at KSC is available, but shall be limited to only one Contractor-provided trailer. Air handling units shall be stored off-site within a bonded warehouse and be available for inspection at any time, Monday through Friday from 8:00 a.m. to 5:00 p.m., by the Contracting Officer.

Materials and equipment that the Contractor stores in an off-site warehouse will be paid as follows: (1) Eighty percent (80%) of the materials or equipment stored off-site will be paid after the Government has inspected the materials and/or equipment and finds it to meet the contractural requirements, (2) an additional ten percent (10%) will be paid when the materials or equipment is brought on-site and installed, (3) the final ten percent (10%) will be paid after the system has been tested and approved and all punchlist items for that unit of material or equipment has been completed.

ARTICLE 38. **WORK AREA ACCESS CONSTRAINTS**

Access to the work site for pre-construction activities occurring before the construction work window, such as field measurements and field investigations, must be coordinated with the Contracting Officer at least 7 working days prior to desired access.

ARTICLE 39. **CONTROLS INTEGRATION MEETINGS**

At the end of each phase all controls work shall be integrated as detailed on drawing 79K35778 sheet I-1, Note W. This integration shall include meetings where attendance is required for the following parties: current prime contractor, current controls subcontractor, previous phase prime contractor(s) (if applicable), previous phase controls subcontractor(s) (if applicable), current Integrator, and previous phase Integrator(s) (if applicable). Government representatives shall include: the Contracting Officer, project manager, Architect & Engineer, inspector, and customer representative. Equipment manufacturer representatives may also be asked to attend these meetings. The purpose of the meetings will be to discuss the actions necessary to integrate the newly installed HVAC controls with the to-be-installed controls in the next phase, the continual operation of the facility systems, and the final system acceptance and activation. Any and/or all parts of the HVAC controls system will be rejected if the system(s) does not fully integrate with all other control phases involved with this project and as shown on drawing 79K35778 sheets I-1 through I-7. The responsible party shall be determined at these Controls Integration Meetings and shall perform any work necessary to meet the integration requirement of this contract. The Prime Contractor will have ultimate responsibility for the full integration of all controls for this project.

ARTICLE 40. **SPECIAL WORK CONSTRAINTS**

1. The Headquarters Building will be fully occupied during all phases of this construction.

2. Construction materials may not be stored in the facility hallways. Hallways are to be kept clear of debris and other materials per Life Safety codes.

3. Special measures shall be taken by the Contractor to limit the noise arising from construction activities. Such measures include, but shall not be limited to, blocking mechanical room door louvers and other acoustical pathways with temporary acoustical material.

4. The Government will provide Indoor Air Quality (IAQ) monitoring throughout all phases of this project. IAQ problems, not including asbestos abatement, are not anticipated. If monitoring or occupant complaints detect IAQ problems, the Contractor shall be required to take appropriate control measures.

5. The connection of the temporary air conditioning ductwork to the existing building ductwork shall be done in such a way to minimize the impact on building occupants affected by this work. This includes routing of the ductwork, clearance between the ductwork and the occupant's workstation, air drafts, asbestos abatement, noise and clean up of construction debris. Contractor shall give the Contracting Officer 14 day notice prior to working in any occupied area. Contractor shall minimize impact to occupant's

workstation by covering all electronic and computer equipment, desks, bookcases, etc. with plastic sheeting during demolition and construction.

6. The Government shall test materials suspected of containing lead paint. The Contractor shall notify the Contracting Officer of a possible lead paint hazard 14 days prior to disruption to any suspected area. Results of the testing shall dictate the necessary abatement procedures as described in specification 79K35779 section 02220 paragraph 3.4.2.

7. Damage done to existing sidewalks, roadways, building components, etc. during the course of this construction shall be repaired or replaced at the Contractor's expense. Repairs/replacements shall be per specification 79K35779 and shall be approved by the Contracting Officer before such work may commence. Contractor shall provide temporary protective runners over flooring areas, other than the mechanical room, where the contractor will be working.

8. Protective barriers shall be erected to protect the existing canopy and storefront in the building's south courtyard (between wings C & D). A new storefront will be built in this area under a separate contract and will be constructed of mostly glass. Any damage done to the canopy or storefront shall be repaired or replaced at the Contractor's expense. The Government will evaluate any damage done to the existing concrete in this area and the Contractor may be required to repair or replace the damaged areas at his expense. The planters on the east side of the courtyard contain a special breed of lilies. These lilies shall not be disturbed by any construction activity under this Contract. Design drawings (reference drawing TJ-1 entitled "Preliminary New Storefront Design Drawing" and dated 9/05/02, sheet 1 of 1) for the new storefront are still preliminary at this time, however the work area will be pointed out in detail at the pre-award walkdown. The lilies will also be identified at the pre-award walkdown.

## 31. CONSTRUCTION CONTRACT SECTION IV - INSPECTION/TESTING REQUIREMENTS

ARTICLE 1. **(Reserved)**

ARTICLE 2. FAR 52.246-12 INSPECTION OF CONSTRUCTION (AUG 1996)

ARTICLE 3. **KSC 52.246-115 FINAL INSPECTION AND ACCEPTANCE (SEP 1990)**

Final inspection and acceptance of all work under this contract, including all items of material, equipment and hardware which may be subject to preliminary inspection at off-site locations, shall be at the Kennedy Space Center.

ARTICLE 4. **KSC 52.246-116 IN PROCESS/END ITEM INSPECTION (MAR 1992)**

Pursuant to FAR Clause 52.246-12, entitled "Inspection of Construction", the Government may elect to perform in-process or end item inspection, or witness certain testing at the place of manufacture or fabrication of material or equipment which is to be incorporated into the work under this contract. Such inspection and/or witnessing of tests shall be performed by designated

representatives of the Contracting Officer. The contractor shall identify verbally or in writing to the Contracting Officer, all materials and/or equipment which it will be procuring, except for commercial off-the-shelf items. The Contracting Officer will notify the contractor of subcontracted material and/or equipment that will require Government inspection (GSI) at subcontractor's facilities. When the contractor places a subcontract or purchase order for material and/or equipment that has been identified as requiring GSI, the contractor shall complete KSC Form 8-269NS, "Government Source Inspection and Access", and submit it to the Contracting Officer along with three (3) copies of the subcontract agreement or purchase order, statement of work, and any applicable drawings and/or specifications not readily available to the Government. One KSC Form 8-269NS shall be prepared for each item requiring GSI. The Contractor is hereby notified that submittal of the completed KSC Form 8-269NS is necessary to enable the Contracting Officer to arrange for inspection services; therefore, items on which Government source inspection is required and regarding which the Contractor was notified may be rejected upon delivery to the job site if the Government was unable to perform the required inspection or was unable to witness certain testing because of the Contractor's failure to submit the completed KSC Form 8-269NS in a timely manner.

ARTICLE 5. **KSC 52.246-117 TESTING OF CONSTRUCTION MATERIALS (SEP 1990)**

Tests of construction materials indicated to be performed by the Contractor shall be accomplished by the Contractor utilizing the services of an acceptable independent testing laboratory.

ARTICLE 6. **KSC 52.246-118 MATERIAL INSPECTION AND RECEIVING REPORT (APR 1999)**

Upon final completion of the work, the Contractor shall prepare a final Material and Inspection Report (DD Form 250) reflecting all previous report entries for work features and activities.

ARTICLE 7. **KSC 52.246-119 BASIC INSPECTION SYSTEM (SEP 1990)**

Pursuant to FAR Clause 52.246-12, entitled "Inspection of Construction," the Contractor shall maintain and implement a basic inspection system as identified below:

a. Definitions:

"Inspection" means examining and testing supplies or services (including, when appropriate, raw materials, components, and intermediate assemblies) to determine whether they conform to contract requirements.

"Testing" means that element of inspection that determines the properties or elements, including functional operation of supplies or their components, by the application of established scientific principles and procedures.

"Independent Testing Laboratory" means an independent organization, accepted by the Contracting Officer, engaged to perform specific inspections or tests of the work, either at the site or elsewhere, and report the results of these inspections or tests.

b. The inspection system shall be documented to ensure and provide objective evidence of quality control in the form of records of inspections and test results. The system shall also ensure that

nonconforming articles or materials are discovered, documented, and controlled through effective remedial and preventive actions.

The Contractor may use, at his option, in whole or in part, his existing higher level inspection system or quality assurance program provided such system is revised and identified to the requirements below.

c. The Contractor shall provide a narrative description of an inspection system which provides for compliance with the quality requirements and technical criteria of the contract.

(1) Not later than 7 days after Notice to Proceed, the description shall be submitted for review by the Contracting Officer as to its acceptability.

(2) The description shall address each of the Basic Inspection System Requirements identified in paragraph d.

d. Basic Inspection System Requirements:

(1) The Contractor shall identify the individual responsible for on-site contact and communication relative to implementation and operation of the inspection system.

(2) The Contractor shall describe how each of the following requirements are to be satisfied and what records will be maintained, both on-site and off site.

(3) Standard requirements:

(a) A purchasing control system which ensures that all purchasing documents, including those of subcontractors and suppliers, are traceable to the drawings, specifications, and approved submittal requirements.

(b) A receiving inspection system with documented evidence of Contractor inspection traceable to the procurement documents.

(c) A system of controls and records for handling, recording, identification and disposition of nonconforming articles and materials.

(d) A system of identification of inspections required by each specific section of the specifications and drawings and what records will be maintained.

(e) Identification of tests to be performed, including test procedures, test records, and the independent testing organization(s) be utilized.

(f) Additional requirements (if included in the drawings, specifications, or contract provisions):

(1) Certification or recertification of personnel and qualification of procedures.

(2) Management and accountability of Government Furnished Equipment, components, or materials.

(3) Calibration of inspection test gages, tools, measuring instruments, and independent laboratories to be utilized.

ARTICLE 8. **KSC 52.246-121 SYSTEMS ACCEPTANCE AND TESTING (JUN 2002)**

Pursuant to FAR 52.246-12 "Inspection of Construction"; systems tests shall be performed as described below.

A. SYSTEMS

Systems tests shall be performed on Fire Protection, Fire Suppression, HVAC, Compressed Air and all other assemblies of components which must be tested as an inter-related whole to verify proper functioning.

B. SYSTEM TEST PROCEDURES

A test procedure and a recording form which documents every step of the system test shall be submitted for approval under the terms of the "Shop Drawings" clause of this contract. Test procedures must be approved prior to requesting a date for testing. Each step in the test procedure shall be witnessed by the Contracting Officer's Representative who shall then date and sign the approved recording form for each step witnessed.

The procedure shall consist of step by step instructions for testing all specified system parameters, system components, and proper overall functioning of the system.

C. SYSTEM TESTING AND ACCEPTANCE

The following tests shall be performed by the Contractor in strict accordance to the approved test procedure described above.

(1) Functional Test -- This shall be an "in house" test to verify proper installation and functioning of the system and its components. This functional test shall be performed in the presence of Government inspectors and shall be repeated until the Contractor can perform one full test without device or system malfunction.

(2) System Acceptance Test -- After successful completion of the functional testing the system shall be tested formally with full documentation using the previously approved recording form. The Contractor shall notify the Contracting Officer, in writing, forty eight (48) hours prior to system acceptance testing. The appointed Contracting Officer Representative will witness, date and stamp each test in the procedure. Acceptance of the system will be based upon the written approval of the Contracting Officer Technical Representative.

Note: For work involving fire detection and suppression systems, additional testing & acceptance requirements are described in project technical specifications

Nothing in this clause shall relieve the requirements of FAR 52.246-12, "Inspection of Construction."

ARTICLE 9. **KSC 52.246-122 CONCRETE PLACEMENT INSPECTION AND PLAN (FEB 1991)**

All forms, reinforcement and embedded items shall be placed and ready for inspection 24 hours to 48 hours prior to any concrete placement. After Government inspection of forms and embedded items and at least 24 hours before concrete placement the Contractor shall meet with the Contracting Officer's Technical Representative and provide a written plan for concrete placement including the following information:

1. Volume of concrete to be placed and calculations used in determining volume.
2. Verification from concrete supplier of volume of concrete to be delivered and delivery date.
3. Labor breakdown for crew to be used on concrete placement and finishing.
4. Equipment to be used during placement and finishing.

The Contractor's plan for concrete placement must be approved by the Contracting Officer's Technical Representative prior to placement of concrete. The Government reserves the right to waive the above requirement for placement of less than 3 cubic yards. The Contractor shall place no concrete without an approved concrete placement plan or a written waiver from the Contracting Officer.

**32. CONSTRUCTION CONTRACT SECTION V - SUBCONTRACTING AND SMALL BUSINESS**

ARTICLE 1. FAR 52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTOR'S DEBARRED SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)

ARTICLE 2. FAR 52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE OF HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)

ARTICLE 3. FAR 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000)

ARTICLE 4. FAR 52.219-9 SMALL BUSINESS SUBCONTRACTING PLAN (JAN 2002) - ALTERNATE I (OCT 2001

ARTICLE 5. **(Reserved)**

ARTICLE 6. FAR 52.219-16 LIQUIDATED DAMAGES - SUBCONTRACTING PLAN (JAN 1999)

ARTICLE 7.FAR 52.219-23 NOTICE OF PRICE EVALUATION ADJUSTMENT FOR SMALL DISADVANTAGED BUSINESS CONCERNS (MAY 2001) ALTERNATE II (OCT 1998)
**[insert: (b) 10.%]**

ARTICLE 8. FAR 52.222-11 SUBCONTRACTS (LABOR STANDARDS)(FEB 1988)

ARTICLE 9. **(Reserved)**

ARTICLE 10. FAR 52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)
[Insert: Fifteen Percent (15%)]

ARTICLE 11. FAR 52.244-2 SUBCONTRACTS (AUG 1998)
[Insert: Fill in Para (e): None ]

ARTICLE 12. NFS 1852.219-74 USE OF RURAL AREA SMALL BUSINESSES (SEP 1990)

ARTICLE 13. NFS 1852.219-75 SMALL BUSINESS SUBCONTRACTING REPORTING (MAY 1999)

ARTICLE 14. NFS 1852.219-76 NASA 8 PERCENT GOAL (JUL 1997)

ARTICLE 15. KSC 52.222-90 SUBCONTRACTS (MAY 2002)

Within 14 days after the award of any subcontract, the Contractor shall deliver to the Contracting Officer a statement setting forth the name and address of the subcontractor and a summary description of the work subcontracted. The Contractor shall at the same time furnish a statement signed by the subcontractor acknowledging the inclusion in his subcontract of FAR Clause 52.222-11, "Subcontracts (Labor Standards)" and all clauses referenced therein.

Additionally, the following clauses have flowdown requirements which shall be included in applicable subcontracts:

| | |
|---|---|
| 52.222-26 | Equal Opportunity |
| 52.222-35 | Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans. |
| 52.222-36 | Affirmative Action for Workers with Disabilities. |
| 52.222-37 | Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans. |
| 52.225-13 | Restrictions on Certain Foreign Purchases |
| 52.227-1 | Authorization and Consent |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement |

ARTICLE 16. GOALS FOR SMALL BUSINESS SUBCONTRACTING

The following mandatory goals for small business subcontracting are provided for use in the development of the Contractor's Small Business and Small Disadvantaged Business Subcontracting Plan required by FAR clause 52.219-9 for this contract.

A. If 70% or more of the value of the work is subcontracted, the Goal is 5% of the total contract price for Small Business and 3% for Small Disadvantaged Business.

B. If more than 50% and less than 70% of the value of the work is subcontracted, the Goal is 4% of the total contract price for Small Business and 2% for Small Disadvantaged Business.

C. If more than 30% and less than 50% of the value of the work is subcontracted, the Goal is 3% of the total contract price for Small Business and 1.5% for Small Disadvantaged Business.

D. If 30% or less of the value of the work is subcontracted, the Goal is 2% of the total contract price for Small Business and 1 % for Small Disadvantaged Business.

The above goals represent the minimum goals that will be considered acceptable. Use of higher goals is encouraged, but is not mandatory. For purposes of this clause, Women Owned Small

Businesses are considered Small Disadvantaged Businesses. Small Business goals include Small Disadvantaged Business goals.

33. CONSTRUCTION CONTRACT SECTION VI - COST & PRICE/PAYMENT/BONDS/INSURANCE

ARTICLE 1. FAR 52.214-26 AUDIT AND RECORDS - SEALED BIDDING (OCT 1997)

ARTICLE 2. FAR 52.214-27 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA - MODIFICATIONS – SEALED BIDDING (OCT 1997)

ARTICLE 3. FAR 52.214-28 SUBCONTRACTOR COST OR PRICING DATA – MODIFICATION - SEALED BIDDING (OCT 1997)

ARTICLE 4. FAR 52.222-7 WITHHOLDING OF FUNDS (FEB 1988)

ARTICLE 5. FAR 52.228-1 BID GUARANTEE (SEP 1996)

ARTICLE 6. FAR 52.228-2 ADDITIONAL BOND SECURITY (OCT 1997)

ARTICLE 7. FAR 52.228-5 INSURANCE - WORK ON A GOVERNMENT INSTALLATION (JAN 1997)

ARTICLE 8. FAR 52.228-11 PLEDGES OF ASSETS (FEB 1992)

ARTICLE 9. FAR 52.228-12 PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (OCT 1995)

ARTICLE 10. FAR 52.228-14 IRREVOCABLE LETTER OF CREDIT (DEC 1999)

ARTICLE 11. FAR 52.228-15 PERFORMANCE AND PAYMENT BONDS - CONSTRUCTION (JUL 2000)

ARTICLE 12. FAR 52.229-3 FEDERAL, STATE AND LOCAL TAXES (JAN 1991)

ARTICLE 13. FAR 52.229-5 TAXES – CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

ARTICLE 14. FAR 52.232-5 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY 1997)

ARTICLE 15. FAR 52.232-17 INTEREST (JUN 1996)

ARTICLE 16. FAR 52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986)

ARTICLE 17. FAR 52.232-27 PROMPT PAYMENT FOR CONSTRUCTION (FEB 2002)

ARTICLE 18. FAR 52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER – OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

*[Insert: Concurrent with the first request. Any questions related to payment via Electronic Funds Transfer (EFT) should be directed to:*

NASA
John F. Kennedy Space Center
General Accounting A/P
Kennedy Space Center, FL 32899
Telephone (321) 867-3801 ]

ARTICLE 19. NFS 1852.228-75 MINIMUM INSURANCE COVERAGE (OCT 1988)

ARTICLE 20. NFS 1852.232-79 PAYMENT FOR ON-SITE PREPARATORY COSTS (SEP 1987)

ARTICLE 21. NFS 1852.232-82 SUBMISSION OF REQUESTS FOR PROGRESS PAYMENTS (MAR 1989)

ARTICLE 22. NFS 1852.242-72 OBSERVANCE OF LEGAL HOLIDAYS (AUGUST 1992)

**34. CONSTRUCTION CONTRACT SECTION VII - OTHER CONTRACT CLAUSES**

ARTICLE 1. LISTING OF FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES INCORPORATED BY REFERENCE

52.202-1 DEFINITIONS (DEC 2001) - ALTERNATE I (MAY 2001)

52.203-3 GRATUITIES (APR 1984)

52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)

52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995)

52.203-7 ANTI-KICKBACK PROCEDURES (JUL 1995)

52.203-10 PRICE OR FEE ADJUSTMENTS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)

52.204-4 PRINTING/COPYING DOUBLE-SIDE ON RECYCLED PAPER (AUG 2000)

52.211-15 DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

52.222-3 CONVICT LABOR (AUG 1996)

52.222-4 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT—OVERTIME COMPENSATION (SEP 2000)

52.222-6 DAVIS-BACON ACT (FEB 1995)