IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including July 29, 2005, within which to file our response to the complaint. Our answer is due on July 15, 2005. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 does not oppose this motion.

Counsel for the United States has recently received a draft answer from the agency. However, time is needed for consultation with the agency regarding the basis for various responses, for revisions to the draft, and for review of the final draft by counsel for the agency and by superiors at the Department of Justice.

The full enlargement of time requested is needed. Time is needed for the tasks described in the previous paragraph. In addition, counsel for the United States must address other pressing obligations within the next two weeks -- including

important and complicated matters related to our appeal in Air Force v. United Technology Corp., 05-1393 (Fed. Cir.).

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

July 14, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 14, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier