IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 35 days, to and including September 2, within which to file our response to the complaint. Our answer is due on July 29, 2005. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 14 days. Counsel for plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 does not oppose this motion.

Because of the press of other business, counsel for the United States has not yet had an opportunity to complete necessary tasks to prepare for the filing of a response to the complaint. Specifically, counsel has devoted nearly all of his time during the past two weeks to an important appeal, Air Force v. United Technologies Corporation, 05-1393 (Fed. Cir.). In addition, on July 18, 2005, counsel filed a reply to a response to our summary judgment motion in Information Systems & Networks Corporation v. United States, No. 04-632C (Fed. Cl.).

Counsel has devoted substantial time to this case in recent weeks, but that time has been devoted to settlement discussions and discussions about the possible scheduling of alternative dispute resolution proceedings. The parties continue to expect to put significant resources toward these ends in the coming weeks.

The full enlargement of time requested is needed. Very substantial amounts of time must be devoted to the United Technologies appeal during the course of coming weeks. The administrative record is immense, and counsel was not involved in the administrative proceedings, so substantial time for review of factual materials is required. Time is also needed for legal research and for discussions with supervisors and with the agency. In addition, counsel must prepare for and attend oral argument in Commonwealth Of Kentucky v. United States, 05-5010 (Fed. Cir.) on August 4, 2005. From August 10, 2005 through August 22, 2005, counsel will be on long-planned annual leave outside Washington, D.C. And, finally, time is needed to review the agency’s draft answer, conduct research, prepare a draft response to the complaint, and submit the draft response for review by the agency and by supervisors within the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

July 29, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 29, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier