# In the United States Court of Federal Claims

No. 05-551 C

(Filed August 2, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 29, 2005, defendant filed an Unopposed Motion for Enlargement of Time of thirty-five days, to and including September 2, 2005, within which to respond to plaintiff's complaint. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge