IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including September 16, within which to file our response to the complaint. Our answer is due on September 2, 2005. This is our third request for an enlargement of time for this purpose, the Court having granted an enlargement of 14 days and 35 days, respectively. Counsel for plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 does not oppose this motion.

Because of illness, counsel for the United States has not yet had an opportunity to complete necessary tasks to prepare for the filing of a response to the complaint. Counsel planned to accomplish these things upon return from annual leave on August 22, 2005. However, counsel was ill and away from the office from August 22, 2005 through August 31, 2005.

The full enlargement of time requested is needed. Time is needed to review the agency's draft answer, conduct research, prepare a draft response to the complaint, and submit the draft

response for review by the agency and by supervisors within the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

September 2, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 2, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier