# In the United States Court of Federal Claims

No. 05-551 C

(Filed September 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS, *

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 2, 2005, defendant filed an Unopposed Motion for Enlargement of Time of fourteen days, to and including September 16, 2005, within which to respond to plaintiff's complaint. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge