# In the United States Court of Federal Claims

No. 05-551 C

(Filed November 8, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 4, 2005, defendant filed an Unopposed Motion for Enlargement of Time of twenty-one days, to and including November 28, 2005, within which to file the parties Joint Preliminary Status Report. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge