IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-551C

(Judge Bush)

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including December 12, 2005, within which to file the joint preliminary status report ("JPSR"). The JPSR is due on or before November 28, 2005. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 21 days. Counsel for plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 opposes this motion.

Counsel for HM2 offered to prepare the initial draft JPSR, and we expect to receive the initial draft soon. However, it has not yet arrived, and the deadline for filing is today.

The full enlargement of time requested is needed. We cannot be sure when HM2 will provide the draft JPSR, or when HM2 will provide information for any JPSR that we may draft. In addition, time is needed for review of the draft JPSR by agency counsel and by supervisors at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

November 28, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 28, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier