IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM[2] CORPORATION, d/b/a HM[2] CONSTRUCTORS AND FABRICATORS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case #05-551C

(Judge Bush)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

On November 28, 2005, the Department of Justice filed a Motion for an Enlargement of Time until December 12, 2005, which required an answer by Plaintiff, HM[2] CORPORATION, d/b/a HM[2] CONSTRUCTORS AND FABRICATORS, by December 15, 2005. As the due date for this response was set for a time after the extension date requested by the government's counsel, the parties have not filed the Joint Preliminary Status Report ("JPSR") on December 12, 2005, as they were in the process of finalizing the details for the response when the government's counsel was unexpectedly absent from the office for two days. The parties are now in agreement that the report can be completed and filed by December 19, 2005. Accordingly, Plaintiff hereby submits this motion for an extension of the due date for the Joint Preliminary Status Report ("JPSR") to be extended to Monday, December 19, 2005.

While the Department of Justice's motion only sought an extension until December 12, 2005, the parties were unable to reach an agreement prior to that date. Counsel for Plaintiff respectfully requests the Court to grant an enlargement of time of four (4) days, to and including

December 19, 2005, within which to file the Joint Preliminary Status Report ("JPSR"). Counsel for the Defendant, THE UNITED STATES, has authorized us to state that THE UNITED STATES does not oppose this motion.

The full enlargement of time requested is needed due to the unavailability of counsel for each party to schedule a conference to finalize details required to be included in the JSPR.

For the reasons stated above, we respectfully request that our unopposed Motion for an Enlargement of Time be granted.

CERTIFICATE OF FILING

I hereby certify that on December 15, 2005, a copy of the foregoing Plaintiff's Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
2101 South Waverly Place, Suite #200-E
Melbourne, Florida 32901
(321) 722-2006, Fax (321) 722-3352
Attorneys for Plaintiff