# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HM2 CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-551C |
| **THE UNITED STATES,** | * | (Filed Jan. 6, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CORRECTED ORDER**

Further to the Early Neutral Evaluation telephonic conference held this date,

**IT IS ORDERED**, as follows:

1. By February 3, 2006, plaintiff shall submit its ADR memorandum (best efforts not to exceed 10 pages) to chambers. An appendix of documents may be submitted.

2. By February 10, 2006, defendant shall submit its ADR memorandum (which shall not exceed the number of pages submitted by plaintiff) to chambers. An appendix of documents may be submitted.

3. An ADR conference shall be held at 3:00 p.m. on Thursday, March 16, 2006, in Suite 716 of the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

4. All information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

s/ Christine O. C. Miller

____________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Bush