# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS,** *

Plaintiff, *

v. * No. 05-551C

**THE UNITED STATES,** * (Filed Mar. 17, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

Further to the settlement conference held in chambers on March 16, 2006,

**IT IS ORDERED**, as follows:

Both parties agree that further settlement discussions will assist in the efficient and expeditious resolution of this case. Therefore, counsel shall informally report back to the court's law clerk by May 15, 2006, regarding their progress in bringing this matter to a successful conclusion.

___________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Bush