# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS,** *

Plaintiff, *

v. * No. 05-551C

**THE UNITED STATES,** * (Filed May 15, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

______Further to the Early Neutral Evaluation Conference conducted on March 16, 2006, including the parties' submissions to ADR Judge Miller, and the subsequent telephone call with chambers this date,

**IT IS ORDERED**, as follows:

1. At the parties' request, this case is returned to the presiding judge for further proceedings.

2. The parties may at any time in the future request a meeting with the ADR judge.

____________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Bush