IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM$^2$ CORPORATION, d/b/a
HM$^2$ CONSTRUCTORS AND FABRICATORS

Plaintiff,

v.

No. 05-551C
(Judge Bush)

THE UNITED STATES, NATIONAL
AERONAUTICS AND SPACE
ADMINISTRATION, d/b/a NASA

Defendant.

______________________________/

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT**
**TO MAKE OR COOPERATE IN DISCOVERY**

Plaintiff, by and through its undersigned attorney, pursuant to Rule 37, Rules of the United States Court of Federal Claims, hereby moves this Court for entry of an order compelling Defendant to make or cooperate in discovery, and as grounds therefore, would show:

General Allegations

1. Plaintiff served Defendant with its First Request for Production and First Written Interrogatories on November 8, 2005, copies of which are attached hereto as Exhibits "A" and "B" respectively.

2. Accordingly, Defendant's responses were due on or before December 8, 2005.

3. The parties' Joint Preliminary Status Report sets a deadline for propounding discovery requests of November 30, 2006. This discovery cut-off was established by order of this Court dated January 5, 2006.

4. The parties submitted this action to ADR with Judge Miller; however, this action was removed from the ADR docket, at the parties' request, by order dated May 15, 2006.

5. To date, Defendant has not responded to either Plaintiff's First Request for Production or its First Written Interrogatories, despite Plaintiff's requests therefore.

6. Pursuant to Rule 37(a)(2), Rules of the United States Court of Federal Claims, counsel for Plaintiff certifies that he has, in good faith, conferred or attempted to confer with counsel for Defendant in an effort to secure the responses without Court action.

WHEREFORE, Plaintiff, HM$^2$ CORPORATION, respectfully requests that this Court enter an order:

a. Compelling Defendant to serve its responses to Plaintiff's First Request for Production and First Written Interrogatories by a time certain to be set by the Court; and

b. Granting Plaintiff costs of bringing this motion, including a reasonable attorney's fee, pursuant to Rule 37(a)(4), Rules of the United States Court of Federal Claims; and

c. Granting such other and further relief as this Court deems just and proper.

<u>Certificate of Filing</u>

I hereby certify that on June 6, 2006, the foregoing Plaintiff's Motion to Compel Defendant to Make or Cooperate in Discovery was filed elecronically. I understand that notice of this filing

will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
2101 South Waverly Place, Suite #200-E
Melbourne, Florida 32901
(321) 722-2006, Fax (321) 722-3352
Attorneys for Plaintiff