IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM² CORPORATION, d/b/a
HM² CONSTRUCTORS AND FABRICATORS

Plaintiff,

v.

No. 05-551C
(Judge Bush)

THE UNITED STATES, NATIONAL
AERONAUTICS AND SPACE ADMINISTRATION,
d/b/a NASA

Defendant.

______________________________/

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Plaintiff, pursuant to Rule 34 of the Rules of the United States Claims Court, requests that Defendant produce for inspection and copying the documents hereinafter described.

DEFINITIONS AND INSTRUCTIONS

I. The following definitions apply to this request:

(a) The words "you" or "your" mean THE UNITED STATES OF AMERICA and THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, and all officials, officers, directors, agents, employees or other persons or entities related to THE UNITED STATES OF AMERICA and THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION or someone acting on their behalf during the relevant period.

(b) The words "document" or "documents" shall include, without limiting the generality of the foregoing, correspondence, agreements, memoranda, calendar and diary entries, memoranda of conversations and of meetings, studies, reports, offers, inquiries, bulletins, e-mail,

EXHIBIT "A"

Blumberg No. 5208

summaries, news-letters, compilations, maps, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, and all other tangible things upon which any handwriting, typing, printing, drawings, representations, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information.

(c) The words "person" or "persons" mean all natural persons ("individual" or "individuals") and entities, including without limitation: corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

(d) "Plaintiff" shall mean HM² CORPORATION d/b/a HM² CONSTRUCTORS AND FABRICATORS and all officials, directors, officers, agents, employees or other persons or entities related to HM² CORPORATION d/b/a HM² CONSTRUCTORS AND FABRICATORS, or acting on its behalf during the relevant time period.

(e) "Communication" shall mean every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, personal delivery, electronic or computer transmission, document, or otherwise.

(f) "Or" shall be construed either conjunctively or disjunctively to bring within the scope of these requests any information which might otherwise be construed to be outside their scope.

II. PLACE OF PRODUCTION

You are requested to produce the documents designated in Part III hereof at the office of EDWARD J. KINBERG, ESQ., Kinberg & Associates, LLC, 2101 S. Waverly Place, Suite #200-E, Melbourne, Florida 32901, within thirty (30) days of service of this Request for Production upon you.

III. DOCUMENTS TO BE PRODUCED

1. All contracts and amended contracts, Requests for Offers, amendments to Requests for Offers, and the like that, in whole or in part, related to the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 in the Headquarters Building at Kennedy Space Center.

2. All correspondence, notes, e-mails, memoranda, and the like between you and Plaintiff that, in whole or in part, relate to the replacement of Air Handling Units Replace in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

3. All correspondence, notes, e-mails, memoranda, and the like between you and anyone other than Plaintiff that, in whole or in part, relate to the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

4. All documents or other tangible things that, in whole or in part, relate to the presence or removal of asbestos in the Headquarters Building at Kennedy Space Center in regard to the replacement of Air Handling Units

in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

5. All documents and other tangible things that, in whole or in part, relate to contracts awarded for completion of the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

6. All documents and other tangible things that, in whole or in part, related to performance of any follow-on contractor(s) for the completion of the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 after Plaintiff was directed to cease work on the project.

7. All contractor performance reports, ratings, and the like that, in whole or in part, relate to the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

8. All engineering reports, calculations, drawings, specifications, and the like that, in whole or in part, relate to the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

9. Your entire construction file on the replacement of Air Handling Units in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2.

10. All documents and other tangible things referred to in any response to Plaintiff's First Written Interrogatories.

11. All documents and other tangible things that you intend to introduce into evidence at the trial of this matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S.P.S. first class delivery to James W. Poirier, Esq., U.S. Department of Justice, Commercial Litigation Branch/Civil Division, Attn: Classification Unit/8th Floor, 1100 L Street, N.W., Washington, D.C. 20530, on this 8th day of November, 2005.

KINBERG & ASSOCIATES, LLC

By: ______________________
Edward J. Kinberg
Florida Bar No. 996742
2101 S. Waverly Place, Suite #200-E
Melbourne, Florida 32901
(321) 722-2006, Fax (321) 722-3352
Attorneys for Plaintiff