IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM² CORPORATION, d/b/a
HM² CONSTRUCTORS AND FABRICATORS
Plaintiff,

v.

No. 05-551C
(Judge Bush)

THE UNITED STATES, NATIONAL
AERONAUTICS AND SPACE ADMINISTRATION,
d/b/a NASA
Defendant.

______________________________/

**NOTICE OF SERVICE OF PLAINTIFF'S FIRST WRITTEN INTERROGATORIES TO DEFENDANT**

Plaintiff, HM² CORPORATION d/b/a HM² CONSTRUCTORS AND FABRICATORS, by and through its undersigned attorney, and pursuant to Rule 33 of the Rules of the United States Claims Court, hereby propounds the following Interrogatories upon Defendant, THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION d/b/a NASA, which Interrogatories must be answered within thirty (30) days after service hereof, in the manner prescribed by the rules.

I HEREBY CERTIFY that the original and a true and correct copy of the Plaintiff's First Written Interrogatories to Defendant, along with a copy of this notice, have been propounded to and served on James W. Poirier, Esq., U.S. Department of Justice, Commercial Litigation Branch/Civil Division, Attn: Classification Unit/8th Floor, 1100 L Street, N.W., Washington, D.C. 20530, on this 8th day of November, 2005.

KINBERG & ASSOCIATES, LLC

By: ______________________

Edward J. Kinberg
Florida Bar #0996742
2101 South Waverly Place, Suite #200-E
Melbourne, Florida 32901
(321) 722-2006, Fax (321) 722-3352
Attorneys for Plaintiff

EXHIBIT
"B"

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM$^2$ CORPORATION, d/b/a
HM$^2$ CONSTRUCTORS AND FABRICATORS,

Plaintiff,

v.

No. 05-551C
(Judge Bush)

THE UNITED STATES, NATIONAL
AERONAUTICS AND SPACE ADMINISTRATION,
d/b/a NASA,

Defendant.

_______________________________/

PLAINTIFF'S FIRST WRITTEN INTERROGATORIES

Plaintiff, HM$^2$ CORPORATION d/b/a HM$^2$ CONSTRUCTORS AND FABRICATORS, pursuant to Rule 33 of the Rules of the United States Claims Court, hereby propounds the following Interrogatories upon Defendant, THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION d/b/a NASA, which Interrogatories must be answered within thirty (30) days after service hereof and in the manner prescribed by the Rules of the United States Claims Court.

INSTRUCTIONS

Please insert your answers in the space provided following each question. If additional space is needed, so indicate in the space provided, and prepare your answer on a separate sheet of paper and attach.

If a privilege not to answer is claimed, identify each matter as to which the privilege is claimed, the nature of the privilege, and the legal and factual basis for each such claim.

If a refusal to answer any Interrogatory is stated on the grounds of burdensomeness, identify the number or estimated number and the nature of the documents needed to be searched, the location of the documents, and the approximate number of persons, hours and costs required to conduct a search.

Answer each interrogatory on the basis of the entire knowledge of the party to whom these Interrogatories are directed.

If all of the information furnished in an answer to all or part of any Interrogatory is not within the personal knowledge of the Affiant, identify each person to whom all or part of the information furnished is a matter of personal knowledge and each person who communicated to the Affiant any part of the information furnished.

If any Interrogatory cannot be answered in full, answer to the extent possible and specify reasons for inability to answer.

Defendant may, "in lieu of identifying any document," attach a true copy of such document or communication as an exhibit to their answers to these Interrogatories, along with an explicit reference to the Interrogatory to which each such attached document or communication relates.

DEFINITIONS

**"Document"** or **"documents"** shall include, without limiting the generality of the foregoing, correspondence, agreements, memoranda, calendar and diary entries, memoranda of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, news-letters, compilations, maps, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, and all other tangible things upon which any handwriting, typing, printing, drawings, representations, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information.

**"Any and all documents"** means every document as above defined and includes "any and all documents" as defined above in existence at any time on the date of this notice and prior thereto and continuing through and until this litigation is resolved.

The words **"you"** or **"your"** or **"Defendant's"** mean Defendant, THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION d/b/a NASA, and all representatives, agents, or other persons or entities related to Defendant, THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION d/b/a NASA, or acting on behalf of Defendant, THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION d/b/a NASA during the relevant period.

The words **"person"** or **"persons"** mean all natural persons ("individual" or "individuals") and entities, including without limitation: corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

**"Communication"** shall mean every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, email, personal delivery, document, or otherwise.

**"Or"** shall be construed either conjunctively or disjunctively to bring within the scope of these requests any information which might otherwise be construed to be outside their scope.

**"Plaintiff"** shall mean HM2 CORPORATION d/b/a HM² CONSTRUCTORS AND FABRICATORS, and all representatives, agents, and all other persons acting or purporting to act on its behalf during the relevant time period.

**INTERROGATORIES**

1. State the name, address, telephone number and title or position of each and every person providing information used in answering these interrogatories and, for each person, identify for which interrogatories information was provided.

2. State the name; address; telephone number; and rank, title, or position of each and every person believed to have personal knowledge of any claim or defense in this action.

3. State the name, address, and telephone number of each and every person or entity who performed any part of the work in connection with the project known as Replace AHUs in KSC Headquarters Building M-6-399 (Phases I, II, III) whether before, during, or after the termination of Plaintiff's contract for same.

4. State the date on which the project referred to in interrogatory number 3 was completed and the exact cost of same.

5. State the name, address, and telephone number of each and every expert Defendant intends to use at the trial of this action and, for each such expert, include a concise statement of the expected subject matter of the expert's testimony.

______________________________
Signature

Printed Name:____________________

STATE OF ______________
COUNTY OF ________________

SWORN TO AND SUBSCRIBED before me in my presence this ______ day of ________________, 2005, by ____________________, who is personally known to me or produced the following identification ____________________________, and who did take an oath.

_________________________
Notary Public
Printed Name: _______________
My Commission Expires: