IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM$^2$ CORPORATION, d/b/a HM$^2$ CONSTRUCTORS AND FABRICATORS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_______________________________________/

Case #05-551C

(Judge Bush)

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

On June 6, 2006, the Plaintiff filed a Motion to Compel in this case. On June 15, 2006, the Defendant submitted answers to the Interrogatories. The Defendant has also agreed to produce documents to the extent they have not previously been provided. As such, the Plaintiff withdraws its Motion to Compel dated June 6, 2006.

CERTIFICATE OF FILING

I hereby certify that on June 19, 2006, the foregoing Plaintiff's Notice of Withdrawal of Motion to Compel was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
2101 South Waverly Place, Suite #200-E
Melbourne, Florida 32901
(321) 722-2006, Fax (321) 722-3352
Attorneys for Plaintiff