# In the United States Court of Federal Claims

No. 05-551 C
(Filed June 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
HM$^2$ CORPORATION, d/b/a HM$^2$ *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 6, 2006, plaintiff filed a Motion to Compel Defendant to Make or Cooperate in Discovery. On June 19, 2006, plaintiff electronically submitted "Plaintiff's Notice of Withdrawal of Motion to Compel" to the Clerk's office. The Clerk's office stated the submission was defective because there is no provision in the court's rules to allow for the filing of this item. The matter was deferred for a ruling by the undersigned.

Plaintiff's notice informs the court that defendant submitted answers to plaintiff's interrogatories on June 15, 2006 and that defendant has agreed to produce previously requested documents. Thus, plaintiff now seeks to withdraw its motion to compel. Plaintiff's notice is more properly construed as a motion to withdraw its June 6, 2006 motion to compel. Plaintiff's notice has been reviewed as a motion to withdraw its June 6, 2006 motion to compel and is hereby granted.

Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's office shall correct the docket to indicate that Plaintiff's Notice of Withdrawal of Motion to Compel, submitted electronically on June 19, 2006, properly

encompassed and filed Plaintiff's Motion to Withdraw Plaintiff's June 6, 2006 Motion to Compel, on June 19, 2006; and

(2) Plaintiff's Motion to Withdraw Plaintiff's June 6, 2006 Motion to Compel is **GRANTED**, and Plaintiff's Motion to Compel, filed June 6, 2006, is **DENIED** as moot.

s/Lynn J. Bush
LYNN J. BUSH
Judge