IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM$^2$ CORPORATION, d/b/a HM$^2$ CONSTRUCTORS AND FABRICATORS,
Plaintiff,

CASE #05-551C (Judge Bush)

v.

THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, d/b/a NASA,
Defendant.

______________________________________/

**NOTICE OF CHANGE OF LAW FIRM'S ADDRESS AND CONTACT NUMBERS**

PLEASE TAKE NOTICE that the mailing address and contact numbers of counsel for the Plaintiff, HM$^2$ CORPORATION , d/b/a HM$^2$ CONSTRUCTORS AND FABRICATORS, are changed to the following:

KINBERG & ASSOCIATES, LLC
1290 West Eau Gallie Boulevard
Melbourne, Florida 32935
Telephone: (321) 259-1910
Fax: (321) 259-1996

I HEREBY CERTIFY that on September 15, 2006, the foregoing Notice of Change of Law Firm's Address and Contact Numbers was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. The parties may access this filing through the Court's CM/ECF system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 West Eau Gallie Boulevard
Melbourne, Florida 32935
(321) 259-1910, Fax (321) 259-1996
Attorney for Plaintiff