IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 153 days, to and including May 31, 2007, within which to complete discovery. Pursuant to the Preliminary Scheduling Order, dated January 5, 2006 ("Preliminary Order"), discovery is due to be completed on or before December 29, 2006. In addition, we respectfully request that certain earlier deadlines be placed in a different order, as described below. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 does not oppose this motion.

Substantial progress has been made during discovery. A large volume of documents have been exchanged. Several depositions have been taken. Interrogatories have been served, and some responses have also been served. An audit by the Defense Contract Audit Agency ("DCAA") has been requested, and will begin soon. However, much remains to be done in order to prepare for an efficient and focused trial. Counsel for the

parties have conferred, and have agreed that the United States should request the following schedule:

| | |
|---|---|
| February 28, 2007 | Completion of all discovery except expert discovery. |
| March 31, 2007 | Service of all expert reports. |
| May 31, 2007 | Completion of expert discovery. |

Pursuant to the Preliminary Order, expert reports were due before the close of fact discovery. We respectfully suggest that, in this case, the experts will best be able to provide helpful reports if they have the opportunity to review all facts revealed during discovery - including facts established during deposition testimony.

The full enlargement of time, to and including February 28, 2007, requested for fact discovery is needed. Counsel for HM2 estimates that HM2 will notice between 6 and 8 more depositions. Counsel for the United States estimates that the United States will notice between 3 and 6 depositions. In light of the other obligations of counsel for the United States and counsel for HM2, it is extremely difficult, and sometimes impossible, to devote more than one week per month to this case. Thus, the parties reasonably anticipate the completion of no more than 3 depositions per month. In addition, there are often scheduling difficulties during the holiday season.

The full enlargement of time, to and including May 31, 2007, requested for expert discovery is also needed. Time is needed to prepare reports after the completion of fact discovery. Time is also needed for review of those expert reports, and for depositions of experts.

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

October 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 6, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier