# In the United States Court of Federal Claims

No. 05-551 C
(Filed October 12, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS, | * |
| *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 6, 2005, defendant filed an Unopposed Motion for Enlargement of Time of 153-days, to and including May 31, 2007, within which to complete discovery. Additionally, In addition to an enlargement, the defendant, with plaintiff's consent, requests the court to modify its preliminary scheduling order, filed January 5, 2006, as follows:

(1) Completion of all discovery except expert discovery, on or before February 28, 2007;

(2) Service of all expert reports, on or before March 31, 2007; and

(3) Completion of expert discovery, on or before May 31, 2007.

Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED** and the parties are directed to adhere to the revised schedule as set forth above.

s/Lynn J. Bush
LYNN J. BUSH
Judge