IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 90 days, to and including August 29, 2007, within which to complete discovery. Pursuant to an order, dated October 12, 2006, discovery is due to be completed on or before May 31, 2007. We also respectfully request that certain related (earlier) deadlines be enlarged by 90 days. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 153 days. Counsel for plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 does not oppose this motion.

The parties have sought aggressive schedules in this case. For example, when we filed our earlier motion, we expressly anticipated completion of three depositions per month. We also expressly noted that both counsel would likely be required to devote at least one week each month to this case in order to meet that pace. The aggressive pace has not been met.

As a result of various schedule conflicts and holidays, neither party has conducted any deposition in the ten weeks since

the order was issued in October. However, other progress has been made. The United States has hired an expert to review schedule and damages matters, and the parties have exchanged additional documents.

Currently, the parties are seeking to schedule two depositions in January. Moreover, the parties intend to schedule several more depositions this spring. Nonetheless, additional time is needed to complete depositions, other fact discovery, expert reports, and expert discovery.

Counsel for the parties have conferred, and have agreed that the United States should request the following schedule:

| | |
|---|---|
| May 29, 2007 | Completion of all discovery except expert discovery. |
| June 29, 2007 | Service of all expert reports. |
| August 29, 2007 | Completion of expert discovery. |

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

January 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 10, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier