# In the United States Court of Federal Claims

No. 05-551 C
(Filed January 17, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 10, 2007, defendant filed an Unopposed Motion for Enlargement of Time of ninety days, to and including August 29, 2007, within which to complete discovery. In conjunction with this enlargement, the defendant, with plaintiff's consent, requests the court to modify its scheduling deadlines, as follows:

(1) Completion of all discovery except expert discovery, on or before May 29, 2007;

(2) Service of all expert reports, on or before June 29, 2007; and

(3) Completion of expert discovery, on or before August 29, 2007.

Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED** and the parties are directed to adhere to the revised schedule as set forth above.

/s/Lynn J. Bush
LYNN J. BUSH
Judge