IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, HM2 Corporation, respectfully requests the Court to grant an enlargement of time, to and including September 30, 2007, within which to complete discovery. Pursuant to the Court's Order of October 12, 2006, discovery, with the exception of expert witnesses, is due to be completed on or before February 28, 2007. In addition, we respectfully request that other pending deadlines be extended to the dates shown below. This is the second request for an enlargement of time for this purpose that the parties have jointly requested. Counsel for Defendant, the United States, has authorized us to state that the United States does not oppose this motion.

Substantial progress has been made during discovery. A large volume of documents have been exchanged. Several depositions have been taken. Interrogatories have been served, and some responses have also been served. An audit by the Defense Contract Audit Agency ("DCAA") has been requested, and will be completed shortly. However, much remains to be done in order to prepare for an efficient and focused trial.

Counsel for the parties have conferred, and have agreed to request the following schedule:

| | |
|---|---|
| September 30, 2007 | Completion of all discovery except expert discovery. |
| October 31, 2007 | Service of all expert reports. |
| December 31, 2007 | Completion of expert discovery. |

The full enlargement of time, to and including December 31, 2007, requested for fact discovery is needed. Counsel for HM2 estimates that HM2 will notice approximately 6 more depositions. Counsel for the United States estimates that the United States will notice between 3 and 6 depositions. In light of the other obligations of counsel for the United States and counsel for HM2, it is extremely difficult, and sometimes impossible, to devote more than one week per month to this case. Thus, the parties reasonably anticipate the completion of no more than 2 depositions per month.

The full enlargement of time, to and including December 31, 2007, requested for expert discovery is also needed. Time is needed to prepare reports after the completion of fact discovery. Time is also needed for review of those expert reports, and for depositions of experts.

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

## CERTIFICATE OF FILING

I hereby certify that on March 06, 2007, a copy of the foregoing Plaintiff's Second Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg

KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd
Melbourne, Florida 32901
(321) 259-1910, Fax (321) 259-1966
Attorneys for Plaintiff