# In the United States Court of Federal Claims

No. 05-551 C

(Filed March 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 6, 2007, plaintiff filed a second unopposed motion for an enlargement of time within which the parties anticipate completion of discovery. Plaintiff states that, with the except of expert witnesses, discovery is currently due to be completed on or before February 28, 2007. Plaintiff along with defendant, requests the court to modify its scheduling deadlines, as follows:

(1) Completion of all discovery except expert discovery, on or before **October 1, 2007**[1];

(2) Service of all expert reports, on or before **October 31, 2007**; and

(3) Completion of expert discovery, on or before **December 31, 2007**.

---

[1]/ September 30, 2007 is a Sunday, therefore the deadline is set for the following Monday, October 1, 2007.

Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED** and the parties are directed to adhere to the revised schedule as set forth above.

/s/Lynn J. Bush
LYNN J. BUSH
Judge