IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

PLAINTIFF'S THIRD UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, HM2 Corporation, respectfully requests the Court to grant an enlargement of time, to and including December 31, 2007, within which to complete discovery. Pursuant to the Court's Order of March 7, 2007, discovery, with the exception of expert witnesses, is due to be completed on or before September 30, 2007. There will be no change in the dates for disclosure of expert witnesses and completion of expert discovery.

Due to scheduling difficulties, Plaintiff requests that the deadline for all discovery be extended to December 31, 2007. Counsel for Defendant, the United States, has authorized counsel for Plaintiff to state that the United States does not oppose this motion.

In light of the other obligations of counsel for HM2, it is extremely difficult, and sometimes impossible, to devote more than one week per month to this case. Thus, the Plaintiff reasonably anticipates the completion of no more than 2 depositions per month.

For the reasons stated above, Plaintiff respectfully requests that its unopposed motion for an enlargement of time be granted.

CERTIFICATE OF FILING

I hereby certify that on October 1, 2007, a copy of the foregoing Plaintiff's Second Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd
Melbourne, Florida 32901
(321) 259-1910, Fax (321) 259-1966
Attorneys for Plaintiff