# In the United States Court of Federal Claims

No. 05-551 C

(Filed October 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 6, 2007, plaintiff filed its Third Unopposed Motion for an Enlargement of Time, to and including December 31, 2007, within which to complete all discovery. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge