IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff, HM2 Corporation, respectfully requests the Court to grant an enlargement of time within which to complete discovery. Pursuant to the Court's Order of October 2, 2007, discovery was to be completed on or before December 31, 2007. Unfortunately, due to the difficulties of scheduling during that period, the Parties were unable to find mutually agreeable dates to complete depositions.

As such, the Parties jointly request that discovery be allowed to continue until April 30, 2008. During that period, each side anticipates taking two depositions, but may agree to additional depositions. The Parties are not seeking any further modification of the schedule and jointly request this matter be set for trial as soon as possible after April 30, 2008.

Pursuant to Rule 37(a)(2), Rules of the United States Court of Federal Claims, counsel for Plaintiff certifies that he has, in good faith, conferred with counsel for Defendant who concurs in this request.

WHEREFORE, Plaintiff, HM2 CORPORATION, respectfully requests that this Court enter an Order extending the deadline for discovery until April 30, 2008.

CERTIFICATE OF FILING

I hereby certify that on January 26, 2008, a copy of the foregoing Plaintiff's Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd
Melbourne, Florida 32935
(321) 259-1910, Fax (321) 259-1966
Attorneys for Plaintiff