IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

PLAINTIFF'S MOTION TO COMPEL

Plaintiff, HM2 CORPORATION, hereby moves this Court for an Order compelling Defendant to make the Contracting Officer, Valencia Mitchell, available for the taking of her deposition.

Plaintiff has been attempting to schedule the deposition of Valencia Mitchell, the Contracting Officer responsible for this project, who is a key witness in this case.

In late December, Defendant's Counsel notified the undersigned that Ms. Mitchell would not be made available for deposition due to unspecified medical concerns, even though she is apparently able to work full time. As one of the primary issues in this case was an abuse of discretion by the Contracting Officer, Plaintiff is unable to properly prepare for trial without Ms. Mitchell's deposition.

Pursuant to Rule 37(a)(2), Rules of the United States Court of Federal Claims, counsel for Plaintiff certifies that he has, in good faith, conferred or attempted to confer with counsel for Defendant in an effort to schedule this deposition without the necessity of Court action.

WHEREFORE, Plaintiff, HM2 CORPORATION, respectfully requests that this Court enter an Order compelling Defendant to make the Contracting Officer, Valencia

Mitchell, available for the taking of her deposition by a time certain to be set by the Court.

CERTIFICATE OF FILING

I hereby certify that on January 26, 2008, a copy of the foregoing Plaintiff's Motion to Compel was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd
Melbourne, Florida 32935
(321) 259-1910, Fax (321) 259-1966
Attorneys for Plaintiff