# In the United States Court of Federal Claims

No. 05-551 C

(Filed January 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 26, 2008, plaintiff filed an unopposed Motion for an Enlargement of Time, to and including April 30, 2008, within which to complete all discovery. Additionally, plaintiff's motion states that the parties do not plan on seeking any further modifications to the schedule and jointly request this matter to be set for trial after April 30, 2008.

Accordingly, it is hereby **ORDERED** that **Plaintiff's Motion for an Enlargement** is **GRANTED**; **Discovery** shall be **COMPLETED** on or before **April 30, 2008**; the parties motion to set a trial date is **DENIED**, as premature; and on **May 14, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties

are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge