IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including February 21, 2008, within which to respond to the motion to compel a deposition filed by the plaintiff, HM2 Corporation ("HM2"). Our response is currently due by February 14, 2008. This is our first request for an enlargement of time for this purpose. Counsel for HM2 has authorized us to state that HM2 does not oppose this motion.

As HM2 noted in its motion, we oppose the deposition of the contracting officer, Ms. Mitchell, because we believe that the experience poses a severe threat to her health. Furthermore, for reasons to be described in our response, we believe that the testimony of Ms. Mitchell is not necessary and that HM2 will not be prejudiced if Ms. Mitchell does not testify in this case.

Our response to HM2's motion to compel will be based, in large part, upon a letter from Ms. Mitchell's doctor. Additional time is needed to obtain a suitable letter, and to draft a response properly tailored to the medical opinion.

The full amount of additional time requested is needed. Time is needed to obtain the medical opinion and to revise our draft response to the motion to compel. In addition, time is needed for review of the draft response by agency counsel and by a supervisor at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

February 14, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 14, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier