# In the United States Court of Federal Claims

No. 05-551 C

(Filed February 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 14, 2008, defendant filed an unopposed Motion for an Enlargement of Time of seven days, to and including February 21, 2008, within which to respond to plaintiff's motion to compel. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge