IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM² CORPORATION, d/b/a
HM² CONSTRUCTORS AND FABRICATORS

Plaintiff,

v.

No. 05-551C
(Judge Bush)

THE UNITED STATES, NATIONAL
AERONAUTICS AND SPACE ADMINISTRATION,
d/b/a NASA

Defendant.

______________________________________/

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Plaintiff HM² CORPORATION d/b/a HM² CONSTRUCTORS AND FABRICATORS ("HM2"), respectfully requests the Court to grant an enlargement of time of ten days, to and including March 17, 2008, within which to respond to Defendant's response to Plaintiff's motion to compel and Defendant's motion for protective order.

Our response is currently due by March 6, 2008. This is our first request for an enlargement of time for this purpose. Counsel for The United States has authorized us to state that The United States does not oppose this motion.

Defendant opposes Plaintiff's request to take the deposition of the Contracting Officer, Valencia Mitchell, on the grounds that it would pose a threat to her health, and that her testimony is not necessary and HM2 will not be prejudiced if she does not testify in this case.

To the contrary, HM2 believes it can show that the testimony of the Contracting Officer, who made the decision to terminate the contract, is not only necessary, but crucial to Plaintiff's case. Ms.

Mitchell is the only individual with a warrant as a Contracting Officer, and Traci Just Robinson, upon whose testimony Defendant states it will rely, was the contracting officer's technical representative and, as such, did not have the authority to make the critical decision to terminate Plaintiff's contract.

In fact, Plaintiff believes that if the Court were to grant Defendant's motion for a protective order, depriving Plaintiff of the opportunity to take the testimony of the Contracting Officer, the Court should impose upon Defendant the sanction of prohibiting any testimony related to the final decision to terminate the contract.

Plaintiff believes the case law fully supports its position. The additional time requested is needed for Plaintiff to complete its research to fully address this issue.

WHEREFORE, Plaintiff respectfully requests that the Court grant its unopposed motion for an enlargement of time.

**<u>Certificate of Filing</u>**

I hereby certify that on the 3 day of March, 2008, the foregoing Plaintiff's Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd.
Melbourne, Florida 32935
(321) 259-1910; Fax (321) 259-1996
Attorneys for Plaintiff