# In the United States Court of Federal Claims

No. 05-551 C

(Filed March 4, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 3, 2008, plaintiff filed an unopposed Motion for an Enlargement of Time of ten days, to and including March 17, 2008, within which to reply to defendant's response to plaintiff's motion to compel and respond to defendant's motion for protective order . Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge