National Aeronautics and
Space Administration

**John F. Kennedy Space Center**
Kennedy Space Center, FL 32899

NASA

Reply to Attn of: OP-ES-B/004

April 9, 2003

HM2 Constructors & Fabricators
P.O. Box 5610
Titusville, FL 32783

Subject: Contract NAS10-03026, Replace Air Handler Units (AHU) in KSC Headquarters Building, Phase I (PCN 96899,96899.1 & 96899.2); **Appointment of Technical Representatives**

Enclosed are copies of Contracting Officer Technical Representative (COTR) Delegation (NASA Form 1634) for the following individuals:

Principal - Traci Just, TA-D3-B, 321-867-1643

Alternate - Joe Simpson, TA-D3-B, 321-867-3417

The COTR's responsibilities, authorities and limitations are set forth therein.

All contracted personnel should become familiar with the information outlined in these appointments.

Valencia B. Mitchell
Contracting Officer

2 Enclosures: a/s

EXHIBIT
A

Blumberg No. 5208

001604

NASA National Aeronautics and Space Administration

# Contracting Officer Technical Representative (COTR) Delegation

| TO: TA-D3-B/Traci Just (Principal) | FROM: OP-ES-B/Valencia B. Mitchell Contracting Officer |
|---|---|
| CONTRACTOR<br>HM2 Constructors & Fabricators PCN 96899, 96899.1 & 96899.2 | CONTRACT NO.<br>NAS10-03026 |

1. Pursuant to the Federal Acquisition Regulation (FAR) and NASA FAR Supplement, you are hereby appointed the Contracting Officer Technical Representative (COTR) for the contract identified above. The COTR's function is to serve as technical liaison between the Contractor and the Contracting Officer. The COTR is responsible for monitoring the Contractor's performance and delivery of the final product and/or services under the contract. Specific duties and responsibilities are listed in paragraph 3 below.

2. The duties delegated in this letter are not redelegable. The COTR is cautioned that he or she may be personally liable for actions taken or direction given beyond the authorities delegated in this letter.

3. The following authority and responsibilities, when checked below, are hereby delegated to the individual appointed by paragraph 1 above:

☒ a. Monitor contract performance and immediately report all problems related to it to the Contracting Officer. Keep the Contracting Officer informed, both orally and in writing, of the status of the contract and performance of its requirements. No periodic reports, as such, are required, but care should be taken to promptly report any potential disagreement or controversy that may arise.

☐ b. Establish, and provide to the Contracting Officer, a surveillance plan that will ensure receipt of the quantity and kinds of supplies or services required by the contract.

☐ c. Perform on-site surveillance in accordance with the surveillance plan (see paragraph 3b above). Document surveillance activities and provide a copy of documentation to the Contracting Officer (see paragraph 3a above). Assure technical proficiency and compliance with the technical provisions of the contract by review and verification of the performance of the work accomplished by the Contractor. Coordinate with Defense Contract Administration Services (DCAS) when a partial contract administration delegation has been made to that agency to ensure that there is no duplication of administrative efforts.

☒ d. Ensure that the Contractor complies with the defined Statement of Work or specifications included in the contract. Assist the Contractor and the Contracting Officer in interpreting technical requirements of the contract scope of work or specifications. Differences of opinion shall be referred to the Contracting Officer for resolution.

☒ e. Assure that the Contractor uses the levels of personnel contracted for and necessary for performance of contractual requirements and that the level of personnel contracted for is not diluted by the excessive use of lower caliber personnel.

☒ f. Review and evaluate the Contractor's progress in relation to expenditures and advise the Contracting Officer of any disparity indicating excessive or deficient funding.

☒ g. Review Contractor invoices and recommend approval/disapproval for payment is appropriate. Such review shall be completed in a manner so as to allow timely payment under the prompt Payment Act and avoid-ance of payment of interest penalties.

☒ h. Recommend in writing to the Contracting Officer any changes desired in scope and/or technical provisions of the contract with justification for the proposed action. If the Contractor proposes a change, obtain the Contractor's written statement to that effect and forward it to the Contracting Officer together with your analysis and recommendation. YOU ARE NOT DELEGATED TO AUTHORIZE ANY CHANGES IN THE STATEMENT OF WORK OR SPECIFICATIONS OR DUTIES OF THE PARTIES AS STATED IN THE CONTRACT.

☐ i. Ensure that proper action has been taken to formally modify the contract before the Contractor proceeds with any changes in the work or services to be performed.

☒ j. As requested, prepare and forward to the Contracting Officer cost estimates for any proposed increase or decrease in the work and/or services to be performed. Obtain certified funds when necessary for proposed increases.

☒ k. Perform inspections of completed work and/or services and certify or have certified (By authorized Government officials) acceptance or nonacceptance of work.

☒ l. After completion of work, notify the Contracting Officer when the Contractor has met all terms of the contract and make any appropriate recommendations.

☒ m. Other duties as follows:

Issue technical directions in accordance with Clause 18-52.242-70 Technical Direction (MAR 1989) of Contract NAS10-03026.

The authority herein must be exercised in accordance with applicable provisions of law, NASA regulations and procedures and other governing authority. You may be held personally liable for unauthorized commitments.

4. In order to record your actions as COTR, you should set up and maintain a file of letters you may send to and receive from the Contractor and Contracting Officer and memoranda for record of any such nonwritten actions and/or decisions. This file is considered a segment of the official contract file and should be forwarded to the Contracting Officer at the conclusion of this contract.

5. This delegation as COTR does not in any way alter or supersede your existing relationship with your supervisor.

6. This appointment is effective upon its receipt by you and shall remain in effect until closeout and final payment of the assigned contract or until terminated in writing by me or other appropriate Contracting Officer.

| TYPED NAME OF CONTRACTING OFFICER | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|
| Valencia B. Mitchell | Valencia B. Mitchell | 4/9/03 |
| THE ABOVE DELEGATION IS HEREBY ACCEPTED | | |
| TYPED NAME OF COTR | SIGNATURE OF COTR | DATE |
| Traci Just | Traci Just 001602 | 4-9-03 |

## SPECIAL INSTRUCTIONS

The COTR is requested to sign and return the original of this document to the Contracting Officer and retain one copy for his or her file; the Contractor is requested to retain this letter in its official file.

As prescribed in 1842.271, insert the following clause:

TECHNICAL DIRECTION

(SEPTEMBER 1993)

(a) Performance of the work under this contract is subject to the written technical direction of the Contracting Officer Technical Representative (COTR), who shall be specifically appointed by the Contracting Officer in writing in accordance with NASA FAR Supplement 1842.270. "Technical direction" means a directive to the Contractor that approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of work or documentation items; shifts emphasis among work areas or tasks; or furnishes similar instruction to the Contractor. Technical direction includes requiring studies and pursuit of certain lines of inquiry regarding matters within the general tasks and requirements in Section C of this contract.

(b) The COTR does not have the authority to, and shall not, issue any instruction purporting to be technical direction that--

(1) Constitutes an assignment of additional work outside the statement of work;

(2) Constitutes a change as defined in the changes clause;

(3) Constitutes a basis for any increase or decrease in the total estimated contract cost, the fixed fee (if any), or the time required for contract performance;

(4) Changes any of the expressed terms, conditions, or specifications of the contract; or

(5) Interferes with the contractor's rights to perform the terms and conditions of the contract.

(c) All technical direction shall be issued in writing by the COTR.

(d) The Contractor shall proceed promptly with the performance of technical direction duly issued by the COTR in the manner prescribed by this clause and within the COTR's authority. If, in the Contractor's opinion, any instruction or direction by the COTR falls within any of the categories defined in paragraph (b) of this clause, the Contractor shall not proceed but shall notify the Contracting Officer in writing within 5 working days after receiving it and shall request the Contracting Officer to take action as described in this clause. Upon receiving this notification, the Contracting

Officer shall either issue an appropriate contract modification within a reasonable time or advise the Contractor in writing within 30 days that the instruction or direction is--

(1) Rescinded in its entirety; or

(2) Within the requirements of the contract and does not constitute a change under the changes clause of the contract, and that the Contractor should proceed promptly with its performance.

(e) A failure of the contractor and contracting officer to agree that the instruction or direction is both within the requirements of the contract and does not constitute a change under the changes clause, or a failure to agree upon the contract action to be taken with respect to the instruction or direction, shall be subject to the Disputes clause of this contract.

(f) Any action(s) taken by the contractor in response to any direction given by any person other than the Contracting Officer or the COTR shall be at the Contractor's risk.

(End of clause)