IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including April 10, 2008, within which to file a reply to the motion for a protective order and motion for sanctions filed by the plaintiff, HM2 Corporation ("HM2"), on March 17, 2008. Our reply is currently due by April 3, 2008. This is our first request for an enlargement of time for this purpose. Counsel for HM2 has authorized us to state that HM2 does not oppose this motion.

Because of the press of other business, counsel for the United States was unable to begin legal research and the drafting of our reply until Monday, March 31, 2008. When HM2 filed its response, counsel was required to devote most of his time to the preparation of a formal brief in Mitchell Enterprises v. GSA, 2007-1579 (Fed. Cir.). Counsel filed that brief on March 25, 2008. On March 26, 2008, counsel was required to travel to Florida for depositions in this case. Counsel did not return to the office until March 31, 2008.

The full amount of additional time requested is needed. Counsel has completed substantial research and has begun drafting the reply. However, additional time is needed to complete the draft reply. In addition, time is needed for review of the draft response by agency counsel and by supervisors at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 3, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier