# In the United States Court of Federal Claims

No. 05-551 C

(Filed April 4, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 3, 2008, defendant filed an Unopposed Motion for an Enlargement of Time of seven days, to and including April 10, 2008, within which to file a reply to plaintiff's motion for a protective order and motion for sanctions. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge