No. 05-551C
(Judge Bush)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM2 CORPORATION, d/b/a HM2
CONSTRUCTORS AND FABRICATORS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER, AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

---

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

JAMES W. POIRIER
Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0856
Facsimile: (202) 514-7969

Attorneys for Defendant

April 10, 2008

# TABLE OF CONTENT

PAGE

TABLE OF AUTHORITIES........................................... ii

DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER,
AND DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR SANCTIONS.................................................. 1

SUMMARY OF ARGUMENT............................................. 1

ARGUMENT........................................................ 2

I. The Termination Decision Is Subject
To _De Novo_ Review.................................... 2

II. There Is No Basis To Impose Sanctions............... 11

CONCLUSION..................................................... 11

# TABLE OF AUTHORITIES


CASES PAGE(S)

Darwin Const. Co., Inc. v. United States,
811 F.2d 593 (Fed. Cir. 1987) ...................... 4, 5, 6

Empire Energy Management Systems, Inc. v. Roche,
362 F.3d 1343 (Fed. Cir. 2004) ........................ 3, 9

McDonnell Douglas Corp. v. United States,
323 F.3d 1006 (Fed. Cir. 2003) ..................... 2, 3, 9

McDonnell Douglas Corp. v. United States,
182 F.3d 1319 (Fed. Cir. 1999) ..................... 5, 8, 9

McDonnell Douglas Corp. v. United States,
35 Fed. Cl. 358 (1996) .......................... 5, 6, 7, 9

Schlesinger v. United States,
390 F.2d 702 (Ct. Cl. 1968) ........................ **passim**

Wilner v. United States,
24 F.3d 1397 (Fed. Cir. 1994) ............................ 2