HM² CONSTRUCTORS AND FABRICATORS

June 28, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM2 Ltr# 02081-201
NASA Ltr# -179

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Progress schedule update through 06/16/04

Attached are four copies of our schedule in bar chart format for the project indicating progress through 06/16/04. We have included the Primavera (P-3) data files utilized to produce the schedule on an attached data disk. The schedule continues to predict substantial delays to the contract completion date. The schedule is currently predicting a mid June 05 completion date. The unresolved ACM issues of changes TN#4, SGS start of work on TN#2, the added work associated with the wall panel lift plan and the redesign of the temporary A/C system based on changed conditions and the issues surrounding AHU 24 and 22 coils continue to be the primary issues effecting the contract end date.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,

Donn Mount
Vice President

cc: File
Job

Attachments: HM² Progress schedule (6 Sheets)
Data disk with P-3 schedule update 06/16/04

000172