IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, d/b/a NASA, | ) | (Judge Bush) |
| Defendant. | ) | |

**NOTICE OF FILING**

Plaintiff, HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, by counsel, hereby gives notice of filing Defendant's Response to Plaintiff's Second Set of Interrogatories in support of Defendant's Motion for Sanctions and in opposition to Defendant's Motion for Protective Order as to the deposition of Defendant's Contracting Officer, Valencia Mitchell.

**CERTIFICATE OF FILING**

I hereby certify that on April 15, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd
Melbourne, Florida 32935
(321) 259-1910, Fax (321) 259-1966
Attorneys for Plaintiff