COPY TO CLIENT
4/9/08

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES

In accordance with RCFC 33, defendant, the United States, provides the following response to the second set of interrogatories served by plaintiff, HM2 Corporation, d/b/a HM2 Constructors And Fabricators ("HM2").

OBJECTION TO DEFINITIONS

We object to the "instructions" and "definitions" contained in HM2's second set of interrogatories to the extent that these instructions and definitions seek to impose upon defendant any requirements beyond those established by the Rules of the United States Court of Federal Claims.

GENERAL OBJECTIONS

We object to HM2's requests for any information that is privileged or otherwise protected.

DEFINITIONS OF TERMS USED IN THIS RESPONSE

For the purposes of our response this first set of interrogatories, "Complaint" means the complaint filed by

the plaintiff on May 16, 2005. "Contract" means contract no. NAS10-03026, between HM2 and the United States, as amended.

INTERROGATORY NO. 1:

State the name, address, telephone number and title or position of each and every person providing information used in answering these interrogatories and, for each person, identify for which interrogatories information was provided.

RESPONSE:

Ms. Mitchell provided the information for all interrogatories:

Ms. Valencia Mitchell
Contracting Officer
NASA, Kennedy Space Center
Mail Code: OP-ES
Kennedy Space Center, FL 32899
(321) 867-7611

INTERROGATORY NO. 2:

What is the current job title of Valencia Mitchell?

RESPONSE:

Contract Specialist/Contracting Officer

INTERROGATORY NO. 3:

What is the job description of the position which Valencia Mitchell currently holds?

RESPONSE:

Ms. Mitchell serves as a contracting officer who is responsible for pre-award and post-award functions for contracts of a highly specialized and complex nature of significant importance to KSC and the Agency, including the following types of contracts: firm fixed price, cost sharing, price redetermination, cost plus fixed fee, award fee/incentive fee, and cost reimbursement/grants, and combinations thereof within a single contract. The types include such special arrangements as term or completion form, Indefinite-Delivery, Indefinite Quantity (IDIQ), requirements type, delivery/task order, options, economic price adjustment, cost and rate ceilings, multiple schedules, multiple statements of work, diverse performance locations (across the country), and covering long periods of performance (five years or more). All of her time is spent as a contract specialist.

INTERROGATORY NO. 4:

What days and what hours does Valencia Mitchell currently work?

RESPONSE:

Monday-Friday: 8:00 - 4:30.

INTERROGATORY NO. 5:

What are the duties and responsibilities of Valencia Mitchell's current position?

RESPONSE:

Ms. Mitchell performs all aspects of contracting transactions for procurements that contain a number of different processes or elements resulting in extensive contract administration and subcontracting. Ms. Mitchell performs procurement planning, acquisition, and administration of major contracts for large-scale systems, service contracts, construction projects, components and equipment. Ms. Mitchell develops procurement objectives for the program in terms of competition and price range, and constructs the contractual vehicle including use of pricing arrangements, subcontracting policy, set-aside policies, and similar considerations. Ms. Mitchell prepares and maintains current acquisition plans, appropriate milestone charts and related schedules.

During the relevant period, Ms. Mitchell has had two principal assignments. From April 15, 2007 until approximately November 15, 2007, Ms. Mitchell served as the contracting officer responsible for the post award functions for the University-Affiliated Technology Development Contract ("USTDC"). The USTDC is a cost plus

award fee/incentive fee type contract. From approximately November 15, 2007 until the present, Ms. Mitchell has served as the contracting officer responsible for the post award functions for the Kennedy Integrated Communications Services ("KICS") contract. The KICS contract is a cost plus award fee/fixed fee type contract.

INTERROGATORY NO. 6:

What is the name and title of Valencia Mitchell's supervisor?

RESPONSE:

Roy M. Colvin, Chief of OP-ES (Engineering and Projects Support Office).

INTERROGATORY NO. 7:

How long has Valencia Mitchell been in her current position?

RESPONSE:

Eleven months.

INTERROGATORY NO. 8:

From the date of the contract which is the subject of this litigation, list the job title of each position Valencia Mitchell has held including the dates of employment in each position, and the duties and responsibilities of each position.

RESPONSE:

August 17, 1997 through November 25, 2006

Contract Specialist (OP-ES-A).

Position Description. Serves as leader on team project efforts and provides direction and guidance to assigned lower grade employees. Reviews assigned contract provisions; plans and develop the details of contract administration. Establishes internal Government capability, assigns responsibility to appropriate activities, and issues contracting officer delegations and appointments. Establishes contact and working arrangement with the contractor. Defines administrative procedures and specifics and specifics contract administration function authority by furnishing written notice of contracting officer delegation. Determines authority of contractor representatives. Monitors contractor performance to ensure compliance with terms and conditions and applicable statutes and regulations. Recommends and invokes appropriate corrective action by issuance of remedial notices. Identifies problem and controversial areas,

coordinate with and informs Office Chief, recommends corrective measures. Establishes and maintains contract financial controls for commitments, obligations, and disbursements and projected change and claim liability. Reviews and approves requests for progress and/or partial payments; determines and withholds appropriate retainage.

November 26, 2006 through April 14, 2007.

Procurement Analyst (OP-AM).

Position Description: The employee is responsible for the review, research, analysis and communication of recommendations concerning all phases of the acquisition and procurement process, including contractual matters during preaward and post award phases. The employee is responsible for the review of proposed solicitations and contracts/orders and all related supporting documentation to ensure compliance with Federal Acquisition Regulations (FAR), NASA FAR Supplement, and federal, NASA, and center acquisition processes, procedures, policies, metrics, and socioeconomic considerations. Responsibilities also will include documenting Office of Procurement procedures, policies, and metrics in an ISO compliant manner as well as assisting in the maintenance of existing procedures, policies, and metrics. The employee is responsible for

participating in agency-wide policy discussions and summarizing and effectively communicating significant areas of interest to procurement professionals.

April 15, 2007 until present.

Contracting Officer (OP-ES).

Position Description: Responsible for preaward and postaward functions for contracts of a highly specialized and complex nature of significant importance to KSC and the Agency which include the types of contracts as follows: Contract Types -- Firm fixed price, cost sharing, price redetermination, cost plus fixed fee, award fee/incentive fee, and cost reimbursement/grants, and combinations thereof within a single contract. The types include such special arrangements as term or completion form, Indefinite-Delivery, Indefinite Quantity (IDIQ), requirements type, delivery/task order, options, economic price adjustment, cost and rate ceilings, multiple schedules, multiple statements of work, diverse performance locations (across the country), and covering long periods of performance (five years or more). Serves as Contract Specialist 100%.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April 4, 2008 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4 day of April 2008, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES" addressed as follows:

Edward J. Kinberg
Kinberg & Associates, LLC
1290 West Eau Gallie Boulevard
Melbourne, FL 32935

Ena M. Goddard

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

VERIFICATION

I hereby declare under penalty of perjury that the foregoing response to plaintiff's Second Set Of Interrogatories Nos. 1-8 is true and correct, to the best of my knowledge, information, and belief. My knowledge is based upon my experience and investigations, including a review of documents, and conversations with counsel regarding litigation decisions (including responsibilities for responding to interrogatories).

Valencia Mitchell
Valencia Mitchell
Contracting Officer
NASA

Dated: April 2, 2008