No. 05-551C
(Judge Bush)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HM2 CORPORATION, d/b/a HM2
CONSTRUCTORS AND FABRICATORS,

Plaintiff

v.

THE UNITED STATES,

Defendant.

---

<u>Plaintiff's Response to Defendant's Reply to Plaintiff's Response
To Defendant's Motion for a Protective Order
and
Plaintiff's Response to Defendant's Response
to Plaintiff's Motion for Sanctions</u>

---

EDWARD J. KINBERG
Attorney
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd.
Melbourne, Florida 32935
Telephone: (321) 259-1910
Facsimile: (321) 259-1996

Attorney for Plaintiff

April 30, 2008

# TABLE OF CONTENTS

PAGE

TABLE OF AUTHORITIES .......... i

INTRODUCTION .......... 1

SUMMARY OF ARGUMENT .......... 2

ARGUMENT .......... 5

CONCLUSION .......... 10

# TABLE OF AUTHORITIES


| CASES | PAGE(S) |
|---|---|
| Abcon Associates v. United States, 44 Fed Cl. 625 (1999) .................................................. | 7 |
| Darwin Construction Co., Inv. V. United States 811 F.2d 593 (COFA, 1987)............................................. | 6 |
| Discount Co. V. United States 213 Ct. Cl. 567 (1977)........................................................... | 6 |
| Lisbon Contractors, Inc. v. United States, 828 F.2d 759 (Fed Cir. 1987) ........................................... | 8 |
| Modern Systems Technology Corp. v. United States 24 Cl. Ct. 699 (1992)..................................................... | 6 |
| McDonnell Douglas Corporation and General Dynamics Corporation v. United States, 76 Fed Cl. 385 (2007) ................................................ | 8 |
| Schlesinger v. United States, 182 F.2d 702 (Ct. Cl. 1968) ........................................... | 5 |
| Sipco Servs & Marine v. United States 41 Fed. Cl. 196 (1998)................................................. | 6 |