HM²

CONSTRUCTORS AND FABRICATORS

April 2, 2004

Reply to:
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-153
NASA Ltr# -131

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Claim for Reimbursement for Additional Scope Associated with Wall Panel Lift Plan

In accordance with the FAR Changes Clause 52.243-4, 52.243-5, and the Differing Site Conditions clause 52.236-2, HM² demands compensation in the amount of $42,798.40 and a time extension for 226 days (plus a day for extension for the elapsed time between April 2, 2004 and the date the information is provided) for the additional scope of work directed by NASA letter number OP-ES-B/051 dated March 19, 2004 and subsequent letter number OP-ES-B/055 dated March 31, 2004. HM²'s letter number 077 in accordance with the FAR requirements advised the Contracting Officer of the differing site conditions and of the additional requested out of scope requirements indicated in HM²'s returned submittal for the Lift Plan. Since HM² is a Small Woman Owned, Hubzone contractor and the engineering problems associated with this contract have imposed a hardship on the contractor, we require funding assistance with this additional effort.

For the record, we reassert our position that with the exception of a few clarifications HM²'s original Lift Plan met the requirement of the contract, specifically paragraph 1.7. NASA has delayed the project solely with this single issue by approximately 198 day to date. Additionally 28 days are estimated to accomplish the additional calculations and the days (to be determined) until the additional information is provided to HM². There are several issues where NASA is concurrently delaying the project, which makes it difficult to allocate the extended overhead. We have only allocated 28 days of extended overhead to this issue. Based on the above information, we reserve our rights to make claim for the balance of the extended overhead that may be determined to be associated with this claim.

On January 22, 2004, HM²'s letter number 077 informed NASA that if NASA intended HM² to perform the panel analysis from information provided in the as-built drawings (drawing series identified 203-646) this would be additional work and HM² would require a change order to the contract. We received partial direction in NASA letter number OP-ES-B/051, but this letter lacked the information required to perform the direction. On March 25, 2004 NASA held a meeting and seemed to finally understand what HM² had been requesting since October 17, 2003 and issued the balance of the Direction required to perform the additional work in NASA letter number OP-ES-B/055. However, in HM²'s letter number 077, HM² advised NASA that the



EXHIBIT A 1-8

detail legibility was marginal and HM² asked for the direction to incorporate the new documents depicting the differing site conditions and information not provided in the contract documents.

In NASA's letter number OP-ES-B/055, we were informed that there is additional information for the East Wing Panels identified as drawing series 203-646. This fact further confirms HM²'s position that we can not submit the revised lift plan and cannot provide a complete the lift plan as directed until we have complete information. As NASA can confirm from HM²'s letter number 077, we do not have these drawings and HM² is unable to proceed with this direction until NASA provides all of the drawings and data on the drawings that is required or is illegible. We have confirmed in the field that the panel dimensions are different for each wing and based on your direction there will need to be separate calculations for the panels in each wing. We were not made aware that there were additional drawings available for the East Wing Panels until we received NASA letter number OP-ES-B/055, dated March 31, 2004.

As agreed in the meeting of March 25, 2004, NASA is to provide legible copies of the as-built drawings by the first part of the week (3/29/04), to date these drawings have not been provided. In addition, we advised that the analysis requested would require four weeks to prepare for submission after receipt of the information. The additional analysis directed is beyond the contract requirements and is not a simple process. There are a number of variables that NASA has directed the Engineer to consider that require additional time to accomplish. Mr. Slaughter gave NASA his best estimate of the time required. NASA's demand in letter number OP-ES-B/055 (3/31/04) that this work be accomplished by April 9th is unreasonable.

NASA letter OP-ES-B/055 (3/31/04) denies HM²'s request for change order. This correspondence is the contractor's written Notice of Claim and we expressly request the Contracting Officer render a Final Decision within 60 days of receipt of this notice as described by the disputes clause of the contract.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,
HM² Corporation

Donn Mount
Vice President

cc: File
Job

Attachments: HM² Letter Number 077
NASA Letter Numbers OP-ES-B/051 and OP-ES-B/055



EXHIBIT A 2-8

HM² CONSTRUCTORS AND FABRICATORS

April 4, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-155
NASA Ltr# -133

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Request for Change Order for Reimbursement of Extended Overhead and Time Associated with the Delay to the Ceiling Tile Removal by SGS

In accordance with the FAR Changes Clause 52.243-4, 52.243-5, and the Differing Site Conditions clause 52.236-2, HM² demands compensation in the amount of $28,545.38 (copy of HCO# 006 breakdown attached) and a time extension of 51 days. The purpose of this claim is to recover extended overhead costs associated with the NASA delay involving lack of access due to concern over asbestos containing materials in areas above the ceiling. Since HM² is a Small Woman Owned, HUBzone contractor and the engineering problems associated with this contract have imposed a hardship on the contractor, we require funding assistance with this additional effort.

For the record, this request for a change order is for the time period between the period covered by Supplemental Agreement Number 1's (SA#1) and the time when access was finally allowed. TN # 1; Request for Proposal # 1 (RFP#1) was withdrawn on September 24, 2003 by NASA letter number OP-ES-B/030 and HM² was advised that our proposal was out of line and that Space Gateway Support (SGS) would accomplish the additional work. It was not until December 12, 2003 that the first portion of the work was accomplished allowing HM² to begin the first work of the job; routing control cables above the ceiling and determining the routing for the temporary air conditioning ductwork. In HM² letter number 02081-065, dated September 29, 2003, we requested the contacts to coordinate SGS's efforts so that we could finally move forward with the work. Due to the delay, NASA negotiated relief from the costs incurred by HM² through October 14, 2003, NASA assured HM² that SGS would begin work immediately. Fifty one days later SGS began work. At that point, HM² was released to accomplish our work and did so immediately thereafter.



EXHIBIT A 3-8

HM² CONSTRUCTORS & FABRICATORS

As stated in HM² letter number 02081-153, there are several issues where NASA is concurrently delaying the project, which makes it difficult to allocate the incurred extended overhead costs. We have only allocated 51 days of extended overhead to this issue. Based on the above information, we reserve our rights to make claim for the extended overhead and additional time that may be required based on SGS's performance of the remainder of the work associated with the ceiling tile removal.

Should the Contracting Officer not agree with this adjustment in cost, the Contractor intends for this correspondence to be the written Notice of Claim. HM² expressly requests the Contracting Officer render a Final Decision within 60 days of receipt of this notice as described by the disputes clause of the contract.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,
HM² Corporation

Donn Mount
Vice President

cc: File
Job

Attachments: HM² Letter Numbers 02081-065 &073
NASA Letter Number OP-ES-B/030 & Supplemental Agreement Number 1

EXHIBIT
A 4-8

# HM² CONSTRUCTORS AND FABRICATORS

April 5, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-154
NASA Ltr# -134 2

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Changed condition AHU steel male pipe supply and return connections

The Contractor has in accordance with the Contracting Officers direction provided in NASA letter # OP-ES-B/47 dated 2/13/04 directed the AHU manufacture to assure that AHU 20,18,16,14 and 12 be manufactured with brass or copper male pipe connections, and has requested a contract adjustment for the cost associated with this direction.

The Contracting Officer has not provided clear and appropriate direction as to the disposition of the steel male pipe coil connections for AHU 24 and 22. This letter expressly requests the Contracting Officers clear direction as to how the contractor is to proceed with the changing of steel male pipe connections to the coils for the delivered AHU 24 and 22. Should the Contracting Officer fail to respond and provide clear appropriate direction as to how to proceed by April 15, 2004 the Contractor will request the manufacture to proceed with furnishing new coils for AHU 24 and 22. The Contractor will take this action in good faith to not further delay the work process. The Contractor is asserting a changed condition based on the positions forwarded to the Contracting Officer by HM² correspondence Ltr#02081-90 NASA Ltr# 071 (1/16/04) and Ltr#02081-110 NASA Ltr# 091 (2/16/04). Should the Contracting Officer fail to respond or provide appropriate direction by April 15, 2004 the contractor will proceed based as if the Contracting Officer had provided a "constructive change". The estimated cost associated with this change is $78,482.00 broken down as follows:

| | | |
|---|---|---|
| 1) | Provide for new coil to be installed in AHU 24 currently in HM² bonded storage area. | $ 23,744.00 |
| 2) | Provide for new coil to be installed in AHU 22 currently in HM² bonded storage area. | $ 22,575.00 |
| 3) | 8 Weeks Extended overhead and bonded storage for AHU 22 and 24 | $ 32,163.00 |
| | Total Estimated Cost | $ 78,482.00 |

(Copies of HM² Detailed Cost Summary's are attached)

EXHIBIT
Blumberg No. 5208
A 5-8

HM² CONSTRUCTORS & FABRICATORS

...e contractor requests the Contracting Officer make an equitable adjustment to the contract in /riting for the costs as outlined above and an 8-week time extension to the current end date of the ontract. The 8 weeks may be changed if appropriate direction is received by the contractor prior to ne April 15, 2004 action date outlined above. Notice of a changed condition regarding the Steel hale pipe connections has been previously provided by HM² correspondence Ltr# 02081-126 NASA .tr# 104 (3/4/04).

Should the Contracting Officer fail to provide appropriate direction or not agree to a contract nodification by April 15, 2004 this correspondence is intended to specifically to make claim to dditional costs under the disputes clause of the contract and expressly requests the Contracting Officers decision in writing within 60 days of April 15, 2004.

hould you have any questions, or require any further information please, contact the undersigned.

espectfully,

'm Haverland
ontract Administrator

c: File
Job

Attachments: HM² Detailed Cost Summary (3 pages)
Carroll Air Proposal (1 Page)
HM² correspondence Ltr# 02081-90, 104,110 & 126
NASA letter # OP-ES-B/47



EXHIBIT
A 6-8

# CONSTRUCTORS AND FABRICATORS

May 3, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM² Ltr# 02081-176
NASA Ltr# -154

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: Cost escalation for replacement of AHU Coils per contracting officers direction Revision to claim previously submitted per HM² Correspondence Ltr# 02081-154 NASA Ltr# 132 (Dated 4/5/2004)

Based on cost increases for our supplier (Carroll Air / McQuay) our proposal based on the Carroll Air /McQuay January 2004 proposal has increased. The following is our current breakdown of claimed costs:

| | | Previous cost | Cost now |
|---|---|---|---|
| 1). | Provide for new coil to be installed in AHU 24 currently in HM² bonded storage area. | $23,744.00 | $29,363.00 |
| 2). | Provide for new coil to be installed in AHU 22 currently in HM² bonded storage area. | $22,575.00 | $29,124.00 |
| 3). | 8 Weeks Extended overhead and bonded storage for AHU 22 and 24 * | $32,163.00 | $32,163.00 |
| | **Total Estimated cost** | $78,482.00 | $90,650.00 |

* COST PROPOSAL AMOUNT NOT CHANGED

Copies of HM² revised detailed cost summaries for item 1 and 2 are attached.

No clarifying or appropriate direction has been received to our April 5, 2004 request for the Contracting Officer's direction by April 15 2004. The Contracting Officer has failed to address the direction contained in SA#1 concerning this issue. The contractor is expressly requesting a contract adjustment of $90,650.00 and an 8-week time extension for this issue and considers this correspondence as a modification to the claim presented on April 5 2004 via HM² Correspondence Ltr# 02081-154 NASA Ltr# 132. This correspondence is submitted as a claim as described by the Disputes clause of the contract. This is based on the assertion that this is a liability by the Government for which the Contracting Officer has not acted upon in a reasonable time.

Should you have any questions, or require any further information please, contact the undersigned.

Respectfully,

Donn Mount
Vice President

cc: File
Job

Attachments: HM² Detailed Cost Summary (2 pages), Carroll Air Proposal (1 Page), HM² correspondence Ltr# 02081-154

EXHIBIT
Blumberg No. 5208
A 7-8

HM2 CONSTRUCTORS AND FABRICATORS

May 21, 2004

**Reply to:**
PO Box 5610
Titusville, FL 32783
Phone: (321) 269-3370
Fax: (321) 269-1305
HM2 Ltr# 02081-190
NASA Ltr# -168

John F Kennedy Space Center, NASA
Kennedy Space center, FL 32899
Mail code OP-ES-B

Attention: Valencia B. Mitchell (Contracting Officer)

Reference: Contract NAS10-03026 Replace AHU's in KSC Headquarters Building M-6-399 (Phases I, II, III) PCN 96899, 96899.1, 96899.2 HM² Job #: 02081

Subject: McDonald Claim for additional costs due to delays (Tag HCO#009)

Attached hereto is our claim submitted on behalf of McDonald Air and Sheet Metal in the amount of $66,408.00. (A copy of McDonald's Breakdown and a HM² Detailed Cost Summery is attached). This claim is the follow up to HM² letter number Ltr# 168 NASA Ltr# 146 (4/22/04) in which presented notice of a changed condition to the Contracting Officer. We request the Contracting Officer's prompt review and response. Please notify the undersigned if you require any additional information, to provide an appropriate and timely response. HM² will arrange for a meeting with McDonald Air and Sheet Metal to respond to any questions you may have. At the Contracting Officer's option we would of course promptly respond to any questions, the Contracting Officer may present in writing.

Should you have any questions, please contact the undersigned.

Respectfully,

Donn Mount

cc: File
Job

EXHIBIT
A 8-8

8/8