A. Yes, it is.

Q. Looking down, about halfway down on the column on the right, it says no three vendors, options, and it lists several options.

Is this referring to the same issue?

A. If you could give me a moment and let me go back and read the documents, I will try to respond.

MR. POIRIER: With regard to page fourteen, the handwritten notes, I would ask that the witness read all of the notes for that particular day before responding with regard to the one segment of the note.

MR. KINBERG: Okay. Did you want her to read them out loud or just read them?

MR. POIRIER: She doesn't need to read them out loud, but she can if you want her to.

MR. KINBERG: I don't care.

BY MR. KINBERG:

Q. Does that note relate to the request that you review that?

A. It appears to, yes.

Q. Now, this is the note that starts under 942 and Bryce Collins is scratched through. Underneath that, what does that first line say?

A. It appears to say no three vendors.

Q. Do you know why you wrote that?

Blumberg No. 5208 EXHIBIT D 1-6

A. I believe, at the time, we were looking for vendors that could meet the specification with this number of outputs and inputs.

Q. Do you remember how many vendors you found that could meet it?

A. I do not. It says no three.

Q. Why was three important to you?

A. I believe that is what the prudent number is or that's what procurement would look for. I don't know if it's an arbitrary number or not.

Q. Could you go ahead and read the rest of this note, including the numbers and sub numbers, please?

A. No three vendors. Options, number one, respond to letter with yes, it is -- I believe that's acceptable, and tell HM² to submit DW.

Two, respond to letter with yes, it is acceptable and no DW. Three, if HM² refuses DW: Sub bullet A, termination for default. Sub bullet B, HM² says defective specs.

There's another sub bullet, we can't provide three vendors. I think it's three. It might be five. We can't change our specs.

HM² secret meetings, write -- that's cut off. It looks like write in CYA H or --

Q. Do you have a recollection of what the rest of



EXHIBIT
Blumberg No. 5208
D 2-6

that would have been?

A. That may have been just notes that I was keeping.

Q. What is the CYA?

A. Typically, that is cover your behind.

Q. Did you keep a separate CYA file on this contract?

A. I kept a memo, a running memo of issues, discussions, that sort of thing.

Q. Was that produced as part of the documents you delivered?

A. Yes.

Q. What does the reference to HM²'s secret meetings mean?

A. We learned that, throughout the project, specifically in dealing with the technical aspects of the project, there seemed to be meetings that were taking place that we -- we, the technical team, specifically me as COTR and my alternate COTR -- were not invited to.

I don't know exactly what this is referring to, but we would find out later that there were meetings taking place discussing the technical requirements of the project.

Q. Meetings with who?

A. I believe various people.

Q. Various contractor side people or various



EXHIBIT
D 3-6

government side people or a mix of the two?

A. I believe a mix.

Q. Now, is the COTR always invited to every meeting with the contracting officer or that a contracting officer may have?

A. No.

Q. So there's nothing inappropriate about, say, Bryce Collins meeting with HM² to discuss an issue, is there?

A. No.

Q. There's nothing inappropriate about Valencia Mitchell meeting with HM² without telling you?

A. No. Generally speaking, when there's a technical nature discussed, the contracting officers have their COTRs included.

Q. What kind of secret technical meetings did you believe were conducted?

A. I don't know what I was referring to here.

Q. Who did you suspect was present at those meetings?

A. Again, I don't know exactly what I was referring to here, so I can't really answer that.

Q. Did you suspect someone at Kennedy Space Center was giving HM² directions as to what they could and could not do that weren't being run through the technical

EXHIBIT
Blumberg No. 5208
D 4-4



2/4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

July 2003

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

September 2003

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

## Prioritized Daily Task List

TIMESHT
OUT OF OFC ASST.
Dorsey 1-9331
Marilynn - IAQ.
Dr. Crumpton-Young.
Cash
Davila
Business Card - info
online registration

## Daily Expenses

8
9 PRINT OUT SUBM. LETTERS
TAKE IN/RAG TRANSMITTALS
SHQ AHU mtg w/
10 Valencia & HML
BOB Conf. rm.
11 KSC CSG.
12
1 TA-D3 Start
2
3
4
5
6
7
8

Monthly Focus: Habits—You shape your habits, then your habits shape you. —Helen Hayes

Tuesday
August 2003

## Daily Record of Events

224th Day, 141 Left, Week 33

TO P.R. extra blank CD's for burning copies, extra blank diskettes, charter programs placed CD & load onto h/d, transparencies

⇒ Call Engineer if they have questions re: dwg/DE spec.

✓ SHOP DWGS - READ SPECS, MEET REQ.
IF CAN NOT MEET REQMTS, SUBMIT D/W.
CAN CALL A&E.
WAY TOO MANY RESUBMITTALS
CORRECT TRANSMITTAL FORMAT.

✓ RFI's - ARE NOT D/W'S.
VENDOR CALLED I TOLD THEM SUBMIT D/W, SUBMIT RFI & LETTERS MUST.
WE DET: HOW TO ANSWER THEM.

✓ CTRCS DEMO
JACK WORK - TOO MUCH !!.
✓ ONLY PLN 96899
✓ Resubmittals (i.e. 10): comments coming from
↳ Need official letterhead at least, backup data better.

- Outages - check for any LO/TO.
- Send Tom Dwyer Checklist for progress mtg

Peter Ladd.
853-7467

8:30 - 6:30

© 1998 Franklin Covey Co. www.franklincovey.com Original-Classic

EXHIBIT
Blumberg No. 5208
D 5-6

JUN 16 2008

3977 14

NASA/AHU/JustCalender/Page037

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

July 2003 | September 2003

## Prioritized Daily Task List

Marilynn-IAQ Study
A&E or PEO w/ experts
Timesheet
Dr. Crumpton-Young
turn off Office Asst.
Pete Ladd.
Register for classes.
Tim-"sample" ductwork
ASHRAE Student Design Comp.

## Appointment Schedule

8
9
10
11
12
1
2
3
4
5
6
7
8

## Daily Expenses

EXHIBIT
Blumberg No. 5208
D 6-6

JUN 16 20

G/Y07715

Monthly Focus: Habits—
Your shape your habits; then your habits shape you.

Monday
August 2003
230th Day · 135 Left · Week 34

## Daily Record of Events

Thurs 1:59 Dennis ~~[illegible]~~ Seabert
GSE Advantage 253-931-7051

Wed 3:32 Mike Denyer / Jim Hall
PGOC ~~0~~44 7-1289

Fri. 11:18 Dennis Seabert
7:57 Valencia - demo in contract
759-5738

8:36 Chris Bradford - sustands
407-532-7063

~~9:42 Bryce Collins~~

w/o 3 vendors.
options:
- 1. respond to letter w/ yes it is acceptable & tell AHU² to submit D/W.
- 2. respond to letter w/ yes it is acceptable & no D/W.
- 3. if AHU² refuses D/W.
  - a.) Termination for Default
  - b.) AHU² says defective specs
    - we can't provide 3 vendors.
    - we change our specs.
- AHU² secret mtgs. ⇒ write in CYA file

1:00 - 6:05

© 1998 Franklin Covey Co. www.franklincovey.com Original-Classic