IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | No. 05-551C<br><br>(Judge Bush) |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff, HM2 Corporation, respectfully requests the Court to grant an enlargement of time within which to complete discovery. Pursuant to the Court's Order of January 30, 2008 discovery was to be completed on or before April 30, 2008.

The Parties were unable to complete discovery during that time due, in part, to a dispute regarding the deposition of the Contracting Officer, Valencia Mitchell. As the Court recently granted the Government's Motion for a Protective Order, Plaintiff needs to take one or more depositions to obtain the information that it sought to obtain from Ms. Mitchell. In addition, Plaintiff recently took the deposition of the Contracting Officer's Technical Representative at which time Plaintiff learned there are some additional documents available that need to be reviewed before Plaintiff can determine if any additional depositions are required.

Pursuant to Rule 37(a)(2), Rules of the United States Court of Federal Claims, counsel for Plaintiff certifies that he has, in good faith, conferred with counsel for Defendant who concurs in this request.

WHEREFORE, Plaintiff, HM2 CORPORATION, respectfully requests that this Court enter an Order extending the deadline for discovery until July 30, 2008.

CERTIFICATE OF FILING

I hereby certify that on May 13, 2008, a copy of the foregoing Plaintiff's Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward J. Kinberg
KINBERG & ASSOCIATES, LLC
1290 W. Eau Gallie Blvd
Melbourne, Florida 32935
(321) 259-1910, Fax (321) 259-1966
Attorneys for Plaintiff