# In the United States Court of Federal Claims

No. 05-551 C

(Filed May 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 13, 2008, plaintiff filed an Unopposed Motion for an Enlargement of Time, to and including July 30, 2008, within which to complete all discovery. [1]

Accordingly, it is hereby **ORDERED** that Plaintiff's Unopposed Motion for Enlargement is **GRANTED**; **Discovery** shall be **COMPLETED** on or before **July 30, 2008**; and on **August 14, 2008**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which

---

[1]/ For administrative reasons, the court mentions that upon receipt of plaintiff's motion, the Clerk's Office notified chambers of the undersigned that plaintiff's motion was not signed, i.e., only the certificate of service was signed. Since plaintiff's previous filings have not had this error, the court assumes that it was an oversight and that plaintiff's counsel is aware of the court's rules concerning electronic signature (RCFC, Appendix VI, ¶ 18). Therefore, the motion shall remain on the docket.

the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by summary judgment and if so, a deadline for the submission of a moving brief shall be stated.

/s/Lynn J. Bush
LYNN J. BUSH
Judge