IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS AND FABRICATORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-551C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including September 19, 2008, within which to file the joint status report required by the Court's order, dated August 20, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff, HM2 Corporation ("HM2") has authorized us to state that HM2 does not oppose this motion.

The parties have engaged in several conversations concerning the joint status report during the past two weeks. Those communications have been cordial and productive. However, as discussions have gone forward, the topics have evolved, and so the decisions that must be made have changed. Additional time is needed to reach consensus on various important matters before an appropriate joint status report (reflecting the mature understandings of the parties) may be filed.

The full amount of additional time requested is needed. Counsel for the parties must consult with clients, and complete agreements with each other. In addition, time is needed for

review of the draft joint status report by agency counsel and by supervisors at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion for an enlargement of time be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

September 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 5, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier