# In the United States Court of Federal Claims

No. 05-551 C

(Filed September 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
HM2 CORPORATION, d/b/a HM2 *
CONSTRUCTORS and FABRICATORS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 5, 2008, defendant filed an unopposed Motion for an Enlargement of Time of fourteen days, to and including September 19, 2008, within which to file the Joint Status Report, pursuant to the court's order of August 20, 2008. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge