# In the United States Court of Federal Claims

No. 05-551 C

(Filed July 8, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| HM2 CORPORATION, d/b/a HM2 CONSTRUCTORS and FABRICATORS, | \* \* \* |
| *Plaintiff*, | \* \* |
| v. | \* \* |
| THE UNITED STATES, | \* \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

    On July 7, 2010, the parties filed a Joint Status Report. Therein, the parties report that plaintiff's settlement offer has been accepted by the authorized representative of the Attorney General and they expect to file a stipulation for entry of judgment in the near future. Accordingly, it is hereby **ORDERED** that all proceedings in this case shall remain **STAYED** pending further order of the court; and absent the filing of a stipulation, the parties are directed to **FILE** a **Joint Status Report**, on or before **September 3, 2010**, informing the court of the status of settlement proceedings in this matter.

                                    /s/Lynn J. Bush
                                    LYNN J. BUSH
                                    Judge